# Re: [redacted] Programs

From: Andrea Giannattasio (agiannattasio@milforded.org)

To: cadinolfi@milforded.org

Cc: [redacted]verizon.net; [redacted]yahoo.com

Date: Thursday, January 26, 2023 at 03:11 PM EST

Hi,
Thanks for reaching out.
[redacted] currently has and will continue to have access to everything he needs. The IEP is based on his needs, not solely his diagnosis.
In the middle schools we have programs to meet individual needs. Resource support or self contained content classes are offered. We have a behavioral support program to address social emotional needs. We have a Life Skills program that focuses on functional life skills (ie. money, community, etc) We also have an [redacted] specific program that utilizes discrete trial teaching (very repetitive, 1:1 or very small group teaching). Finally, we have a social skills program that works with students on social pragmatics.
I hope this helps.
Andrea

Andrea Giannattasio
Supervisor Special Education
Milford Public Schools
203-783-3493

> On Thu, Jan 26, 2023 at 12:23 PM Charlotte Adinolfi <cadinolfi@milforded.org> wrote:
>
> > Hi Andrea!
> >
> > Would you be able to send a quick blurb about all of the [redacted] programs in the district (mostly the middle school ones) for [redacted] parents? They are cc'ed on the email. Karen was asking at [redacted] annual today whether or not the Matthewson program would be appropriate for him? We all agreed it wouldn't be at this time but she wanted to make sure he had access to everything peers with his diagnosis have access to.
> >
> > Thank you!
> > *Charlotte Adinolfi*
> > (she/her/hers)
> > **Special Education Teacher**
> > John F. Kennedy Elementary
> > 404 West Avenue
> > Milford, CT
> > 203-783-3568

Today

From: Charlotte Adinolfi (cadinolfi@milforded.org)

To: [redacted]yahoo.com; [redacted]verizon.net; jdavis@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; krisaspinwall@milforded.org; cfuller@milforded.org

Date: Friday, March 24, 2023 at 03:00 PM EDT

Ms. [redacted] and Mr. [redacted]

[redacted] was very upset today during my last session with him. He was crying. He is concerned he will have to go to another school if he does not stop laughing. I did talk to him about whether or not he is learning because of his laughing and he understood that he is not. Following that conversation, he almost immediately resumed laughing when we started to attempt work again. I was working directly with him, providing support and structure as well as appropriately leveled work.

I am concerned because he went from crying and being very upset about how his choices impact his learning to laughing again no more than 5 minutes after I talked to him. He has missed learning while in my room for half of the sessions over the last month due to his inability to stop laughing.

I am also concerned because he states that people hate him, he is my worst student, I hate him, other students made him laugh (when at least in my room they are doing their work and not doing anything to make him laugh) and understands the impact this has on him socially as well but almost immediately resumes the behavior after discussing it. I do not want to rid him of being silly and enjoying himself. Rather, we need to make sure we are considering the impact this is having on his learning and social interactions. I am also worried that he is saying these things when no one has put these messages of students or myself hating him in his head at any time.

We can discuss this further at conferences but I wanted to let you know.

*Charlotte Adinolfi*
(she/her/hers)
**Special Education Teacher**
John F. Kennedy Elementary
404 West Avenue
Milford, CT
203-783-3568

# Re: Monday

From: Charlotte Adinolfi (cadinolfi@milforded.org)

To: [redacted]verizon.net; [redacted]yahoo.com; cfuller@milforded.org; krisaspinwall@milforded.org; jdavis@milforded.org; kkristan@milforded.org; ldougherty@milforded.org

Date: Tuesday, April 18, 2023 at 02:38 PM EDT

Today was difficult.

Session 1: [redacted] was very silly in the hallway. He was given a few reminders to have a calm body. He was making noises and moving his arms and legs about. He was asked to sit in a chair at the table facing the group on the carpet so he could participate still. He continued to make noises and call out. I asked him to move to a chair away from the group but he could still hear the story being read. He continued his behavior of moving about and calling out. I told him he would have to read the story aloud to me after the others went back to class if he continued to have difficulty staying calm and calling out. He was unable to maintain composure so he read some of the story to me after the other students left. He was complaining I was making him miss lunch (he still had 15 minutes before lunch and I would not do that).

Session 2: [redacted] was calling out again and was not focused. He struggled to complete the six math problems I had assigned him that he knows how to complete. He continued to question me asking if he was good, why can't he be in class, etc. after I had answered those questions already and told him those topics were all done. He continued to call out and was scripting at one point repeating, "Ok, time to watch the video." I had him try to finish reading the book he did not complete earlier at the end of this session. He became very upset again, crying saying I was keeping him here forever, why can't I just forgive him and give him another chance.

Session 3: This session was immediately after session two. He was crying for about 30 minutes. I ended up taking the book away because he was crying so much. I told him in order to go back to class, he had to calm down. I told him it was ok to be sad but he needed to become calm.

I am very concerned about how his behaviors are impacting him emotionally. He becomes very upset when he is redirected and we discuss what he did that was not appropriate.

*Charlotte Adinolfi*
(she/her/hers)
**Special Education Teacher**
John F. Kennedy Elementary
404 West Avenue
Milford, CT
203-783-3568

> On Tue, Apr 18, 2023 at 10:32 AM Charlotte Adinolfi <cadinolfi@milforded.org> wrote:
>
> > Mr. [redacted] and Ms. [redacted]
> >
> > We had some highs and some lows yesterday during the resource room. We had four sessions together.
> >
> > Session 1: [redacted] was in the office with Mrs. Fuller due to his comment about kissing another student.
> >
> > Session 2: [redacted] was very silly and interrupted the lesson. I asked him to sit in a chair off to the side. He continued to make comments about Miss Adinolfi not liking him anymore and another student was mean. The student he was saying was mean to him was not looking at him and had not said anything to him. I reminded him a few times that moving around and calling out was not showing me he was ready to return to the table and participate. I taught the whole lesson to the other students and his behavior persisted. When the other students were done, I had him read the story aloud to me. He cried and complained the whole time he read that I was keeping him from lunch (he still had a half an hour until lunch) and asking if this was his

punishment.

Session 3: [redacted] came to work on some math problems and he was relatively distracted. He did get some work done but was struggling to not call out.

Session 4: [redacted] was taught how to add with regrouping. This was our high because he caught on quickly which was exciting. He continually asked when he could go back, how many math problems he had to do and I attempted to ignore his behavior as I had already answered him more than one.

I wanted to update you since it was, overall, a rough day yesterday.

Thank you.

*Charlotte Adinolfi*
(she/her/hers)
**Special Education Teacher**
John F. Kennedy Elementary
404 West Avenue
Milford, CT
203-783-3568

# Re: PPT meeting/ issues.

From: Charlotte Adinolfi (cadinolfi@milforded.org)

To: [redacted]verizon.net; banziano@milforded.org

Cc: lkirby@milforded.org; ldougherty@milforded.org; jdavis@milforded.org; kkristan@milforded.org; cfuller@milforded.org; krisaspinwall@milforded.org; [redacted]yahoo.com; djeffery@milfordct.gov

Date: Monday, May 1, 2023 at 02:54 PM EDT

Mr. [redacted] and Ms. [redacted]

Thank you for your time last week. As discussed, we will be implementing the old BIP from previous years in the interim while collecting data before meeting with the BCBA Courtney Carrano to make adjustments as needed. Per the plan, we are going to be giving [redacted] tickets when he is exhibiting behaviors such as a calm body, raising a quiet hand and appropriately engaging with peers.
Mrs. Davis sat down to discuss an inventory of what [redacted] prefers to be able to earn with the tickets as a reward. [redacted] will be able to turn in however many tickets he has earned or wants to two times a day: once before lunch and once at the end of the day. Regardless of how [redacted] morning or afternoon goes, he will have the opportunity for a reward time but the options will be different based on how many tickets [redacted] has. Some of the rewards [redacted] identified as desirable are: time to play with magnet tiles, extra recess, play a game with a friend or play with the puppets with a friend. Every Friday, either myself, or Mrs. Fuller will update you on how [redacted] week went. Please let us know if you have any questions. Thank you!

*Charlotte Adinolfi*
(she/her/hers)
**Special Education Teacher**
John F. Kennedy Elementary
404 West Avenue
Milford, CT
203-783-3568

> On Mon, May 1, 2023 at 1:01 PM Charlotte Adinolfi <cadinolfi@milforded.org> wrote:
>
> > Mr. [redacted] and Ms. [redacted]
> >
> > Thank you for the update. Below is Ms. Anziano's email and she is also copied on this email.
> >
> > Brenda Anziano: banziano@milforded.org
> >
> > Thank you and hope you are having a good day!
> > *Charlotte Adinolfi*
> > (she/her/hers)
> > **Special Education Teacher**
> > John F. Kennedy Elementary
> > 404 West Avenue
> > Milford, CT
> > 203-783-3568
> >
> > On Mon, May 1, 2023 at 12:48 PM Robert <[redacted]verizon.net> wrote:
> >
> > > Good afternoon,
> > >
> > > [redacted] mom and I just wanted to inform everyone that we are working on an email in regards to the recent issues and the PPT meeting that was held this past Thursday. We were very taken back and not happy with the way things transpired.

Instead of sending separate emails, we will be sending one email to the team and addressing our concerns.

We would also appreciate if you could please kindly reply back with Ms. Anziano's email address, since she was part of the meeting as there are some things we need to address with her as well.

Cordially,

Robert.

# Re: PPT meeting/ issues.

From: Robert ([redacted]verizon.net)

To: cadinolfi@milforded.org; banziano@milforded.org

Cc: lkirby@milforded.org; ldougherty@milforded.org; jdavis@milforded.org; kkristan@milforded.org; cfuller@milforded.org; krisaspinwall@milforded.org; [redacted]yahoo.com; djeffery@milfordct.gov; agiannattasio@milforded.org; acutaia@milforded.org

Date: Tuesday, May 2, 2023 at 06:31 AM EDT

Good morning,

Ms. Adinolfi, [redacted] mother and I would appreciate some answers. We felt our questions during the meeting were deflected as they were not answered. [redacted] mom and I were just inquiring about the different programs at Mathewson. That was all. We requested information but received absolutely none from the team. Please kindly keep in mind that [redacted] mom and I for years, have been very open minded and accepted all recommendations made by the team. Mrs. Aspinwall met with [redacted] mom during the March conference and agreed that the Matthewson program may help and benefit [redacted] but failed to say anything during the PPT meeting regarding this.

We brought up our growing concern as we felt [redacted] needs weren't being met and feel the need to try a different approach, as previous behavioral intervention plans and increasing time with the school psychologist unfortunately, has not worked. And instead of being supported by the team, rather, we felt that all of our questions and concerns fell on deaf ears. We also felt the entire meeting was all negative and nothing positive.

1. You claim there had been an increased in behaviors over the last two weeks. We have seen an increase in behaviors every since Mrs. Fuller reported to us that Jackson, another student in [redacted] class, asked him to touch his balls during gym class. This had a very negative impact on [redacted] and traumatized him. Mrs. Fuller also reached out to us in regards to a restorative circle. [redacted] mom and I agreed.

2. Ms. Adinolfi, as a reminder, we received an email from you on March 24th, which was way over 2 weeks ago, regarding his behaviors that [redacted] was very upset and was crying and went from crying to laughing. And you informed us that [redacted] stated that people hate him, that he is your worst student and that you hate him.

3. On March 30th, [redacted] mom and I received an email that you have talked with your boss to get clarification on the programs we both were inquiring about in-district, and informed us you would be letting us know about the conversation you had with Andrea, your boss at the PPT meeting we had, but never made any mention of it. We were very disappointed.

Also, Ms. Adinolfi, You wrote to [redacted] mom and I on April 4th wanting to trial some additional service time before the meeting. We agreed. You stated you were hoping to trial it get an idea before we have our meeting to officially propose this to us both if it is beneficial or not. You claim since April 4th he has not been able to learn due to behaviors in your classroom. This does not add up because on March 24th, you emailed us that he has missed learning while in your room for half of the sessions over the last month due to behaviours. So this was before April 4th.

4. On Tuesday 4/18, we received an email from you regarding [redacted] behaviors on Monday and Tuesday that week. When I informed you at the meeting that on 4/15, a couple days before, [redacted] was involved in a car accident which traumatized him. When I informed you that this could have

escalated his behaviors, there was a moment of silence and then you replied " I don't know" sounding extremly skeptical. I spoke with other professionals and was advised that this definitely could have had an impact.

5. What [redacted] mom and I are extremely concerned about is when you reported to us that [redacted] was crying for 30 minutes. I talked to [redacted] about this incident and he informed me he was crying and very upset as he reported that Ms. Adinolfi kept repeating and saying over and over "Just keep reading!" Every time he cried and it was getting him more and more upset. Did you try any other interventions? Or just insist over and over for 30 minutes straight that he keep reading? [redacted] mom inquired why he wasn't sent to Ms Davis or Ms. Dougherty for support. You failed to answer. How this situation was handled concerns [redacted] mom and I very much. We are just respectfully requesting some answers on why you let him cry for 30 minutes?

6. You also made mention that [redacted] was distracted. When I asked [redacted] about why he was distracted during class, he informed me that Ms. Adinolfi Was eating peanut butter and apple and drinking diet coke while you were teaching class, and he said that it was distracting to him. You also informed us that [redacted] said to you, you were making him late for lunch. [redacted] associated you eating in class and thought he was missing lunch. [redacted] also informed me on Thursday, the day of the meeting, that you were also again eating peanut butter and apple in class.

7. Mrs Aspinwall, I had previously respectfully informed you that when there is an incident regarding [redacted] to please inform me ASAP. During the meeting, you mentioned over the last two weeks [redacted] was making odd faces at other students and stomping his feet during class. This was never emailed to us or brought to my attention or [redacted] mom's attention and should have been. This was only mentioned at the PPT meeting. When I asked [redacted] about this, he told me he was not making faces or stomping his feet.

8. Regarding the medication, When [redacted] mom and I informed the team that he was no longer on the medication, and we are now starting him on a more natural apporoach, Omega Focus Jr, just from the team's reaction, we felt as though you were linking the stop in medication to his increased behaviors. As a reminder, we have a stack of behavioral incident reports, emails and phone messages we received for years while he was on the medication. The Omega Focus Jr. takes at least 4 to 6 weeks to absorb into the system.

Mrs. Aspinwall, back in February during a meeting, you informed me over the phone that you are on ADHD medication and stated you feel so much better when you're on it. Please understand [redacted] did not feel better on the medication. He consistsntly reported to me that it made him feel bad and weird. Please keep in mind that medication is not equal among all people.

9. Ms. Davis, there has been a substantial increase in time with [redacted] and your services, But unfortunately, [redacted] mom and I never get any email updates from you and we're not sure why. And we are extremely disappointed we don't. We only hear from you very briefly during meetings and that is it.

10. Ms. Anziano, no school official in any capacity has ever demanded us to report back to the school after a doctor's visit in which you insisted we do during The PPT meeting. Please keep in mind that HIPAA Laws are in place and our sons doctor's visits are between [redacted] mom and I and the doctor. We are not required and we will not be reporting back after every doctor's visit and provide you with a copy of the visit. We were very taken aback that you even placed this demand on us.

Thank you for your time.

Cordially,

Karen and Robert.

> On Mon, May 1, 2023 at 1:01 PM, Charlotte Adinolfi <cadinolfi@milforded.org> wrote:
>
> > Mr. [redacted] and Ms. [redacted]
> >
> > Thank you for the update. Below is Ms. Anziano's email and she is also copied on this email.
> >
> > Brenda Anziano: banziano@milforded.org
> >
> > Thank you and hope you are having a good day!
> > *Charlotte Adinolfi*
> > (she/her/hers)
> > **Special Education Teacher**
> > John F. Kennedy Elementary
> > 404 West Avenue
> > Milford, CT
> > 203-783-3568
> >
> > On Mon, May 1, 2023 at 12:48 PM Robert <[redacted]verizon.net> wrote:
> >
> > > Good afternoon,
> > >
> > > [redacted] mom and I just wanted to inform everyone that we are working on an email in regards to the recent issues and the PPT meeting that was held this past Thursday. We were very taken back and not happy with the way things transpired.
> > >
> > > Instead of sending separate emails, we will be sending one email to the team and addressing our concerns.
> > >
> > > We would also appreciate if you could please kindly reply back with Ms. Anziano's email address, since she was part of the meeting as there are some things we need to address with her as well.
> > >
> > > Cordially,
> > >
> > > Robert.

May 4, 3023

Dear Ms. [redacted] and Mr. [redacted]

Please know that first and foremost we want [redacted] to be successful and enjoy JFK. We are willing to do everything possible to accomplish that for him and to keep you better informed of his progress. The meeting on April 28, 2023 was called by the school based team to increase [redacted] support as there has been an uptick in his inattentiveness and impulsivity. We received your email regarding your concerns about the meeting and we met as a team to respond. We want to work together for [redacted]

You began the meeting by requesting information about Matthewson's program. Please let us know you are clear about this program. At this time the team strongly believes they can meet [redacted] needs at JFK, therefore, not proposing a change in placement.

We agree that our communication needs to improve in order to keep you more informed about [redacted] progress. Since the meeting we have re-implemented his BIP and a token system. We are also going to establish a weekly communication plan to communicate his successes and challenges to you. See Attached.

The 30 minute crying episode [redacted] experienced continued because he refused to utilize strategies that Ms. Adinolfi shared with him. “Take deep breath” He was avoiding work and Ms. Adinolfi was holding him to the expectation with support from her to complete his assignment. He got agitated when his peers left. He did complete the assignment and Mrs. Aspinwall stated he appropriately returned to class. As discussed, an attempt was made to contact the social worker, however, she was unavailable. If this occurs again, we will bring [redacted] to the nurse’s office or one of the other mental health service providers.

The statement about Mrs. Aspinwall not communicating about these new behaviors was due to her knowing that there was a meeting coming up and she wanted to discuss it in person. She was actively communicating with the team about [redacted] and implementing strategies for him.

Mrs. Davis will be communicating weekly on [redacted] progress.

Ms. Anziano asked you to share the information from your doctor as it could benefit the team in supporting [redacted] This is not a requirement but a suggestion as we like to collaborate with outside providers on best practices/strategies for our students.

# Re: Document shared with you: "Ticket Report/Communication Log"

From: Brenda Anziano (banziano@milforded.org)
To: [redacted]verizon.net; [redacted]yahoo.com
Cc: agiannattasio@milforded.org
Date: Friday, May 5, 2023 at 11:28 AM EDT

Here is my third try. Sorry.

Please see the attached letter and communication plan. This plan will go into effect on Monday and we will be sending home the communication log on Thursdays.

Brenda Anziano, Interim Principal

P.S. Mrs. Aspinwell has been out for two days. I have checked on [redacted] both days and he is doing great! Earning a lot of tickets and completing hie work.

> On Thu, May 4, 2023 at 8:00 PM Robert <[redacted]verizon.net> wrote:
>
> > I am unable to access the google document I would appreciate please sending it again
> >
> > On Thu, May 4, 2023 at 2:24 PM, Brenda Anziano (via Google Docs) <drive-shares-dm-noreply@google.com> wrote:

# Brenda Anziano shared a document

Brenda Anziano (banziano@milforded.org) has invited you to **edit** the following document:

Attached is the communication chart we will be sending home on Thursdays beginning next week. Brenda

Ticket Report/Communication Log

Open

If you don't want to receive files from this person, block the sender from Drive

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because banziano@milforded.org shared a document with you from Google Docs.

Google Workspace

## Continued lack of communication

From: Robert ([redacted]@verizon.net)

To: banziano@milforded.org

Cc: [redacted]@yahoo.com; jdavis@milforded.org; cfuller@milforded.org; ldougherty@milforded.org; cbrown@milforded.org; acutaia@milforded.org; krisaspinwall@milforded.org; agiannattasio@milforded.org; cadinolfi@milforded.org

Date: Saturday, May 20, 2023 at 03:40 PM EDT

Ms. Anziano,

(Please refer to attached letter you sent us)

On May 4th, [redacted]s mom and I received a letter from you clearing stating that Mrs. Davis will be communicating weekly on [redacted]s progress. Its now been over 2 weeks and Mrs. Davis has failed to communicate anything with us regarding our son's progress.

Interestingly enough, you stated in your letter: "We agree that our communication needs to improve in order to keep you more informed about [redacted]s progress."

It is clear that the communication is getting worse and not improving. [redacted]s mom and I are very taken aback in regards to the continued lack of communication and deeply disappointed in the promises that were not followed through with and kept.

Robert and Karen

R.K response.pdf
32.9kB

# Re: Several incidents on Thursday at school involving Ms. Adinolfi

From: Robert ([redacted]verizon.net)
To: banziano@milforded.org
Cc: cadinolfi@milforded.org; [redacted]yahoo.com; jdavis@milforded.org; cfuller@milforded.org; ldougherty@milforded.org; cbrown@milforded.org; krisaspinwall@milforded.org; agiannattasio@milforded.org; acutaia@milforded.org
Date: Monday, May 29, 2023 at 09:55 PM EDT

Ms. Anziano and team,

And here is our response to your email dated May 24, 2023.

We understand you're denying everything. We get it. We don't ask for much, truth and honesty will do just fine. And it would be helpful for you just to take responsibility as your responses clearly indicate you consistently make excuses, spin, twist, turn, distort, deflect, manufacture things and paint our son in a very negative light. And now painting pictures of him that don't exist claiming he was unkind. [redacted] mom and I feel you do not take us seriously. Which is very unfortunate. You also leave facts out of your responses.

Perfect examples:

Ms. Anziano, your incident report claimed [redacted] hit a student. But failed to include facts surrounding the incident and left them out. When we requested to have the incident report updated to reflect the fact [redacted] was playing tag at the time, you were very evasive with us, put us on ignore and refused to respond.

You claimed the meeting on April 28th was called by the school based team due to an uptick in his inattentiveness and impulsivity. That was a distortion and certainly not the case. The meeting was called because [redacted] mom and I requested information on other programs within the district as we felt our son's needs were not being met at JFK.

Your responses have been very abrasive towards us. They're all very well documented.

You claim the statement that our son reported to us that was made by Ms. Adinolfi: "Don't not go home and tell your daddy I was eating peanut butter and apple in class ever again!" Was never said. [redacted] would not lie to us or lie to anyone Including the psychologist. He would not make things up like that. There would be absolutely no reason to. We believe our son. It all boils down to our son having a history of honesty and integrity, we cannot say the same for Ms. Adinolfi.

You claim: At no time did Ms. Adinolfi say to [redacted] not to smile in class. [redacted] was laughing during instruction and when asked why?
[redacted] stated, "At your clothes." Ms. Adinolfi used that as a teachable moment and explained how that can be perceived as unkind.

Your accusations are completely out of character for [redacted] mom and I spoke to him and he did not, at any point say "at your clothes" We believe our son. Your trumped up accusations are denied in their entirety.

Why did Ms. Adinolfi fail to communicate with us regarding this incident?

Interestingly enough, you only shoot back with your response only after [redacted] mom and I reached out to you with our complaint.

A similar situation happened after the PPT meeting It regards to the crying incident for thirty minutes where Ms. Adinolfi totally deflected our questions and refused to answer when we questioned why she left [redacted] crying for thirty minutes. It was only after [redacted] mom and I sent a follow up email asking why she didn't contact the shool psychologist or the social worker, then four days later, we receive a response back claiming she tried but claimed the psychologist wasn't in the building and the social worker was busy. But this was never mentioned to us prior in an email or at the meeting and our questions should have been answered on the spot when asked. The fact that she couldn't answer and failed to contact us prior leads us to believe she is not truthful which is why we don't believe her.

As a reminder, you previously wrote to us admitting that your communication needs to improve. Where has it improved? It has only become much worse.

I understand [redacted] mom had a meeting with Ms. Adinolfi and Ms. Anziano was present.

[redacted] mom took good notes and shared them with me.

1. When questioned the tickets and [redacted] giving them away to another boy she said Ms. Adinolfi replied "That did not happen" "I'm sorry he feels that way."

Now, You're flip flopping and changing your story and admitting that [redacted] did share the tickets with other students. That confirms [redacted] was telling the TRUTH and had absolutely no difficulty whatsoever with his perception. [redacted] accuracy was spot on.

2. Ms. Adinolfi denied saying "don't tell your dad I was eating an apple with peanut butter ever again" she said [redacted] made a comment "you're eating an apple with peanut butter again" she admitted to eating an apple with peanut butter that day in class.

Ms. Adinolfi Reported to [redacted] mom and said [redacted] commented on Ms Adinolfi eating an apple. Ms Adinolfi responded "I'm eating an apple again." I'm sorry he feels that way"

Interestingly enough, during the PPT meeting.Ms. Adinolfi denied eating apple and peanut butter in class but now she's admitting it? Flip flopping and now the story changes, yet again.

3. Ms. Anziano, during the meeting with [redacted] mom, you made comments to [redacted] mom claiming that [redacted] perceives things differently and said '[redacted] has a difficult time with perception." There is simply no merit to your trumped up claims.

What [redacted] mom and I find very interesting is that at the beginning of April when Mrs. Aspinwall reached out to us regarding [redacted] playing tag and him touching another student she stated: "I have spoken to [redacted] and he has confirmed having done these behaviors. When asked why, or to elaborate on the circumstances, he almost always reports frustration and anger over playing tag with other students"

As you can see, as reported by Mrs. Aspinwall, [redacted] had zero difficulty with his perception, and didn't perceive anything differently. He was very honest, truthful and forthright. Ms. Anziano, you only claimed [redacted] has difficulty with his perception only after we reported what we did. We see what you did there, trying to paint pictures of our son that simply do not exist.

We would appreciate if any of the team, including Mrs. Davis can chime in and please let us know if [redacted] ever had any difficult with his perception in the past?

4. Ms Dougherty explained what she does with [redacted] but argued when questioned about not providing a written 3-4 sentence and just responded "we provide a weekly communication log."

[redacted] mom reported that at the meeting over the phone Ms Dougherty argued at first "when working with mental health, progress is over time."
(Meaning changes happen over time)

When [redacted] mom questioned Ms. Dougherty In regards to the communication log, Ms Dougherty made excuses for not providing more than one statement on [redacted] communication log.

A. 'Ms Davis does district testing and is not always in the J F K building."

B. "We have a lot of requirements on us"
" we will meet your needs if you want that"

[redacted] mom reported during her meeting that it was a struggle to get Ms. Dougherty to understand why we requested to write 2-3 sentences summarizing what they're doing with [redacted] each week.

Ms Davis has provided NOTHING so far.

[redacted] mom also reported that when discussing getting a new Special ED teacher for next year, Ms. Anziano specifically commented : "It certainly would be a recommendation to the new principal at JFK. I think a new start for everyone next year would be great"

[redacted] mom and I feel it would not be in his best interests to continue with Ms. Adinolfi as his Special Education teacher, And as previously shared, we do not feel comfortable with Ms. Adinolfi around our son and cannot be held responsible if we do not trust what we are being told. We have nothing in our pockets and nothing up our sleeves. We are very transparent and honest. We do not feel the team is being honest nor transparent with us based on all the communications, the changing of stories, the dishonesty, the excuses and the flip flopping. We feel that a new Special Education teacher would be in [redacted] best interests next year. It's simply not healthy for our son to continue along this destructive path, He's being put in the middle and it's destroying him emotionally and mentally.

[redacted] mom and I find it extremely difficult to have any kind of working relationship with the team based on their actions and behaviors towards us and find it very toxic. [redacted] mom and I reached out just to inquire about a program at Mathewson, kindly requested to have our questions and concerns addressed and only to be met with harsh resistance and abrasivness by Ms. Anziano and the team.

Robert and Karen.

> On Wed, May 24, 2023 at 1:51 PM, Brenda Anziano
> <banziano@milforded.org> wrote:
>
>> Dear Mr. [redacted]
>> Here is our response to your email dated May 20, 2023.
>>
>> I conferred with Ms. Adinolfi and questioned her about your statement: "Do not go home and tell your daddy that I was eating peanut butter and apple in class ever again!" This was never said to [redacted] [redacted] was not kept from recess, he left when all the other children left. [redacted] was spoken to about speaking out during instruction time on that day and his set was moved.
>> At no time did Ms. Adinolfi say to [redacted] not to smile in class. [redacted] was laughing during instruction and when asked why?

[redacted] stated, "At your clothes." Ms. Adinolfi used that as a teachable moment and explained how that can be perceived as unkind.
[redacted] did share his tickets with other students and it was explained that he should keep them as part of his reward.

I hope this provided clarity.

Brenda Anziano

On Sat, May 20, 2023 at 8:18 AM Robert <[redacted]verizon.net> wrote:

> Good morning.
>
> When I picked [redacted] up on Thursday from school he did not seem himself. He seemed very sad. When I asked him if there was anything wrong he said no. He was very quiet on the trip home when usually he's talkative. I informed [redacted] that if there's something bothering him it's okay to tell me.
>
> So when we got home, [redacted] was very upset and reported to me that Ms Adinolfi said to him in private: "Do not go home and tell your daddy that I was eating peanut butter and apple in class ever again!" [redacted] also told me that it made him feel very uncomfortable and very sad. We send our child to school every day so he can feel safe and comfortable. Again, she continues to eat apple and peanut butter in class which he says is distracting to him.
>
> [redacted] not only reported all of this to me but he reported it to his mom as well in addition to the child psychologist he is seeing. [redacted] opened up to him and also about how it made him feel.
>
> A teacher demanding a child and encouraging them not to report something to their parents and to keep it a secret from them is totally unacceptable, inappropriate, inexcusable and very detrimental and damaging to a child and certainly not in their best interests.
>
> A teacher teaching a child to keep something from their parents is also dangerous and unsafe.
>
> [redacted] mom and I feel completely sickend and shocked by the inappropriate actions and behaviors of a so called educational professional poisoning the mind of a young vulnerable child with special needs.
>
> A child looks up to their teacher as a role model. Just what kind of message does this send our child? This sends a wrong message. [redacted] mom and I are trying to protect our son and teach him right from wrong and encouraging him to always report things to us and the teacher is sending an opposite message of everything we taught and instilled in our child. It becomes extremely confusing to a child and gives him completely mixed messages.
>
> We have a huge growing concern that [redacted] will now be afraid to tell us things! And he shouldn't be! What other things have been going on behind closed doors that we don't know about?? What other things is [redacted] afraid to tell us?
>
> Some other things that [redacted] reported to all of us. [redacted] said he was giving some of the tickets he earned to another classmate. He was only being thoughtful and wanted to share with him. [redacted] reported that Ms.Adinolfi put him in time out for sharing the tickets he earned. This is totally inappropriate even the psychologist agreed.
>
> Why did Ms.Adinolfi fail to communicate with us regarding this incident??
>
> [redacted] also reported that Ms. Adinolfi kept him in class while other children left for recess and told all of this in private to him. Keep in mind that this can be perceived as very intimidating to a child. When I asked [redacted] how this made him feel he responded very bad.

[redacted] had also reported to us that on Thursday Ms. Adinolfi was smiling in class and then he told us that when he smiled Ms.Adinolfi told him don't smile. Its no wonder why he was sad when I picked him up.

Even [redacted] psychologist reienforced to him that it's OK to smile. Smiling is not inappropriate. What is inappropriate is Ms. Adinolfi telling him not to especially while she was.

With all that being said, [redacted] mom and I don't even feel safe or comfortable with Ms. Adiolfi being around [redacted] We don't feel she's a positive influence on him and we cannot trust her and rightfully so.  Especially given the history and also deflecting and refusing to answer any of our questions especially at the PPT meeting. In addition, looking back to the email sent on March 24th by Ms. Adinolfi Informing us that [redacted] was crying and he stated to her that he is her worst student and that she hates him. Where exactly does this stem from? Where is he getting the low self esteem from? He only seems to get it in her class not at the Boys and Girls club or anywhere else. This raises some eyebrows and puts up huge red flags.

The interesting thing about all this is that on Wednesday after sending an email and sharing with the entire team of how proud we are of [redacted] for receiving an award and being recognized at the Boys and Girls Club was such a proud moment for him. [redacted] mom and I even took him out for a treat together on Wednesday night. He was so happy. And when I told [redacted] how proud I was of him, he had a big smile on his face. This boosted his morale. And then Thursday coming to school and then having things turning around for the worst. How do you think this made our son feel?

We feel horrible for what [redacted] endured as no child should ever have to fall victim to a teachers Inappropriate conduct. This is emotional and mentally damaging to our son.

We do not take this lightly.

Please advise.

Robert and Karen.

# Re: [EXT MAIL] New Special Education teacher.

From: Robert ([redacted]verizon.net)
To: agiannattasio@milforded.org
Cc: [redacted]yahoo.com
Date: Wednesday, August 2, 2023 at 07:02 PM EDT

HI Mrs. Giannattasio,

[redacted] mom and I are happy to hear that his new teacher is confirmed. Also, we would like to share with you that [redacted] opened up to us recently about the incident back in April with Ms. Adinolfi in the classroom. We informed [redacted] that he will have a new Special Education teacher in September. He responded that he did not like Ms.Adinolfi. But he does like his summer school teacher Ms. Viento, and says she's very nice.

Regarding the crying incident. [redacted] then opened up and informed us that he was working on his math, which he does struggle with and needs help in. He went to Ms.Adinolfi to ask for help on a hard math problem that he was struggling with. [redacted] stated to us that she was busy looking on her cell phone. When he asked for help, instead of helping [redacted] he informed us that Ms. Adonolfi grabbed his math work out of his hand and gave him a book and kept repeatedly insisting for him to read repeating the same phrase, "just keep reading" And this is why [redacted] was crying. He informed us that he was very upset because he just needed help with his math. I think it's important for you to know. We're just hoping to have a much better experience this year with the new teacher.

Thanks

Robert and Karen.

Show less

> On Wed, Jul 19, 2023 at 9:29 AM, Andrea Giannattasio <agiannattasio@milforded.org> wrote:
>
> Hi Mr. [redacted] and Ms. [redacted]
> Thanks for reaching out. Yes, this is confirmed. You will be notified just prior to the start of the school year who the teacher will be,
> I hope you both are enjoying your summer as well!
> Andrea
> Andrea Giannattasio
> Supervisor Special Education
> Milford Public Schools
> 203-783-3493
>
> On Tue, Jul 18, 2023 at 7:54 PM Robert <[redacted]verizon.net> wrote:
>
> > Hi Mrs. Giannattasio,
> >
> > We hope you're having a nice summer so far. [redacted] mom and I just wanted to reach out to you in regards to where we left off with Ms.Anziano last semester. She informed us that starting in September we would have a fresh start with a new special education teacher to replace Ms. Adinolfi. We just wanted to confirm this with you.
> >
> > Please advise.
> >
> > Thanks

Robert and Karen.

# Introduction and Information for [redacted]

From: Tara Truscello (ttruscello@milforded.org)
To: [redacted]yahoo.com; [redacted]verizon.net
Cc: dkoosa@milforded.org
Date: Friday, September 1, 2023 at 03:43 PM EDT

Good Afternoon!

I will be [redacted] special education teacher this year. I am so excited to get to know [redacted] I have been spending time going into the classroom and seeing how he is transitioning into 4th grade and he seems to be enjoying it!

I also wanted to let you know that Courtney Carrano will be continuing to work with the team as the BCBA for [redacted] We have met this week and our plan will be to collect baseline data (with no ticket system, or plan in place) to see what behaviors we see this year or are not seeing. This data will be collected next week, the week of September 5th as well as the week of September 11th. After these weeks are over, Ms. Carrano will contact you to share her findings based on our baseline data. Also, at this time we will decide which, if any, ABA interventions should be trialed to help [redacted] be his most successful self!

Ms. Carrano has also shared the Transfer of Confidential Information form that was filled out for your home BCBA Libby Delaunce. Are you still receiving services with her? If so, Ms. Carrano would like to contact her and collaborate.

I think 4th grade is going to be an amazing and wonderful year for [redacted] and I look forward to working with him!

I hope you have a wonderful Labor Day Weekend and get to enjoy all of this beautiful weather we have been having!!

Tara Truscello

--
Special Education Teacher
John F. Kennedy Elementary School
Milford Public Schools
(203) 783-3568

[redacted]

From: Courtney Carrano (ccarrano@milforded.org)
To: [redacted]verizon.net; [redacted]yahoo.com
Cc: ttruscello@milforded.org
Date: Friday, September 29, 2023 at 12:12 PM EDT

Good Morning,
I wanted to update you on my observations as well as the data taken on [redacted] He has made a nice transition back to school. During my observations, [redacted] did not exhibit any behaviors that his peers did not also exhibit nor did they occur more frequently than his peers. The data taken day to day by the school staff also support this. I will continue to monitor [redacted] behavior and collaborate with the school team in order to maintain low rates of behavior.

Courtney Carrano, SYC, BCBA

203-783-3457

**"Helping one person might not change the whole world, but it could change the world for one person."**

# Re: [EXT MAIL] Re: Meeting this afternoon?

From: Robert ([redacted]verizon.net)
To: dkoosa@milforded.org
Cc: [redacted]yahoo.com; arizzo@milforded.org
Date: Friday, November 17, 2023 at 02:31 PM EST

If there is ever an incident again, please let us know as soon as possible in an email. Thank you.

> On Fri, Nov 17, 2023 at 2:06 PM, Darlene Koosa <dkoosa@milforded.org> wrote:
>
> > Hello Mr. [redacted]
> >
> > Our school team reaches out as soon as possible to discuss any incidents as soon as we have all of the information.
> >
> > We always prefer to meet in person or speak over the phone to best promote dialogue in support of students. The invitation yesterday was to answer questions about the video request to Mrs. Rizzo, the Chromebook email to Ms. Curria, and the bathroom all at the same time.
> >
> > The other students were not playing around.
> >
> > Best regards,
> > Darlene
> >
> > On Thu, Nov 16, 2023 at 7:09 PM Robert <[redacted]verizon.net> wrote:
> >
> > > Thank you for letting us know. I spoke with [redacted] and he said he forgot to pull up his pants.
> > >
> > > Why weren't we informed yesterday? It would have been helpful for you to write us and let us know yesterday. In the future, if there's any other incidences, please let us know right away. We had previously requested this.
> > >
> > > Why did you tell us you wanted to meet with us to talk about recent questions and concerns and label it as such when it was actually an incident?
> > >
> > > And why didn't you just describe the incident in the first place? We would have just appreciated transparency.
> > >
> > > Was there any other kids in the bathroom also playing around?
> > >
> > > Thank you.
> > >
> > > On Thu, Nov 16, 2023 at 4:17 PM, Darlene Koosa <dkoosa@milforded.org> wrote:
> > >
> > > > Good afternoon Mr. [redacted] and Ms. [redacted]
> > > >
> > > > It was reported that [redacted] had some unexpected behaviors in the bathroom yesterday. He did not pull up his pants after using the bathroom and walked around when other students were using the bathroom at the same time.

Mrs. Rizzo and I met with [redacted] this morning. He confirmed the unexpected behavior. Our plan is for [redacted] to use the nurse's private bathroom for the next two weeks. An adult will escort him to the nurse's office and back to class. [redacted] is aware of the plan and we began it today.

Please reach out if you have any questions.

Kindly,
Darlene

On Thu, Nov 16, 2023 at 3:13 PM Robert <[redacted]verizon.net> wrote:

> If you could please outline the bathroom incident in this email, we would really appreciate it and we would be requesting for you to do so. When did did this incident take place? Thank you so much for understanding.
>
> On Thu, Nov 16, 2023 at 3:11 PM, Darlene Koosa <dkoosa@milforded.org> wrote:
>
>> Hello, we'd like to follow up about a bathroom incident. During the day I learned Mrs. Rizzo has already responded to your video request and Mrs. Curria addressed the Chromebook.
>>
>> We are available after school for a phone call or can plan a time to speak with both of you tomorrow.
>>
>> Thank you,
>> Darlene
>>
>> On Thu, Nov 16, 2023 at 2:34 PM Robert <[redacted]verizon.net> wrote:
>>
>>> Which specific questions and concerns are you referring to? Please let us know.
>>>
>>> We received an email from Megan at the boys and girls club. She's threatening to dismiss [redacted] from the club.
>>>
>>> On Thu, Nov 16, 2023 at 11:02 AM, Darlene Koosa <dkoosa@milforded.org> wrote:
>>>
>>>> Hello Mr. [redacted] and Ms. [redacted]
>>>>
>>>> Mrs. Rizzo and I would like to invite you to meet with us this afternoon to talk about recent questions and concerns. We are available at 3pm for an in-person meeting and can arrange a Google Meet or phone conference to accommodate your schedule.
>>>>
>>>> Please let us know what works best for you.
>>>>
>>>> Sincerely,
>>>> Darlene
>>>>
>>>> --
>>>> Darlene Koosa
>>>> Teacher Leader
>>>> John F. Kennedy Elementary School
>>>> 404 West Ave., Milford, CT
>>>> 203-301-5659

--
Darlene Koosa
Teacher Leader
John F. Kennedy Elementary School
404 West Ave., Milford, CT
203-301-5659

--
Darlene Koosa
Teacher Leader
John F. Kennedy Elementary School
404 West Ave., Milford, CT
203-301-5659

--
Darlene Koosa
Teacher Leader
John F. Kennedy Elementary School
404 West Ave., Milford, CT
203-301-5659

# Re: [EXT MAIL] Re: Bathroom Incident

From: Darlene Koosa (dkoosa@milforded.org)

To: [redacted]verizon.net

Cc: [redacted]yahoo.com; acurria@milforded.org; ttruscello@milforded.org; ldougherty@milforded.org; jdavis@milforded.org; arizzo@milforded.org

Date: Wednesday, February 14, 2024 at 01:46 PM EST

Good afternoon Mr. [redacted] and Ms. [redacted]

Thank you for following up with [redacted] at home. We made a request to our IT department to block that website. Chromebook use in the classroom will be closely monitored.

Thank you,
Darlene

> On Mon, Feb 12, 2024 at 9:11 PM Robert <[redacted]verizon.net> wrote:
>
> Dear Team,
>
> Thank you for letting us know about this incident. We spoke with [redacted] and he told us what happened in the boy's restroom. We asked how he learned about this website. He said his classmate [redacted], showed him the sound button website and played the clip, "Can I put my balls in your jaws" to [redacted] This was done on [redacted]'s Chromebook while in Mrs. Curia's class.
>
> We both spoke with [redacted] and explained to him that this was not appropriate behavior and that if a classmate ever shows him anything bad, to report it immediately to a teacher.
>
> Going forward, to avoid these types of incidences from happening, would it be possible to have these websites blocked on the school Chromebook? Also, would it be possible to monitor [redacted] and the other classmates while they're using their Chromebooks? It may prevent incidents like this from happening in school.
>
> Please Advise,
>
> Thank you.
>
> Robert and Karen
>
> On Monday, February 12, 2024 at 03:56:50 PM EST, Darlene Koosa <dkoosa@milforded.org> wrote:
>
> Hello,
>
> When [redacted] was in the bathroom he turned to another student with his underwear down and grabbed his private part. He then said, "Can I put my balls in your jaws" to that student as he was grabbing his private part.

[redacted] reported to me that he hears inappropriate sounds and words on a website called "Sound Button" and he heard that phrase on the site.

Due to this incident, he will be using the bathroom in the nurse's office.

Thank you,
Darlene

On Mon, Feb 12, 2024 at 1:33 PM Robert <[redacted]verizon.net> wrote:

> Hi, good afternoon, if you could please document through email, I would really appreciate it. Thank you.
>
> On Mon, Feb 12, 2024 at 1:30 PM, Darlene Koosa <dkoosa@milforded.org> wrote:
>
>> Good afternoon Mr. [redacted] and Ms. [redacted]
>>
>> I'm writing to let you know that there was a bathroom incident with [redacted] this afternoon at school. Please let me know when would be a good time for me to call and speak with both of you regarding what happened.
>>
>> Kind regards,
>> Darlene
>>
>> --
>> *Darlene Koosa*
>> *Teacher Leader*
>> *John F. Kennedy Elementary School*
>> *404 West Ave., Milford, CT*
>> *203-301-5659*

--
*Darlene Koosa*
*Teacher Leader*
*John F. Kennedy Elementary School*
*404 West Ave., Milford, CT*
*203-301-5659*

--
*Darlene Koosa*
*Teacher Leader*
*John F. Kennedy Elementary School*
*404 West Ave., Milford, CT*
*203-301-5659*

# Re: [EXT MAIL] Recap of last weeks Parent Teacher Conference

From: Robert ([redacted]verizon.net)
To: ttruscello@milforded.org
Cc: acurria@milforded.org; arizzo@milforded.org; [redacted]yahoo.com; agiannattasio@milforded.org; ldougherty@milforded.org; jdavis@milforded.org; acutaia@milforded.org; dkoosa@milforded.org
Date: Monday, June 3, 2024 at 07:46 PM EDT

---

Team,

I Spoke with [redacted] mom tonight. [redacted] got on the phone and said to me. "Daddy, I want to tell you something. sometimes Ms. Curria is mean. I asked him what happened. He told us that he was doing his work and Ms. Curia came up to him and said '[redacted] do you 2nd grade math.!

We understand [redacted] is not up to grade level and the team made it clear he won't be because of his disability. [redacted] told us that statement made him feel very upset. And we can understand why it would. He is in 4th grade not 2nd. It was very inappropriate and belittling. He already feels bad that he can't keep up with his current classmates and to have a statement like this thrown at him is inexcusable. As parents, we are extremely upset.

Robert and Karen

> On Tuesday, May 28, 2024 at 08:51:36 PM EDT, Robert <[redacted]verizon.net> wrote:
>
> Team,
>
> This is just an observation we'd like to bring to your attention. [redacted] has never worn any pants with a zipper. Each and every time, it requires him to pull down his pants in order to use the restroom.
>
> It's very unfortunate and upsetting that the whole restroom use situation got blown way out of proportion.
>
> Robert and Karen
>
> On Mon, May 27, 2024 at 10:50 AM, Robert <[redacted]verizon.net> wrote:
>
> > To the team
> >
> > [redacted] came home last Thursday upset. He reported to me that he asked Ms. Curria if he could use the regular boys restroom and she responded "No, you can never use it and if she catches him using it, he's going to the principal's office and Ms. Koosa is going to write him up and he will be in the principal's office for 10 minutes to think about what you've done"! [redacted] said that she told him she would be angry if he did. And here he is, being scolded and reprimanded for something that did not even happen and something that he did not even do.
> >
> > [redacted] also reported this to his mother and to his psychologist.
> >
> > [redacted] said that the things Ms. Curria told him made him feel uncomfortable, upset and scared. [redacted] went to bed Thursday night with all of this on his mind.

He told me as I put him to bed.

For almost 4 months, [redacted] has used the restroom in the nurses office. Approximately for those 4 months, he has made trips to the nurses restroom during the day, each and every day, there and back to the classroom completely unsupervised. He has not once used the regular boys restroom or has been caught using it. That's a perfect example of "trust." Not even sure how the team could even tell him that he can't be trusted.

Even his psychologist agrees it could have and it should have been handled differently. For example, if [redacted] asks to use the regular boys restroom, even though it's a punitive decision that is made by the team, all he should be told is he has to use the nurses restroom. That would have been acceptable and that's all that should have been said to him.

Going forward, if [redacted] does request to use the regular boys room, we are requesting that this is all that is said to him.

Robert and Karen

On Wed, May 22, 2024 at 11:14 PM, Robert <[redacted]verizon.net> wrote:

> To the Team,
>
> Yesterday, [redacted] informed me that the other day, he asked Ms. Truscello if he could use the boys bathroom and told her he was upset that he couldn't use it and said that Ms. Truscello told him not to be upset and [redacted] said that he promised it wouldn't happen anymore and said Ms. Truscello responded that "he can't be trusted anymore" and that "she can't give him another chance, and there are no more chances" and said "because he would probably pull down his pants and show them to everybody in the bathroom."
>
> We are quite shocked at the statements said to our son.
>
> Statements like that are very harmful, hurtful and damaging to [redacted] as it messes with his self-esteem and isolates him. Negative statements will only lead to negative outcomes which do play a role in affecting his behaviors. Positivity breeds positivity and negativity breeds negativity.
>
> [redacted] needs positivity in his life not negativity. [redacted] mom and I fill his head with positivity before he goes to school so he can have a great day, and it absolutely breaks our hearts as parents to hear our son coming home and telling us these very negative and inappropriate statements by Ms Truscello.
>
> A very reasonable request to the team for [redacted] to be given another opportunity to use the regular boy's bathroom not only turned into an unnecessary ordeal, but also culminated in statements made by Ms. Truscello that should have never been made.
>
> Robert and Karen.
>
> On Tuesday, May 21, 2024 at 05:33:49 AM EDT, Robert <[redacted]verizon.net> wrote:
>
> To the Team,

And these are topics we will continue to discuss ONLY in email.

1. The team incessantly pushes us for meetings even though we previously requested time and time again that we would kindly like to keep all communications to email as we stated emails work best for us.

2. None of those times work for us due to our work schedules.

3. As previously stated, we don't feel our meetings with the team are productive. A Perfect example: Last parent teacher conference was an unproductive disaster.

4. Regardless of what we approach the team with whether it be at a meeting or in email, there simply will never be any partnership coming from the team. And it is clear the team will never agree to anything we suggest. This is based on all our previous interactions.

5. Whatever that can be discussed in a meeting can certainly be discussed via email.

6. Emails are the preferred method of communication as it gives us time to look them over, absorb the info and respond accordingly.

7. We are kindly requesting the team to please respect our wishes and to not continue pushing us for meetings. We thank you for understanding.

You state, "Understanding of these topics seems to be missed through email" This statement is incorrect. Nothing is missed. And nothing is misinterpreted in email.

Again, we are extremely disappointed the team is unwilling to provide [redacted] with another opportunity to use the regular boy's restroom even though [redacted] is very upset and wants the same opportunities given to him as his other classmates and feels left out. Again, we are extremely disappointed in this decision. Last email, we requested to please let us know specifically which teachers saw him both times witnessing the behaviors in the bathroom, but received no response from the team.

No, we do not feel [redacted] is making progress and we will continue to support him with outside services.

Again, as stated in our previous email [redacted] told us "Ms. Truscello said "that the reason he's not using the regular boy's bathroom is because he can't be trusted." And "Don't go home and tell your dad anymore that you want to use the regular bathroom" And again, we believe what [redacted] told us. He would have no reason and nothing to gain by not telling us the truth.

As you stated below, "A student reported the statement, and [redacted] talked about how he did say it." [redacted] admitted to it even though it was very difficult for him. Another perfect example of [redacted] honesty and truthfulness.

The Parents of [redacted]

On Monday, May 20, 2024 at 02:54:42 PM EDT, Tara Truscello <ttruscello@milforded.org> wrote:

Good Afternoon,

These are topics we continue to discuss in multiple emails. Understanding of these topics seems to be missed through email, so any further communication on these topics will need to be discussed at a team meeting. If you feel you want to discuss any of this further, please let us know multiple dates and times that you are available (we can be available between 8:20 and 3:45, Monday through Friday). The meetings can be in person, virtual or over the phone.

Again, in terms of [redacted] academics, I gave you an update on what we are currently working on and his performance based on his IEP goals and objectives. He is making progress towards these goals in the school setting. If you feel he needs extra help outside of the school day, that is solely your decision to do as you wish, as we have stated in meetings and emails.

The bathroom, as stated in the previous email, is a decision we have made as a school-based team. If you would like to discuss the use of the boy's bathroom further, we will be happy to hold a team meeting.

As stated in the previous email, Ms. Truscello has never told [redacted] not to talk with his parents about anything discussed in school. On the contrary, I have stated in every email and meeting that I appreciate the home-to-school work we do with [redacted] and how we support each other.

Expected and unexpected behaviors are the area of focus for [redacted] social skills lessons. As stated, [redacted] upholds and accomplishes these expectations in the resource room. [redacted] and I, Ms. Truscello, do talk about trusting him to transfer these expectations to settings where I am not present and we will continue to work on this. For behaviors as well, [redacted] has had "vocalizations" as an area of his FBA for multiple years, I was trying to give an example of the "vocalizations" we hear, that were also described in previous meetings and emails, not just from this week. Again, we were trying to give an example of these vocalizations as "grunting" for lack of a way to explain it in an email, but it appears it was misinterpreted within the email. These behaviors have been focused on with him through his FBA.

Ms. Michaelson was asked to come in and talk to Ms. Dougherty due to the nature of the statement, as it is a protocol with all students who make this type of statement when at school. Ms. Dougherty explained that:

1. [redacted] made this statement prior to the starting of a brain break, he did not report any emotion, just that the class was transitioning.
2. A student reported the statement, and [redacted] talked about how he did say it.
3. This was reported by the substitute teacher in his class.
4. Again, as reported to Ms. Michaelson and reported previously, the class was transitioning from work to a brain break and he made the statement.

If you would like to discuss these topics further, please give us dates and times that work best for both of you.

~[redacted] School Team

On Sun, May 19, 2024 at 8:32 PM Robert <[redacted]verizon.net> wrote:

Ms.Truscello,

As far as [redacted] academic performance. We feel he needs more. He is still struggling terribly in math. When we brought up outside math help to the team, rather than being encouraged it was discouraged. We don't feel supported by the team and don't feel our meetings with the team are productive.

You claim that the team feels [redacted] can't navigate the boy's bathroom. We wholeheartedly disagree with your statement. Besides, the team previously has not notified us regarding this statement. [redacted] has always navigated the boy's bathroom just fine other than the isolated incidents which were 3 months apart. And in one incident, [redacted] just repeated a phrase "let me put my balls into your jaws" which again, was shown and taught to him by another classmate on [redacted]s Chromebook on YouTube during school hours. We then inquired about having these websites blocked, we did receive a response back from the team that they made a request to the IT department to block that website and the team stating that Chromebook use in the classroom will be closely monitored. We feel that if Chromebook use in the classroom was already closely monitored along with those websites blocked, this incident with [redacted] in the bathroom could have completely been avoided.

You stated: "I am happy to hear that he told you about our talk about trust and the expectations that he has correct behaviors when he is not with me" This statement is 100% incorrect and is wrongly mischaracterized. I specifically relayed to you exactly what [redacted] told me. He never at any point discussed this with me as you described it. And this was never said by him to me. We feel there is a lack of honesty and accountability. We are very sorry to hear [redacted] has not earned your trust. [redacted] should always feel comfortable coming home and telling us everything.

[redacted] did ask me if I trust him what he told me Ms. Truscello said "that the reason he's not using the regular boy's bathroom is because he can't be trusted." And also that she said to him, "Don't go home and tell your dad anymore that you want to use the regular bathroom" I told [redacted] that yes, I do trust him. Again, [redacted] told me he felt very upset by the things that were said to him and we do believe him. He would have no reason and nothing to gain by not telling us the truth. [redacted] has always been accurate. A perfect example: You stated that he informed you where he heard Daisy Bell. We did not even know that you asked him. He told us the same. He was 100% accurate and truthful in what he said to both of us. He has always been.

You state that trust is a topic you talk to [redacted] about daily. This is news to us. When we asked for an update which we received from you last Tuesday, there was absolutely no mention of trust. Nor has there been any mention about your claims of conversations to [redacted] about trust in any capacity previously whether by email, PPT meetings or Parent Teacher Conferences. The only time this topic of "trust" that you brought up that you claim you talk to [redacted] about daily was mentioned only after I alerted you to the fact about what [redacted] told me you said to him.

You also state that when [redacted] walked into your room he was extremely loud and grunting. There has never been any reports by you of extremely loud grunting in the past from [redacted] We asked [redacted] about this. He told us that he was coughing/ clearing his throat. Over the past two weeks, I have had a congestion and bad cough. Now [redacted] mom has it. [redacted] has a cough too. The loud grunting you claim you heard was just [redacted] clearing his throat.

We specifically asked if [redacted] was sent to the school psychologist to speak back in February when the bathroom incident happened. [redacted] told me he was just sent to class right after.

You mentioned in your last email that the bathroom incident is now a safety concern to other children. Interestingly, the team never mentioned their concerns prior. Nor has any explanation

been given prior as you stated in # 4 below. We don't feel [redacted] is a safety concern to anybody. Nor did he deliberately expose himself as you describe. [redacted] is not an exhibitionist. These were isolated incidents. We asked [redacted] about the incidents in the bathroom and he said he turned to speak to his friend before he fully had a chance to pull up his pants. He said he didn't mean to, it was an accident and it was just poor timing. Nothing deliberate. This could happen with any child. Please let us know specifically which teacher saw him both times witnessing this. We would appreciate it.

We are not interested in having "proper bathroom etiquette" be added to his IEP. We do not feel there is any need to as we don't see it rise to a level of any concern for us. It was only mentioned as a "general statement" and as previously stated to make a point that if the team had such concerns about it, since they are the ones that are in charge of writing the goals and objectives, they would have added this to the IEP if it was a real concern and have the team work with him on it. Again, the isolated incidents were 3 months apart. Rather than just confining and isolating [redacted] to the nurses bathroom and considering it "problem solved" it would have been very helpful for the team to work with him on these isolated bathroom incidents and then giving him another chance in using the regular bathroom again especially that you claim you work with him on trust on a daily basis. We do feel that [redacted] continuing being confined and isolated to using the nurse's bathroom is a punishment.

Partnership is a relationship based on collaborating and working together. I reached out to the team to make a very reasonable request as [redacted] notified me he felt left out and wanted to use the regular boy's bathroom again like all his other classmates. Only to have this very reasonable request immediately shot down. Things should have and could have gone a lot more smoothly and should have never got to this point as it has reached. And it is very upsetting to us that it has. At this time, [redacted] deserves another opportunity. We are extremely disappointed the team is unwilling to collaborate and work with us in giving him that opportunity.

Last week has been a very rough and upsetting week for [redacted] at school. This past Friday his mom advised me she got a call and was brought into the office to be told that [redacted] said he wanted to kill himself. Please answer the following questions:

1. Was [redacted] smiling or sad when he said this statement?

2. Who exactly witnessed this statement?

3. Who reported this statement?

4. Where exactly was [redacted] and what exactly was he doing when he made this statement?

Please let us know all the details about it. We would appreciate knowing and it's important that we know.

Robert and Karen.

On Thursday, May 16, 2024 at 12:19:52 PM EDT, Tara Truscello <ttruscello@milforded.org> wrote:

Good afternoon,

In terms of his academic performance, I provided you with the areas of his IEP we are currently working on. In June you will get an update on his progress report with what he is mastering and what he is working on. Nothing is at a standstill and I provided you with the current goals and objectives he is working on. He is making progress with these goals at this time. I would not say he is at a "standstill", as you called it, but these goals we created are for a year's worth of learning, are specific to his learning needs and at this time he is making progress towards mastering them.

[redacted] and I have been talking a lot about appropriate school behavior in all settings within our building and also what is expected and unexpected in the community. In a social skills group this week with [redacted] and Ms. Dougherty I talked to [redacted] about your email about him wanting to use the boy's bathroom again. I never said "don't talk to Dad about it", that statement is incorrect. On the contrary, I am happy to hear that he told you about our talk about trust and the expectations that he has correct behaviors when he is not with me. I did tell him that I knew he was asking you about it because you had sent the concern in an email, so we talked about it in our social skills group. Trust is a topic I talk to [redacted] about daily. We discussed that I need to be able to trust him when he is alone to follow the rules. We talked about how in the resource room, or in the hallway with me he shows me he is capable of walking, not running and can control, to a degree, his vocalizations during our sessions in the resource room. But if given the opportunity to walk back from my room alone, I need to trust he can show expected hallway behaviors. We have also talked about using words rather than sounds and noises such as "I am excited" or "I am happy" rather than the "grunting" (for lack of a better way to explain it in words) noise he makes. I provide opportunities throughout the day for him to show expected behavior when he is working independently, or walking on his own and then he and I reflect. For example, yesterday, he was asked to come to my room for our session, and when he walked into my room he was extremely loud and grunting. He and I talked then again about trust and if he is alone, can he follow expectations?

To answer your questions:

1. Yes, he has talked about it with the school psychologist, social worker, and myself. It is something we cover in the social skills group often. We cover this because [redacted] is not the only student using the nurse's bathroom, the other student in our group does as well and it is an area of discussing expectations that we focus on.
2. As I stated above, when [redacted] is not supervised, or if he thinks teachers aren't watching, he is more likely to act on his impulsive behaviors. As I said, I am using the word trust with [redacted] because he understands what I mean and he knows my expectations. I know he is capable because he follows my expectations very well when he is with me. I am trying to get him to transfer those behaviors when I am not around him and I ask him that I can trust him.
3. This question was answered above.
4. Many students in our building have not used the regular bathroom for different reasons all year. This is not a "punishment" for any student, as you are calling it, but [redacted] did expose himself to students in the bathroom, and for his safety, his privacy, and for the comfortability and safety of other students, the best way we can ensure appropriate behavior in the bathroom is for him to use an alternative single stall. This was the second incident this year, back in November he also had an incident where he walked around the bathroom with his pants down, this information was emailed to you by Ms. Koosa (the email is dated 11/16/23). At that time we had him use the nurse's bathroom for 2 weeks. Then he had the incident in February again which included exposing himself in the bathroom. At this time the school team does not feel [redacted] can

navigate the boy's bathroom and ensure that all students will feel comfortable. We can revisit this topic next school year.

5. If you would like, we can hold a PPT, please give us dates and times that you are available, and we can specifically add in the term “proper bathroom etiquette”. At this time his goal in his IEP states “Given explicit instruction on what funny (i.e. t.v. shows, jokes) versus what is disruptive in class (i.e. making random statements, making noises), [redacted] will be able to determine what is an expected way to be funny with peers and when it is appropriate to be funny, through mastery of the following objectives.” We know he sees these behaviors as “silly” and he is trying to make kids laugh, which is why we have the goal to address this and it is something we work on daily.

For the “I am half crazy” situation, [redacted] also told me where he heard the statement from as well and that is not the concern. The reason I told you about this situation was not about what he said, but to make you aware of the the impulsivity he felt to do it and that he acted on that. We know impulsivity is a part of his disability, which is what I addressed with him, not the words that he said. Any statement would not have been appropriate at that time which is why we use the “having fun” or “being silly” when talking about actions that happen. Behaviorally you wanted an update, and this was just an example of the impulsivity that we know he struggles with. When this happens it typically results in him blurting out words he scripts, making vocalizations, (the “grunting” I referred to previously), and doing things we call “silly” that are distracting in a school environment. Again, we know this is due to his disability which is why I talk with him daily about this and it is not something that will change quickly. These behaviors are hard to diminish, but I hold [redacted] to high expectations and over time I hope to see a reduction of these behaviors outside of the resource room.

I hope I was able to answer your questions, but if you have any further questions, please let us know of dates and times that you are available to have a team meeting. These topics are difficult to explain in writing because at times I feel the explanations or examples I am giving are not taken in the context that they are intended. Also, if you would like the bathroom etiquette to be added to the IEP we will have to hold a PPT rather than a team meeting.

~ Tara Truscello

On Wed, May 15, 2024 at 9:29 PM Robert <[redacted]verizon.net> wrote:

> Thank you for getting back to us. When I meant progress, I meant if [redacted] is excelling and learning more in math or is he at a standstill? And with his other academics is he excelling? We know he is behind but is he showing improvement?
>
> There is something we need to discuss with you. [redacted] had shared with me that Ms. Truscello said to him the reason he's not using the regular boy's bathroom is because he can't be trusted. [redacted] reported this Tuesday and then told us it was said to him again on Wednesday, today. Then he told me she said to him." Don't go home and tell your dad anymore that you want to use the regular bathroom"

[redacted] told me he felt very upset by the things Ms. Truscello said to him. He then asked me what he should do the next time Ms. Truscello Says those things to him. I made it very clear that he should report it to me and his mother right away. He should not be afraid or intimidated to feel that he shouldn't report things to us. [redacted] is already feeling left out that he has not been using the regular restroom like all his other classmates. He needs positive reinforcement not to be told that he can't be trusted. This sends a wrong message to him.

We are extremely concerned as to why [redacted] continues being confined to using the nurse's station when all the other children are using the regular restrooms. Especially given the fact that you reported very good progress in his behaviors. Children will always have behaviors. It's not just [redacted] that does. Just like the other classmates that showed him the YouTube video on their Chromebook during school hours in Ms. Curria's class and filled his head with the statement "Let me put my balls in your jaws" Which led up to the bathroom incident.

[redacted] being confined to using the nurse's bathroom is not only counterproductive, but also sends a wrong message to him. He should be given the same equal opportunity as all his other classmates.

1. Was he sent to the school psychologist to speak back in February when the behavior happened?

2. Is there a reason why you don't trust Robby?

3. What exactly did he do for you not to trust him?

4. [redacted] has been punished since February 12th, over 3 months now, which is completely excessive. We could understand maybe a day or so but not three months and counting.

5. Why wasn't "proper bathroom etiquette" added to his IEP so the team can work with him to help prevent it from happening in the future? If this was a concern, it should have became part of his IEP so the team can work with him on it. This would have been extremely helpful and supportive by the team to [redacted]

You reported that [redacted] made a statement. We also asked [redacted] where he got the statement "I'm half crazy" from. He told us he saw it on YouTube called daisy bell. Bellow is a link.

daisy bell

[redacted]

**daisy bell**

It's basically a children's rhyme and very innocent love song

"Daisy, Daisy give me your answer do. I'm half crazy all for the love of you. It won't be a stylish marriage, I can't afford a carriage. But you'll look sweet, Upon the seat, Of a bicycle made for two." [redacted] sometimes repeats things he hears and blurts them out as this is all part of his condition/disability.

We would appreciate getting back to us with answers to all of our questions and concerns.

Robert and Karen.

On Tuesday, May 14, 2024 at 03:05:46 PM EDT, Tara Truscello <ttruscello@milforded.org> wrote:

Good afternoon,

The plan was to send an email later this week once we return to a more normal schedule after completing our SBA testing, but here is the update;

Academically [redacted] is working on building his independence with tasks in the resource room. He continues to benefit from having a first, next, then routine to complete tasks. For reading, we have been doing a book club for a book called STINK, The Incredible Shrinking Kid. He has been working with a peer to identify the problem in the book and see what the character does to deal with it. In math, we have been working on rounding numbers, and deciding if there is enough money to purchase an item. For his daily living skills, we have been working on the different signs that are seen throughout the community. We have been talking about what they mean, what we have to do if we see one, and where we may find it.

In terms of behavior, [redacted] did a nice job last week joining another 4th grade class while his room finished up SBA testing. During his testing times, he has been able to complete the tests and then remain quiet for the other students working. We continue to focus on him not calling out/making noises during class and in the hallway as well as working on the difference between what is "having fun" at school and what "being silly" is. For example, yesterday we had a Respect Star Assembly. He went up with the rest of his classmates to honor this student. His job was to sit with other students and hold up a letter of the student's name. When he got to the front of the gym he yelled out "I'm half crazy" and pumped his arms in the air. We redirected him and after, he was able to complete the task with his peers. Please see the visual I am using with him when we talk about the difference between having fun and being silly.

As for the bathroom, We spoke with Ms. Rizzo and for the remainder of the year, we will continue to have [redacted] use the nurse's bathroom.

Have a wonderful evening.

Tara Truscello & Alicia Curria




On Mon, May 13, 2024 at 6:30 AM Robert <[redacted]verizon.net> wrote:

Hi.

As per our request below, we would appreciate if you could please send us a written update on [redacted] progress. Including his math, academic, and overall progress. We requested this every few weeks and it would be a big help to us to hear from the team as a way to help support [redacted]

In addition, [redacted] had said that he would like to start using the regular boys restroom again like all the other children. He feels left out.

We look forward to hearing back.

Thank you.

Robert and Karen

On Wed, Apr 17, 2024 at 10:15 AM, Tara Truscello <ttruscello@milforded.org> wrote:

Good Morning!

Thank you for your response. We are happy to have this team to support [redacted]

Ms. Truscello and Ms. Curria

On Mon, Apr 15, 2024 at 1:15 PM Robert <[redacted]verizon.net> wrote:

Good afternoon,

Again, thank you for your email. We appreciate it.

I would like to note that the Parent Teacher Conference I

recently had was all negative and nothing positive.

[redacted] mom and I both spoke to [redacted] He indicated he felt uncomfortable because he told us Miss Quinn was yelling at him. Even during the energy showcase in the gymnasium we both witnessed Ms. Quinn and as she didn't even give [redacted] any breathing room. And if he moved a few inches she would be on top of him. [redacted] did a phenomenal job staying with his group. We did not witness [redacted] roaming around the gym.

You mentioned when there are behaviors or incidences you contact both of us. I understand there were a couple of other incidences within the past month or so in which [redacted] mom was notified but not me. They took place on different days. In which a staff member came out to her car to notify her during pick up. Going forward, I would appreciate being notified as well. And it's important I am. We would kindly appreciate if you could please just send an email and CC both parties moving forward.

An observation I would like to make is that last year, the behaviors reported seemed to be worse. There were several incidences with a staff member in which [redacted] reported to us which made him extremely upset. The behaviors seem to escalate as a result of these incidences. Every child responds differently but when [redacted] is uncomfortable, there seems to be some behaviors as this is his way of dealing with an uncomfortable situation.

A perfect example. As you stated that his work is different from the other students and is not a preferred activity for him. If [redacted] is already feeling frustrated because of this, him being yelled at certainly won't help the situation and could certaintly contribute to an increase of noticeable behaviors. [redacted] has been extremely accurate in reporting information to both of us. We believe what he tells us. Just the other day, [redacted] mentioned that recently, Ms. Quinn is nicer to him and doesn't yell at him anymore. We believe him. This change occurred only after we brought it to your attention and notified you that [redacted] reported that Ms. Quinn was yelling at him. We are very pleased that [redacted] is having a much more positive experience now with Ms. Quinn.

[redacted] did report to us that he was not banging on any tables during the event and we were with him 95% of the time and did not notice these behaviors.

You mentioned that he was offered breaks but he refused.

[redacted] is not defiant. it's not that he refused because he was being defiant, rather he chose not to take any breaks because his peers were not taking them. We asked [redacted] why he chose not to take any breaks and this is what he reported to us. Similarly, earlier in the semester when I made arrangements to come to his school early in the morning to look at his classroom, as I was unable to make the open house, [redacted] didnt want me to stay because no other parents were there and I was the only parent there. This is part of his condition. If he chose not to go on any breaks, that's because none of his other classmates were going on breaks. Similarly, if there were no other parents in the building, he didn't understand why I was in the building.

Please understand this is the way his mind works and as his psychologist mentioned, it's all part of his condition.

[redacted] did not intentionally mean to rip the page in the book. We understand Ms.Curria was very upset by this and are very sorry it happened. It was only an accident. We would like to replace the book for you. Please let us know the name and title and we will be sure to provide you with a replacement.

As you mentioned, [redacted] does have an IQ of 65 which does impact his ability to learn the same way typical students do. Yes, we do realize this and understand [redacted] is different than the rest of the General ed classmates. Its just the way it is. This doesn't make him a bad person. We understand this may be frustrating at times for his teachers. [redacted] mom and I sometimes don't understand why he just doesn't get things that we normally do even though we try and explain things and we would expect him to understand, but then we have to take a step back and realize his mind works differently than others.

In moving forward, we would just like to kindly request a written update on his progress every few weeks.

Thank you.

Robert and Karen.

On Thu, Apr 11, 2024 at 3:46 PM, Tara Truscello <ttruscello@milforded.org> wrote:

> Hello,
>
> We will do our best to address your questions and concerns. This is a lot to explain over email so we will

do our best. If there are any follow-up questions we will hold a team meeting to have that discussion.

At [redacted] PPT we discussed his cognitive findings based on the evaluation that was presented. [redacted] does have an IQ of 65 which does impact his ability to learn the same way typical students do. With this being said, the goal for [redacted] is not to "catch him up" to grade level expectations but rather to address his specific needs through the goals and objectives that we reviewed in the PPT. I have attached another copy of these goals and would be happy to review them with you again if we hold a team meeting. You did ask about tutoring and again, it may be overwhelming for him as learning is difficult for him, but as mentioned in the PPT, tutoring is a parental decision and you can do what you feel is best for [redacted] We've attached some resources to view and see how a student's IQ impacts their learning as well as the CT Department of Education's site with other resources.

The behaviors we talked about are consistent with past conversations as well. When there are big behaviors, such as bathroom incidents or inappropriate language we do contact you both. The specific examples that were seen recently, such as the ripping of the book and fidgeting with the materials on the wall were just examples we were providing to try and help you get a picture of what we are talking about. As reviewed in the PPT as well we went through his Behavior Intervention Plan (BIP) (I have attached this again and we would be happy to review them again at the team meeting if we hold one) these are the consistent behaviors we see and that he has been working on. Though he has made nice improvements with these behaviors they are still present.

We would also express that when we use the term "behavior" it is not a negative situation, but actions that we address to help shape and reinforce appropriate behaviors. As a reference, behavior, as defined by the BIP, is “Behavior(s) which are presenting as problematic to the student’s learning and which the planning and placement team has identified to reduce or extinguish.” We are using the visual cues we showed you in our team meeting with the stay-focused visual reminders and his first, next, then card to assist him in remaining on task. This is difficult for [redacted] and we will continue to work on

it with him. He struggles to stay focused when the work is difficult, which is why he has a work folder with mastered work in his classroom. This work is different from the other students and is not a preferred activity for him. Still, it is beneficial because it builds his ability to work independently as well as work on the skills that he is capable of completing.

This is also why [redacted] benefits from having a paraprofessional work with him. As we talked about in the parent-teacher conference, Ms. Quinn does not yell or threaten [redacted] There is always a classroom teacher with them and this has not been observed by any staff member. [redacted] is always happy when working with her and we do not see any problems with their relationship at school. That being said yes [redacted] may feel "uncomfortable" when she is there, not because she is doing anything wrong to him, but because there is an adult there making sure that he is on task and she is there to redirect him towards the targeted behavior or learning. In the science showcase, yes, Ms. Quinn was there to make sure that he stayed with his group. The expectation was to not walk around the gym but stay with the group behind their table. This was a very loud and over-stimulating environment and he was offered breaks, and we know when [redacted] gets overstimulated he can have trouble self-regulating compared to his peers, so he was given redirection and prompting to keep him on track. He was also offered breaks in a quiet setting to "reset" but he refused to go.

[redacted] was seen banging the table by Ms. Truscello and she had to ask him to stop a few times. As mentioned, when it's overstimulating he can do things that are unexpected, such as banging on a table. It was not said that he bangs tables often, it was said that he has behaviors, the table banging just being one example, as mentioned in this email, that we work on.

For resources, at the PPT we sent an email to you both with Community Connections resource Mary-Kate's email address. Ms. Michaelson had reached out to her. We checked in with Mary-Kate and she said she responded on February 15th with links but has not heard back. Here is Mary-Kate's email address again for you to reach out to her mwilliams@milforded.org.

Unfortunately, you took our conversations as us saying we do not feel supported. We would like to be clear in stating that we do feel supported and value the supportive relationship we have between home and school. It is important that we are all on the same page and working together to keep consistent expectations.

I hope we were able to address your concerns from the meetings and again if you would like to discuss any of this further please let us know which of the following dates works best for you:

-April 16, 2024 at 8:45-9:30
-April 16, 2024 at 10:15-11:00
-April 23, 2024 at 8:45-9:30
-April 23, 2024 at 10:15-11:00
-April 25, 2024 at 10:45-11:30

Ms. Truscello and Ms. Curria

https://www.specialolympics.org/stories/impact/parenting-a-child-with-an-intellectual-disability
https://www.parentcenterhub.org/intellectual/
https://portal.ct.gov/Services/Health-and-Human-Services/Disability-Services

On Thu, Mar 28, 2024 at 4:04 PM Robert <[redacted]verizon.net> wrote:

> Hi We would request for you to get back to us in email with answers to our questions and concerns thank you
>
> On Thu, Mar 28, 2024 at 3:50 PM, Tara Truscello <ttruscello@milforded.org> wrote:
>
>> Good Afternoon,
>>
>> I hear your concerns and we as a team would like to clarify our conversations with both of you. We would like to have a team meeting after the break to discuss these.
>>
>> Some times we have available are:
>> -April 16, 2024 at 8:45-9:30
>> -April 16, 2024 at 10:15-11:00
>> April 23, 2024 at 8:45-9:30
>> -April 23, 2024 at 10:15-11:00
>> -April 25, 2024 at 10:45-11:30
>>
>> Please let us know what works best for you both and we look forward to meeting with you.
>>
>> We hope you have a wonderful April Break.

Tara Truscello

On Thu, Mar 28, 2024 at 9:30 AM Robert
<[redacted]verizon.net> wrote:

Hi Ms. Truscello and Ms.Curia

Thank you for taking the time to meet.

To recap our meeting, it was mentioned that [redacted] is still unable to grasp the fourth grade level math skills.

There were a plethora of behavioral issues reported. We were not previously notified of these behaviors via email even though we previously requested to please be updated and kept in the loop so we can speak to [redacted] Please understand, if we don't know what's happening we are unable to speak with him.

It was mentioned since [redacted] has a low IQ he's not going to catch up to grade level expectations. What can we as parents do to help raise his IQ? What resources are available in the community that help children on the [redacted] spectrum?

We would like to request written data on [redacted] progress every few weeks.

It was said that [redacted] picks things off of Ms. Curia's wall and destroys them. [redacted] mom and I spoke, and talked to him. [redacted] did admit to playing with magnets on Ms. Curia's wall but never at any point did he destroy anything. Was [redacted] redirected when he played with the magnets?

It was reported that [redacted] runs away from Ms. Quinn.

[redacted] told me that she makes him feel uncomfortable and he reported to me that she yells at him. He tells me he just wants to learn. If there's a hard math problem sometimes she doesn't want to help him. [redacted] stated to me that she threatens to send him to Ms. T.

During the energy showcase, two weeks ago on Friday, [redacted] mom and I witnessed and observed that Miss Quinn was constantly on top of [redacted] For instance if [redacted] moved even a few inches from where he was standing, or he walked out onto the floor just to give us hugs, Miss Quinn insisted he returned to his spot. [redacted] was not doing anything wrong and he couldn't be expected to stand in the same spot for an hour without movement. Meanwhile other students at other stations were moving away from their spots but nothing was said to them. What is the working relationship like between Ms Quinn and [redacted]

It was mentioned that [redacted] was there banging the tables a lot. We both spoke with [redacted] and he told us he was not banging on any tables. I then asked when he was banging the tables because [redacted] mom and I didn't notice as he was well behaved. You responded that we were walking around and weren't with him the whole time. But as soon as I mentioned that we were with him 95% of the time, it was at that point you responded that it wasn't just Friday (If it wasn't just Friday when exactly does [redacted] bang on the tables?) and said you are trying to work with [redacted] on that and then said you really hope that we ([redacted] mom and I) can support you with that.

How do we not already support you?
Do you feel that we don't support you?

We would appreciate you letting us know.

As I've mentioned we support [redacted] and everyone and we're sorry you feel otherwise.

It was reported to [redacted] mom during her meeting that Ms. Curia was frustrated and upset because she said that [redacted] ripped a page in a book that personally belonged to her. We spoke with [redacted] and he did not do this purposely. He said he just turned the page and it accidentally ripped. He didn't mean to rip it. [redacted] mom apologized and

even offered to replace the book, but Ms. Curia declined the offer.

We are both concerned and just want [redacted] to excel and do the best that he can. We know that as time progresses as he moves into upper grades, the work is going to get harder for him, especially math. And this will become frustrating for him. Last November, at the team meeting we mentioned we were looking to get an outside tutor to help him with his math, you felt it would be overwhelming for him. As you can see we're trying hard to support [redacted] in getting the help he needs.

We would appreciate your input.

Thank you.

Robert and Karen.

--
Special Education Teacher
John F. Kennedy Elementary School
Milford Public Schools
(203) 783-3568

--
Special Education Teacher
John F. Kennedy Elementary School
Milford Public Schools
(203) 783-3568

--
Special Education Teacher
John F. Kennedy Elementary School
Milford Public Schools
(203) 783-3568

--
Special Education Teacher
John F. Kennedy Elementary School
Milford Public Schools
(203) 783-3568

--
Special Education Teacher
John F. Kennedy Elementary School
Milford Public Schools
(203) 783-3568

--
Special Education Teacher
John F. Kennedy Elementary School
Milford Public Schools
(203) 783-3568

# Re: [EXT MAIL] Re: PPT Invitation

From: Robert ([redacted]verizon.net)

To: arizzo@milforded.org

Cc: acurria@milforded.org; [redacted]yahoo.com; ttruscello@milforded.org; jdavis@milforded.org; kkristan@milforded.org; ldougherty@milforded.org; dkoosa@milforded.org; ccarrano@milforded.org; nmacklin@milforded.org; jstewart@milforded.org; acutaia@milforded.org

Date: Saturday, July 13, 2024 at 12:37 PM EDT

---

Ms. Rizzo

You state: "We wish to work together to create an appropriate plan to support [redacted] I think we can agree that we all want him to have a successful 5th grade year."

What makes you think throwing [redacted] out of JFK and tossing him into the [redacted] Program at Mathewson in a self-contained classroom (That is what this PPT meeting is about, isn't it?) where you're going to have a lot more behaviors, a lot more non verbal students and a lot more students who are much more below his level than he is, is going to be appropriate for him and provide him with a successful 5th grade year? What gives you that idea?

Please address these questions via email.

Robert & Karen

> On Fri, Jul 12, 2024 at 11:18 AM, Robert <[redacted]verizon.net> wrote:
>
> > Ms. Rizzo
> >
> > *Please provide answers to ALL our questions and concerns regarding the following (below in bullet points) and please answer via email. And please provide a copy of those specific emails you claim you shared with us regarding his increase in behaviors.*
> >
> > - *This is completely false. No, you have not been sharing any increase in behaviors you have seen with [redacted] through emails since the parent teacher conference in March. This "increase" you claim is news to us. Please provide us with the specific emails you claim you shared. And no, you have not repeatedly asked for meetings to discuss these behaviors you claim and no we have not repeatedly declined meeting the team regarding these behaviors. Please provide these email communications. As a matter of fact, not only did the team not reach out to us in email regarding your claims of an increase in behaviors but it was us that reached out to the team kindly requesting a written update on [redacted] progress every few weeks in an email to the team dated April 15th 2024. When we heard nothing, we sent a follow up email on May 13th 2024 in which the team reported that in terms of behavior, [redacted] was doing a nice job and received a very favorable report on his behaviors and the team even noted that during testing times, he was able to complete the tests and remain quiet for the other students working. Quite the opposite actually and certainly not an increase as you falsely claim. Interestingly, we previously requested transparency. In which we are getting none.*

- *You didn't answer our question. What was so urgent that led up to a last minute decision by the team to want to toss our son out of JFK and throw him into the [redacted] program and then label it meeting his needs?*

- *3. No this year was not a fairly new team. The same team has been working with [redacted] since he started JFK in 2017.With the exception of Ms. Truscello, who has been working with [redacted] this entire year.*

- *No, your previous communication was NOT about an increase in behaviors since the February PPT due to work becoming increasingly difficult. Please provide us with this communication to back up your false claims.*

- *You previously stated "we have been sharing the increase in behaviors we have seen with [redacted] through the emails since the parent-teacher conferences in March.' But now it's since the PPT in February? You can't even get your story straight nor correct.*

*And:*

- *B. You have NOT shared an increase in behaviors through emails*

*And*

- *C. There was absolutely nothing previously shared regarding an increase in behaviors due to work becoming increasingly difficult.*

- *Interestingly, we received an email update from the team ONLY after we requested to be updated every few weeks. (See email we sent dated April 15, 2024). Then we reached out to you on May 13th, 2024 because you failed to provide that update to us.*

*And:*

- *The update was an extremely favorable one regarding [redacted] behaviors. See email sent by you on May 14 2024.*

- *Also, your statement about work becoming increasingly difficult is totally incorrect. On May 16 2024, you sent us an email regarding [redacted] academic performance in which specifically states that at this time, he is making progress with these goals at this time and that he is making progress towards mastering them. [redacted] has his IEP in place and has his own work. So the work isn't becoming increasingly difficult. Where is it becoming increasingly difficult???*

- *If [redacted] behaviors have increased recently it was solely due to the fact regarding the very negative and inappropriate things he reported to us that were said to him by both Ms.Truscello and Ms. Curria. We thoroughly documented these incidents in emails sent to you on May 15th, May 22nd and June 3rd. Please go back and read them. We also explained that Statements like these are very harmful, hurtful and damaging to [redacted] as it messes with his self-esteem and isolates him. Negative statements will only lead to negative outcomes which do play a role in affecting his behaviors.*

- *In addition, [redacted] informed us he had not been in the resource room since about the middle of May. Why not? Also, he informed us there was a new Para assigned to him and not Ms. Quinn. This was never communicated to us. Why not?*

On Friday, July 12, 2024 at 10:07:28 AM EDT, Amy Rizzo <arizzo@milforded.org> wrote:

Hello, Mr. [redacted] and Ms. [redacted]

Thank you for reaching out to the team. We hope to schedule a PPT in September so that we can all come together to discuss your concerns. We wish to work together to create an appropriate plan to support [redacted] I think we can agree that we all want him to have a successful 5th grade year. We will be reaching out later this summer with potential dates for that meeting.

I have included our new Elementary PPS Supervisor, Nadine Macklin, in this email. Nadine has joined MPS upon Andrea Gianattassio's retirement in June and will be working with our team to support [redacted]

We hope [redacted] is having a great summer!

In partnership,

Amy

On Wed, Jul 10, 2024 at 8:35 PM Robert <[redacted]verizon.net> wrote:

> Team, All of our responses to yours are in line below and in RED.
>
> Ms. Rizzo, you were so silent during those back and forth email communications we had with the team from March 28th through May 28th and didn't bother to say a peep, but now, all of a sudden, out of the clear blue sky, you seem to have a lot to say, in which you distort the facts and manufacture things. You seem to mislead and

trick us into believing something is true when it's not. We had to go back and re-read all the communications that was sent to us several times over since the PPT meeting. We feel gas lighted. The way in which you present things is certainly not what they appear to be.

1. You claim you have been sharing an increase of behaviors first since the PPT meeting, (# 7 below) or was it the parent teacher conference? (# 2 below) No, you have not. Can't even get your story or facts straight. As a matter of fact, what was shared with us regarding [redacted] behaviors since then, which is quite the opposite, was:

A. "He has been doing a nice job becoming a more independent learner in the resource room."

And;

B. "Expected and unexpected behaviors are the area of focus for [redacted] social skills lessons. As stated, [redacted] upholds and accomplishes these expectations in the resource room."

And;

C. "In terms of behavior, [redacted] did a nice job last week joining another 4th grade class

while his room finished up SBA testing. During his testing times, he has been able

to complete the tests and then remain quiet for the other students working."

In addition what was shared with us was:

"We would also express that when we use the term "behavior" it is not a negative situation"

In addition, [redacted] informed us he had not been in the resource room since about the middle of May. Why not? Also, he informed us there was a new Para assigned to him and not Ms. Quinn. This was never communicated to us. Why not?

Team,

It's very interesting that you claim partnership but yet, continue to deflect and dismiss ALL of our questions and concerns in our emails. It seems it's more of a "dictatorship" than a "partnership."

Your emails sent over the last week are riddled with mixed messages and inconsistencies. The way they are written we feel is very sneaky and made to confuse us. We all know that holding a PPT meeting is about making changes to the IEP. As I previously informed the team, we believe in full transparency. Based on your recent emails sent, we're simply not getting that from the team.

1. You failed to give us a 5-day notification for the PPT which is required by law. And here you are not following the law. Your campaign of pushing and pressuring us into this meeting on a daily basis over the past week at the very last minute is not only very sneaky but extremely anxiety-provoking. You gave us no breathing space.
*As we stated in the emails sent to you, we acknowledge that this was a last minute meeting request. In a previous email* [redacted] *Mom's agreed to a meeting and gave us a date and time, to meet at 10:00 on June 4th is why the invite was sent with less than 5-days notification. After the invite was created and sent, a follow-up from you was sent that you both would not be attending the meeting. We hoped you would change your mind, and held the time open, but did not hold the meeting since neither of you attended. No other official invite was created for PPTs, we instead offered times based on your availability that was offered to try and hold the PPT, but again since no one attended, no PPTs were held.*

*As previously stated,* [redacted] *mom said she would meet via google meet and I offered to join her but that was before we had a clear and concise understanding of exactly what the teams intentions actually were.*

*1. You wrote us on May 30th "The JFK team would like to hold a PPT on Monday, June 3rd at 8:30am to discuss programming and placement for* [redacted] *for next school year." You failed to be forthright and transparent with us regarding the EXACT reason why you wanted to hold the meeting in the first place and ONLY informed us after back and forth emails that it was about the* [redacted] *program at Mathewson. It was like pulling teeth to get the real truthful reason for wanting to hold the meeting.*

*We originally agreed to attend the meeting as our perception and understanding was that the PPT was meant to ONLY have changes with his IEP IE: adding additional time in the resource room or adding some additional services to* [redacted] *to help with his math, not switching to the* [redacted] *program at Mathewson and switching entire schools which would be counterproductive to* [redacted] *What exactly did the team have to hide and why were you not transparent with us from the beginning?*

*We canceled the meeting as we did not want to go in blindsided. Originally, the team expected us to give up our 5 day right, which is required by law. It was like pulling teeth to get any specifics regarding the exact purpose of the meeting. After several back and forth exhausting emails, the team then decided mention alternate placement at another school. Which, as it turns out, is the* [redacted] *program.*

*We canceled the meeting Friday, May 31st.*

*Then on Monday June 3rd at 1:59 pm, we received an email from you pushing and pressuring us into this meeting that you were already well aware that we canceled. And to make matters worse, even after I notified you I was not available at 10 am you still insisted on that time for Tuesday even though we*

*canceled it and then ramped up your campaign and continued by pushing and pressuring us for the Tuesday meeting and then a Wednesday meeting. Then on June 4th, you sent an invite when we made it clear the meeting was canceled. Then yet again, on June 4th you continued your campaign of pushing and pressuring us into a meeting on Wednesday. Then yet again, June 5th you sent yet another email pushing and pressuring us into this Wednesday meeting even though we made our position very clear that ONLY AFTER the team answers our questions thoroughly in email, will we then agree to hold a TEAMS ONLY meeting but the team insisted to outright disregard and ignore our communications and failed to respect our decision. It is clear the team chooses to consistently deflect, dismiss and ignore us.*

2. You state "Please note that the desire to meet and discuss an appropriate placement for [redacted] was certainly not an "overnight" decision." It most certainly was an overnight and rash decision. If it was not, why wasn't it previously discussed with us especially at the last PPT in February? Please answer the question.

*We have been sharing the increase in behaviors we have seen with [redacted] through the emails since the parent-teacher conferences in March. We have repeatedly asked for meetings with you to discuss these behaviors. You have repeatedly declined meeting with us.*

*This is completely false. No, you have not been sharing any increase in behaviors you have seen with [redacted] through emails since the parent teacher conference in March. This "increase" you claim is news to us. Please provide us with the specific emails you claim you shared. And no, you have not repeatedly asked for meetings to discuss these behaviors you claim and no we have not repeatedly declined meeting the team regarding these behaviors. Please provide these email communications. As a matter of fact, not only did the team not reach out to us in email regarding your claims of an increase in behaviors but it was us that reached out to the team kindly requesting a written update on [redacted] progress every few weeks in an email to the team dated April 15th 2024. When we heard nothing, we sent a follow up email on May 13th 2024 in which the team reported that in terms of behavior, [redacted] was doing a nice job and received a very favorable report on his behaviors and the team even noted that during testing times, he was able to complete the tests and remain quiet for the other students working. Quite the opposite actually and certainly not an increase as you falsely claim. Interestingly, we previously requested transparency. In which we are getting none.*

3. You state "The team would like to respond to some of your concerns in your most recent email." But the team has failed to respond to ANYTHING even though we requested the team respond to ALL our concerns and questions via email.

*These are discussions we would like to have as a team and would best be had in a meeting where we can have an open discussion rather than a back and forth through emails where communication can be lost.*

*There is no communication lost, that is just another excuse. We communicate just fine through email.*

4. You stated "we felt it was urgent that we meet as soon as possible." What exactly and specifically brought on this urgency to meet ASAP? What exactly has changed? Please answer the question.

*It was urgent since the school year ends on June 11th and the hope of the team was able to sit down together and hear the proposal of a program to meet [redacted] needs. Our staff will not be available to meet this summer for a PPT.*

*You didn't answer our question. What was so urgent that led up to a last minute decision by the team to want to toss our son out of JFK and throw him into the [redacted] program and then label it meeting his needs?*

5. I already repeatedly informed you that I was NOT available at 10 am but here you are, dismissing the fact I was not available and rather, you chose to keep pushing me for that time. Just to clear up any confusion. [redacted] mom said she would meet via google and I offered to join her but that was before we had a clear and concise understanding of exactly what the team intentions actually were. We decided not to go in blindsided.

*We chose the 10am time based on Ms. [redacted] email response. Then followed up for June 5th at 12:05 which was the time you provided in your email as a time when you could join us. We were trying to accommodate your schedules.*

*Pressuring and pushing us into a meeting we already canceled is certainly not, by any means accommodating us. I specifically informed the team I was not available at 10am, even after cancelling the meeting you still pushed for a 10 am spot. That 12:05 time was ONLY under the condition that the team answer all our questions and concerns via email first in which the team failed to do. In addition, that was before we had a clear and concise understanding what the meeting actually was about. As the team was originally vague about it and refused to be transparent with us.*

6. You stated "At this time, we do not plan to adjust the goals" then state "whether or not [redacted] goes to a program or remains at JFK, a PPT needs to be held to increase his support through his IEP." We feel this was very sneaky just to try to trick us into this meeting. You are sending very mixed messages. Then you state "no final decision has been made to change his programming" But yet, you sent us a notice that the purpose of the meeting is to revise the IEP. This meeting the team was planning was not at all about increasing his support through his IEP. It was strictly about tossing [redacted] out of JFK and throwing him directly into the [redacted] program at Mathewson starting first thing in the fall which is why the team waited to the very last minute to hold this meeting.
*The purpose of a PPT is to present proposals for changes. By law "review/ revise" is the description of the meeting, not just revise, where recommendations are **reviewed** and **revisions** can either be made in the meeting, or it can be decided that no revisions are needed after the team has a discussion.*

*We never agreed to a PPT meeting. Another perfect example of the team dismissing, deflecting and ignoring our requests. But here you are, insisting on pushing a PPT meeting on us.*
*We ONLY agreed to a TEAMS ONLY MEETING and that was under the condition that you get back to us with ALL of our questions and concerns answered via email which you failed to do.*

7. The team that previously stated they did not recommend the [redacted] program at Mathewson and was so vehemently against it and did not deem it appropriate and wanted the least restrictive alternative for him now deems it appropriate in an overnight and rash decision? It wasn't appropriate nor recommended then, but it suddenly became appropriate and recommended now?
*This year was a fairly new team working with [redacted] and as previously stated, our communication about an increase in behaviors since the February PPT due to work becoming increasingly difficult resulted in the team considering options to better support [redacted]*

*No this year was not a fairly new team. The same team has been working with [redacted] since he started JFK in 2017.With the exception of Ms. Truscello, who has been working with [redacted] this entire year.*
*1. No, your previous communication was NOT about an increase in behaviors since the February PPT due to work becoming increasingly difficult. Please provide us with this communication to back up your false claims.*

*A. You previously stated "we have been sharing the increase in behaviors we have seen with [redacted] through the emails since the parent-teacher conferences in March.' But now it's since the PPT in February? You can't even get your story straight nor correct.*

*And:*

*B. You have NOT shared an increase in behaviors through emails*

*And*

*C. There was absolutely nothing previously shared regarding an increase in behaviors due to work becoming increasingly difficult.*

*Interestingly, we received an email update from the team ONLY after we requested to be updated every few weeks. (See email we sent dated April 15, 2024). Then we reached out to you on May 13th, 2024 because you failed to provide that update to us.*

*And:*

*The update was an extremely favorable one regarding [redacted] behaviors. See email sent by you on May 14 2024.*

*Also, your statement about work becoming increasingly difficult is totally incorrect. On May 16 2024, you sent us an email regarding [redacted] academic performance in which specifically states that at this time, he is making progress with these goals at this time and that he is making progress towards mastering them. [redacted] has his IEP in place and has his own work. So the work isn't becoming increasingly difficult. Where is it becoming increasingly difficult???*

*If [redacted] behaviors have increased recently it was solely due to the fact regarding the very negative and inappropriate things he reported to us that were said to him by both Ms.Truscello and Ms. Curria. We thoroughly documented these incidents in emails sent to you on May 15th, May 22nd and June 3rd. Please go back and read them. We also explained that Statements like these are very harmful, hurtful and damaging to [redacted] as it messes with his self-esteem and isolates him. Negative statements will only lead to negative outcomes which do play a role in affecting his behaviors.*

8. We had our PPT meeting in February, 2024. We had absolutely no discussion of a change of location. His goals, objectives and changes to the IEP were thoroughly discussed and made then. Now, in an overnight and rash decision by the team insisting it's urgent to hold a PPT so late in the game and without proper notice required by law and at the very last minute in an attempt to toss our son out of JFK a week before the end of school is inexcusable. What's with the urgency?
*This was asked and answered previously in this email.*
You claim that we were not able to join you for the PPT meeting on 6/5/24 as you hoped. Where is the logic in that? We could not have joined as you failed to send us an invite. However, the only invite we received from Ms. Truscello at 11:43 am was "Invitation: PPT 2 Review Evaluations Talia. L/Curria @ Thu Jun 6, 2024 8:45am - 9:45am (EDT)" for another student the following day from 8:45 to 9:45.

You invited us to Talia's meeting. Her mom is Lidia Monteiro and her email is lidiamonteiro32@gmail.com. This is not the first time the "team" exposed other sensitive personal identifiable information. We believe the other parents should be notified regarding this breach of confidentiality. This was careless and no one double checks their work before sending an invite? We now know that Talia has an IEP.
We're concerned that [redacted] invites may have been carelessly sent to other parents. We hope not. What's with the last minute PPT meetings? Is this about finances? Lack of staff? Cuts being made in the Milford school district? We're concerned children, especially [redacted] may be placed inappropriately in a program they don't belong. Finances are NOT our problem. We are looking into what is best and suitable for [redacted]

Under absolutely no circumstances will we agree to attend this meeting until ALL of our questions and concerns in this email and the last email are thoroughly addressed and answered in writing as we previously requested, in which the team chose to outright dismiss and deflect. We will not go in blindsided. We are extremely suspect of the team's intentions and your recent communications are a huge concern for us and certainly put up some serious red flags especially given the fact that our son has repeatedly reported to us over the past several weeks that he felt very uncomfortable and upset at things he told us were said and told to him by his various education professionals at JFK.
In addition, the team isolated [redacted] to using the nurse's bathroom when there was absolutely nothing that warranted this. He had absolutely no medical condition that even required this change.
We met with [redacted] therapist. He overheard us talking about the possibility of changing schools. He started crying and repeatedly said "I don't want to go to another school." I'll be around strangers"

[redacted] DOES NOT adjust well to change. The team is very well aware of this. His level of anxiety will heighten and create more behaviors. His chances of regressing will increase. Why change schools for grade 5 when he will have to change schools again for grade 6?

Let's be clear. We see exactly what is going on here.

1. The team is so desperately trying to, at the very last minute, toss [redacted] out of JFK and throw him in the [redacted] program at Mathewson.

*The team respectfully disagrees with this statement and its presumptions.*

*It's certainly your right to disagree but these are the facts.*

2. The team failed to give us a 5 day notice which is in fact required by law to hold this meeting and even admitted in was indeed a very short notice.
*No PPT was held, an offering of times and dates were provided and the team would then only hold the meeting if you agreed to waive the 5-day notice, which you did not, therefore, no PPT meeting was held for* [redacted]

*But you did pressure and push us for this meeting and tried desperately to get us to waive our right.*

2. Initially, the team was very vague regarding the reason for holding the meeting.
*In our initial invite email, the team specifically stated that we wanted to hold a PPT to discuss programming and placement for* [redacted] *for the next school year.*

*Right you were very vague and we had to keep inquiring for you to finally spill the beans*

3. We agree, this was not just decided overnight. Rather, it was well thought out and planned by the team to wait to the very last minute right before school ends to change [redacted] placement for a fall start at Mathewson.
*The team respectfully disagrees with this statement. We are working to be responsive to* [redacted] *needs which have increased since our last PPT.*

*You were "working" to wait until the very last minute to hold this meeting in hopes of changing his placement at the very last moment hence your pressure and push campaign to hold the meeting. The team has failed to reach out to us regarding your claims of his needs increasing since the last PPT,*

4. The team stated it was "urgent", and created this sense of urgency to hold a meeting at the very last minute.
*This was asked and answered previously in this email.*
5. The team then followed through with a campaign of daily "pressure" to try and persuade us into this meeting
*The team sent follow-up emails to try and find a date and time that worked for everyone that went unanswered by you.*

*We canceled the meeting. Period. After we canceled the meeting you still continued with your push and pressure campaign. If anything went unanswered it was our requests made to the team specifically stating that only after the team answers our questions thoroughly in email, we will then agree to hold a TEAMS ONLY meeting. But you still pushed and pressured us and demanded a PPT when we said teams only meeting. Another perfect example of you ignoring, dismissing and deflecting our requests.*

6. It was clearly noted in the PPT that the purpose of the meeting was to "revise the IEP" even though the team informed us that no decision was made to change his programming. Again, this is sending completely mixed messages.
*This was asked and answered previously in the email.*

7. The team then stated "At this time, we do not plan to adjust the goals for [redacted] but we would like to discuss the possibility of an alternate placement" then the team changed their course of action and now states that it's to "discuss any possible changes in his IEP or in his placement." Just what exactly do you want to change in his IEP so late in the game at the very last minute? Please answer the question. We are requesting full transparency.
*This was asked and answered previously in the email.*
We are currently consulting with another party on this matter and all of the other issues at hand. During the 2023-24 school year we've attended 2 PPT meetings one on November 30th and a triannual meeting on February 8th 2024. At the triannual meeting, life skills was discussed. Nothing was mentioned regarding an [redacted] program.

We are NOT in agreement with [redacted] attending the Mathewson program. We stand firm on our position. Therefore, we will NOT be attending a PPT meeting in the fall. We will, however, attend the annual PPT meeting to discuss goals and objectives to [redacted] IEP.

*We will be reconvening a PPT in the fall to review his current IEP*

*The team has made it abundantly clear that they decided to change placements even before holding this PPT meeting. This is called predetermination which is a violation of the IDEA and denies our son [redacted] a free appropriate public education. We have no problems filing for due process if need be.*

To transition [redacted] out of JFK in September will trigger many behaviors. He may even regress to earlier behaviors as he does not adjust to change well.

On Monday, June 10, 2024 at 10:14:39 PM EDT, Robert <[redacted]verizon.net> wrote:

Team,

We are extremely disappointed and very upset that you made statements that simply were not true. We will be fully responding to your email once we had a chance to discuss and write it up.

Under no circumstances ,will we agree to a PPT meeting in the fall regarding a change in placement for [redacted] in the [redacted] program at Mathewson. This is non-negotiable.

Robert and Karen

On Mon, Jun 10, 2024 at 8:38 PM, Amy Rizzo <arizzo@milforded.org> wrote:

Hello Mr. [redacted] and Ms. [redacted]
The team wishes to address the items you mentioned in your previous email:
Please find the team's responses to your statement and questions in blue below.

Thank you,
[redacted] JFK Team

1. You failed to give us a 5-day notification for the PPT which is required by law. And here you are not following the law. Your campaign of pushing and pressuring us into this meeting on a daily basis over the past week at the very last minute is not only very sneaky but extremely anxiety-provoking. You gave us no breathing space.

*As we stated in the emails sent to you, we acknowledge that this was a last minute meeting request. In a previous email [redacted] Mom's agreed to a meeting and gave us a date and time, to meet at 10:00 on June 4th is why the invite was sent with less than 5-days notification. After the invite was created and sent, a follow-up from you was sent that you both would not be attending the meeting. We hoped you would change your mind, and held the time open, but did not hold the meeting since neither of you attended. No other official invite was created for PPTs, we instead offered times based on your availability that was offered to try and hold the PPT, but again since no one attended, no PPTs were held.*

2. You state "Please note that the desire to meet and discuss an appropriate placement for [redacted] was certainly not an "overnight" decision." It most certainly was an overnight and rash decision. If it was

not, why wasn't it previously discussed with us especially at the last PPT in February? Please answer the question.

*We have been sharing the increase in behaviors we have seen with [redacted] through the emails since the parent-teacher conferences in March. We have repeatedly asked for meetings with you to discuss these behaviors. You have repeatedly declined meeting with us.*

3. You state "The team would like to respond to some of your concerns in your most recent email." But the team has failed to respond to ANYTHING even though we requested the team respond to ALL our concerns and questions via email.

*These are discussions we would like to have as a team and would best be had in a meeting where we can have an open discussion rather than a back and forth through emails where communication can be lost.*

4. You stated "we felt it was urgent that we meet as soon as possible." What exactly and specifically brought on this urgency to meet ASAP? What exactly has changed? Please answer the question.

*It was urgent since the school year ends on June 11th and the hope of the team was able to sit down together and hear the proposal of a program to meet [redacted] needs. Our staff will not be available to meet this summer for a PPT.*

5. I already repeatedly informed you that I was NOT available at 10 am but here you are, dismissing the fact I was not available and rather, you chose to keep pushing me for that time. Just to clear up any confusion. [redacted] mom said she would meet via google and I offered to join her but that was before we had a clear and concise understanding of exactly what the team intentions actually were. We decided not to go in blindsided.

*We chose the 10am time based on Ms. [redacted] email response. Then followed up for June 5th at 12:05 which was the time you provided in your email as a time when you could join us. We were trying to accommodate your schedules.*

6. You stated "At this time, we do not plan to adjust the goals" then state "whether or not [redacted] goes to a program or remains at JFK, a PPT needs to be held to increase his support through his IEP." We feel this

was very sneaky just to try to trick us into this meeting. You are sending very mixed messages. Then you state "no final decision has been made to change his programming" But yet, you sent us a notice that the purpose of the meeting is to revise the IEP. This meeting the team was planning was not at all about increasing his support through his IEP. It was strictly about tossing [redacted] out of JFK and throwing him directly into the [redacted] program at Mathewson starting first thing in the fall which is why the team waited to the very last minute to hold this meeting.
*The purpose of a PPT is to present proposals for changes. By law "review/ revise" is the description of the meeting, not just revise, where recommendations are **reviewed** and **revisions** can either be made in the meeting, or it can be decided that no revisions are needed after the team has a discussion.*

7. The team that previously stated they did not recommend the [redacted] program at Mathewson and was so vehemently against it and did not deem it appropriate and wanted the least restrictive alternative for him now deems it appropriate in an overnight and rash decision? It wasn't appropriate nor recommended then, but it suddenly became appropriate and recommended now?
*This year was a fairly new team working with [redacted] and as previously stated, our communication about an increase in behaviors since the February PPT due to work becoming increasingly difficult resulted in the team considering options to better support [redacted]*
8. We had our PPT meeting in February, 2024. We had absolutely no discussion of a change of location. His goals, objectives and changes to the IEP were thoroughly discussed and made then. Now, in an overnight and rash decision by the team insisting it's urgent to hold a PPT so late in the game and without proper notice required by law and at the very last minute in an attempt to toss our son out of JFK a week before the end of school is inexcusable. What's with the urgency?
*This was asked and answered previously in this email.*
You claim that we were not able to join you for the PPT meeting on 6/5/24 as you hoped. Where is the logic in that? We could not have joined as you failed to send us an invite. However, the only invite we received from Ms. Truscello at 11:43 am was "Invitation: PPT 2 Review Evaluations Talia. L/Curria @ Thu Jun 6, 2024 8:45am - 9:45am (EDT)" for another student the following day from 8:45 to 9:45.

You invited us to Talia's meeting. Her mom is Lidia Monteiro and her email is lidiamonteiro32@gmail.com. This is not the first time the "team" exposed other sensitive personal identifiable information. We believe the other parents should be notified regarding this breach of confidentiality. This was careless and no one double checks their work before sending an invite? We now know that Talia has an IEP.

We're concerned that [redacted] invites may have been carelessly sent to other parents. We hope not. What's with the last minute PPT meetings? Is this about finances? Lack of staff? Cuts being made in the Milford school district? We're concerned children, especially [redacted] may be placed inappropriately in a program they don't belong. Finances are NOT our problem. We are looking into what is best and suitable for [redacted]

Under absolutely no circumstances will we agree to attend this meeting until ALL of our questions and concerns in this email and the last email are thoroughly addressed and answered in writing as we previously requested, in which the team chose to outright dismiss and deflect. We will not go in blindsided. We are extremely suspect of the team's intentions and your recent communications are a huge concern for us and certainly put up some serious red flags especially given the fact that our son has repeatedly reported to us over the past several weeks that he felt very uncomfortable and upset at things he told us were said and told to him by his various education professionals at JFK.

In addition, the team isolated [redacted] to using the nurse's bathroom when there was absolutely nothing that warranted this. He had absolutely no medical condition that even required this change.

We met with [redacted] therapist. He overheard us talking about the possibility of changing schools. He started crying and repeatedly said "I don't want to go to another school." I'll be around strangers"

[redacted] DOES NOT adjust well to change. The team is very well aware of this. His level of anxiety will heighten and create more behaviors. His chances of regressing will increase. Why change schools for grade 5 when he will have to change schools again for grade 6?

Let's be clear. We see exactly what is going on here.

1. The team is so desperately trying to, at the very last minute, toss [redacted] out of JFK and throw him in the [redacted] program at Mathewson.
*The team respectfully disagrees with this statement and its presumptions.*
2. The team failed to give us a 5 day notice which is in fact required by law to hold this meeting and even admitted in was indeed a very short notice.
*No PPT was held, an offering of times and dates were provided and the team would then only hold the meeting if you agreed to waive the 5-day notice, which you did not, therefore, no PPT meeting was held for* [redacted]
2. Initially, the team was very vague regarding the reason for holding the meeting.
*In our initial invite email, the team specifically stated that we wanted to hold a PPT to discuss programming and placement for* [redacted] *for the next school year.*
3. We agree, this was not just decided overnight. Rather, it was well thought out and planned by the team to wait to the very last minute right before school ends to change [redacted] placement for a fall start at Mathewson.
*The team respectfully disagrees with this statement. We are working to be responsive to* [redacted] *needs which have increased since our last PPT.*
4. The team stated it was "urgent", and created this sense of urgency to hold a meeting at the very last minute.
*This was asked and answered previously in this email.*
5. The team then followed through with a campaign of daily "pressure" to try and persuade us into this meeting

*The team sent follow-up emails to try and find a date and time that worked for everyone that went unanswered by you.*
6. It was clearly noted in the PPT that the purpose of the meeting was to "revise the IEP" even though the team informed us that no decision was made to change his programming. Again, this is sending completely mixed messages.

*This was asked and answered previously in the email.*

7. The team then stated "At this time, we do not plan to adjust the goals for [redacted] but we would like to discuss the possibility of an alternate placement" then the team changed their course of action and now states

that it's to "discuss any possible changes in his IEP or in his placement." Just what exactly do you want to change in his IEP so late in the game at the very last minute? Please answer the question. We are requesting full transparency.

*This was asked and answered previously in the email.*

We are currently consulting with another party on this matter and all of the other issues at hand.

During the 2023-24 school year we've attended 2 PPT meetings one on November 30th and a triannual meeting on February 8th 2024. At the triannual meeting, life skills was discussed. Nothing was mentioned regarding an [redacted] program.

We are NOT in agreement with [redacted] attending the Mathewson program. We stand firm on our position. Therefore, we will NOT be attending a PPT meeting in the fall. We will, however, attend the annual PPT meeting to discuss goals and objectives to [redacted] IEP.

*We will be reconvening a PPT in the fall to review his current IEP.*

To transition [redacted] out of JFK in September will trigger many behaviors. He may even regress to earlier behaviors as he does not adjust to change well.

On Fri, Jun 7, 2024 at 8:38 PM Robert <[redacted]verizon.net> wrote:

Team,

It's very interesting that you claim partnership but yet, continue to deflect and dismiss ALL of our questions and concerns in our emails. It seems it's more of a "dictatorship" than a "partnership."

Your emails sent over the last week are riddled with mixed messages and inconsistencies. The way they are written we feel is very sneaky and made to confuse us. We all know that holding a PPT meeting is about making changes to the IEP. As I previously informed the team, we believe in full transparency. Based on your recent emails sent, we're simply not getting that from the team.

1. You failed to give us a 5 day notification for the PPT which is required by law. And here you are not following the law. Your campaign of pushing and pressuring us into this meeting on a daily basis over the past week at the very last minute is not only very

sneaky but extremely anxiety provoking. You gave us no breathing space.

2. You state “Please note that the desire to meet and discuss an appropriate placement for [redacted] was certainly not an “overnight” decision.” It most certainly was an overnight and rash decision. If it was not, why wasn’t it previously discussed with us especially at the last PPT in February? Please answer the question.

3. You state “The team would like to respond to some of your concerns in your most recent email.” But the team has failed to respond to ANYTHING even though we requested the team respond to ALL our concerns and questions via email.

4. You stated “we felt it was urgent that we meet as soon as possible.” What exactly and specifically brought on this urgency to meet ASAP? What exactly has changed? Please answer the question.

5. I already repeatedly informed you that I was NOT available at 10 am but here you are, dismissing the fact I was not available and rather, you chose to keep pushing me for that time. Just to clear up any confusion. [redacted] mom said she would meet via google and I offered to join her but that was before we had a clear and concise understanding of exactly what the team intentions actually were. We decided not to go in blindsided.

6. You stated “At this time, we do not plan to adjust the goals” then state “whether or not [redacted] goes to a program or remains at JFK, a PPT needs to be held to increase his support through his IEP.” We feel this was very sneaky just to try to trick us into this meeting. You are sending very mixed messages. Then you state “no final decision has been made to change his programming” But yet, you sent us a notice that the purpose of the meeting is to revise the IEP. This meeting the team was planning was not at all about increasing his support through his IEP. It was strictly about tossing [redacted] out of JFK and throwing him directly into the [redacted] program at Mathewson starting first thing in the fall which is why the team waited to the very last minute to hold this meeting.

7. The team that previously stated they did not recommend the [redacted] program at Mathewson and was so vehemently against it and did not deem it appropriate and wanted the least restrictive alternative for him now deems it appropriate in an overnight and rash decision? It wasn’t appropriate nor recommended then, but it suddenly became appropriate and recommended now?

8. We had our PPT meeting in February, 2024. We had absolutely no discussion of a change of location. His goals, objectives and changes to the IEP were thoroughly discussed and made then. Now, in an overnight and rash decision by the team insisting it's urgent to hold a PPT so late in the game and without proper notice required by law and at the very last minute in an attempt to toss our son out of JFK a week before the end of school is inexcusable. What's with the urgency?

You claim that we were not able to join you for the PPT meeting on 6/5/24 as you hoped. Where is the logic in that? We could not have joined as you failed to send us an invite. However, the only invite we received from Ms. Truscello at 11:43 am was "Invitation: PPT 2 Review Evaluations [redacted]/Curria @ Thu Jun 6, 2024 8:45am - 9:45am (EDT)" for another student the following day from 8:45 to 9:45.

You invited us to [redacted]'s meeting. Her mom is [redacted] and her email is [redacted]. This is not the first time the "team" exposed other sensitive personal identifiable information. We believe the other parents should be notified regarding this breach of confidentiality. This was careless and no one double checks their work before sending an invite? We now know that [redacted] has an IEP.

We're concerned that [redacted] invites may have been carelessly sent to other parents. We hope not. What's with the last minute PPT meetings? Is this about finances? Lack of staff? Cuts being made in the Milford school district? We're concerned children, especially [redacted] may be placed inappropriately in a program they don't belong. Finances are NOT our problem. We are looking into what is best and suitable for [redacted]

Under absolutely no circumstances will we agree to attend this meeting until ALL of our questions and concerns in this email and the last email are thoroughly addressed and answered in writing as we previously requested, in which the team chose to outright dismiss and deflect. We will not go in blindsided. We are extremely suspect of the team's intentions and your recent communications are a huge concern for us and certainly put up some serious red flags especially given the fact that our son has repeatedly reported to us over the past several weeks that he felt very uncomfortable and upset at things he told us were said and told to him by his various education professionals at JFK.

In addition, the team isolated [redacted] to using the nurse's bathroom

when there was absolutely nothing that warranted this. He had absolutely no medical condition that even required this change.

We met with [redacted] therapist. He overheard us talking about the possibility of changing schools. He started crying and repeatedly said "I don't want to go to another school." I'll be around strangers"

[redacted] DOES NOT adjust well to change. The team is very well aware of this. His level of anxiety will heighten and create more behaviors. His chances of regressing will increase. Why change schools for grade 5 when he will have to change schools again for grade 6?

Let's be clear. We see exactly what is going on here.

1. The team is so desperately trying to, at the very last minute, toss [redacted] out of JFK and throw him in the [redacted] program at Mathewson.

2. The team failed to give us a 5 day notice which is in fact required by law to hold this meeting and even admitted in was indeed a very short notice.

2. Initially, the team was very vague regarding the reason for holding the meeting.

3. We agree, this was not just decided overnight. Rather, it was well thought out and planned by the team to wait to the very last minute right before school ends to change [redacted] placement for a fall start at Mathewson.

4. The team stated it was "urgent", and created this sense of urgency to hold a meeting at the very last minute.

5. The team then followed through with a campaign of daily "pressure" to try and persuade us into this meeting

6. It was clearly noted in the PPT that the purpose of the meeting was to "revise the IEP" even though the team informed us that no decision was made to change his programming. Again, this is sending completely mixed messages.

7. The team then stated "At this time, we do not plan to adjust the goals for [redacted] but we would like to discuss the possibility of an alternate placement" then the team changed their course of action and now states that it's to "discuss any possible changes in his IEP or in his placement." Just what exactly do you want to change in his IEP so

late in the game at the very last minute? Please answer the question. We are requesting full transparency.

We are currently consulting with another party on this matter and all of the other issues at hand.

During the 2023-24 school year we've attended 2 PPT meetings one on November 30th and a triannual meeting on February 8th 2024. At the triannual meeting, life skills was discussed. Nothing was mentioned regarding an [redacted] program.

We are NOT in agreement with [redacted] attending the Mathewson program. We stand firm on our position. Therefore, we will NOT be attending a PPT meeting in the fall. We will, however, attend the annual PPT meeting to discuss goals and objectives to [redacted] IEP.

To transition [redacted] out of JFK in September will trigger many behaviors. He may even regress to earlier behaviors as he does not adjust to change well.

Robert and Karen.

On Wednesday, June 5, 2024 at 05:29:10 PM EDT, Amy Rizzo <arizzo@milforded.org> wrote:

Hello, Mr. [redacted] and Ms. [redacted]

We are sorry that you were not able to join us today for a PPT to discuss [redacted] placement as we had hoped. We will schedule a PPT once school has begun in the fall so that the team can meet together to discuss any possible changes in his IEP or in his placement.

Thank you,

Amy Rizzo

On Wed, Jun 5, 2024 at 9:32 AM Amy Rizzo <arizzo@milforded.org> wrote:

> Good morning Mr. [redacted] and Ms. [redacted]
> Will you be able to join the meeting today at 12:05pm per your original offer? Please let us know if you would like us to add a Google Meet link to the invitation. If we are unable to meet this morning, we will hold this meeting in the fall.
>
> We look forward to the opportunity to meet with you.
>
> Kindly,
> [redacted] JFK Team
>
> On Tue, Jun 4, 2024 at 12:33 PM Amy Rizzo <arizzo@milforded.org> wrote:
>
> > Good afternoon, Mr. [redacted] and Ms. [redacted]
> >
> > We are sorry you both were unable to attend the meeting today to discuss

[redacted] placement for next year. We would like to offer another time to meet so that we can create an appropriate plan for [redacted] and for all supports to be in place at the beginning of the year.

We would like to offer tomorrow at 12:05, as that is the time Mr. [redacted] said he could be available. We could add a meet link if that is more convenient for you.

If we cannot meet tomorrow, unfortunately, we do not have any other time before the school year ends and will need to schedule the meeting to review these recommendations in the fall.

Thank you,

[redacted] JFK Team

On Mon, Jun 3, 2024 at 1:59 PM Amy Rizzo <arizzo@milforded.org> wrote:

Good morning, Mr. [redacted] and Ms. [redacted]

The team would like to respond to some of your concerns in your most recent email. Please note that the desire to meet and discuss an appropriate placement for [redacted] was certainly not an "overnight" decision and no final decision has been made to change his programming. As we mentioned in the invite email, we are reaching out to hold a meeting to discuss the options that are available at this time. These are discussions we want to have with you as a team, not something we are pushing on you which is why we are asking to come together for a meeting.

Would you be able to attend a PPT on Tuesday at 10am or please let us know if Wednesday is better. We hope that you will be able to attend either in person or virtually or by phone. Please understand that whether or not [redacted] goes to a program or remains at JFK, a PPT needs to be held to increase his support through his IEP.

In partnership,

[redacted] JFK Team

On Sat, Jun 1, 2024 at 7:20 AM Amy Rizzo <arizzo@milforded.org> wrote:

We would like to discuss the program at Mathewson.
Thank you

Amy E Rizzo

On Fri, May 31, 2024 at 9:29 PM Robert <[redacted]verizon.net> wrote:

Team,

In an overnight decision, the team decided to change [redacted] school location. The location was not even

mentioned. We would like to know the location. Then we receive an email from the team insisting on holding a last minute PPT meeting in which Ms. Rizzo admits it was indeed short notice. This was very unprofessional by the team to put us in a pressuring position like this.

1. How exactly did this decision come about? In 2023 we were looking into this specialized program at Mathewson for [redacted] and it was not recommend by the team because they felt it would not be appropriate for him and encouraged the least restrictive environment. (Please see both attached emails from the team and also Ms. Giannattasio)

2. What now prompted the team at the last minute (overnight) to change their position? We had all year to discuss this. But the team only insists on bringing this to our attention about a week before the end of school?

3. I had a conversation with Andrea last year and she recommended that [redacted] just continue and move up with his current classmates that he has known.

A. We will not be making any decisions about [redacted] change of location under any kind of duress. We do not work well with a "used car salesman approach" with pressure tactics.

B. Only after the team answers our questions thoroughly in email, we will then agree to hold a TEAMS ONLY meeting.

C. After the teams meeting we will like to weigh our options

D. Where exactly is this school located? Is this the [redacted] program?

As I have notified the team on numerous occasions, I am not available during school hours. I however am willing to work with the team (in partnership) to hold the meeting by phone between 12:05 to 12:35 PM during my lunch break. [redacted] mom will also work in partnership with the team at that time as well. She requests google meet.

We will also be recording the meeting as well and the team is welcome to record as well.

Robert and Karen

On Friday, May 31, 2024 at 05:19:56 PM EDT, Amy Rizzo <arizzo@milforded.org> wrote:

Hello, Ms. [redacted] and Mr. [redacted]

The programming that we would like to suggest would be at an alternate location at another elementary school within the Milford Public Schools. Earlier this year you expressed interest in various programs that might be available for students with special needs. As we discussed at [redacted] PPT, the JFK team does believe that a program will be an appropriate placement for [redacted] for middle school.
As you can imagine at this time in the school year, we are planning to best meet students' needs for next year and we seek to explore all appropriate options for our learners. As a team we would like to discuss the recommendation that it might be beneficial for [redacted] to begin in a specialized program in another school within the district for grade 5. Mrs. Truscello will send you a meeting link for the PPT scheduled for Tuesday at 10am so that we can explore this option together.

Additionally, Mrs. Koosa asked me to share with you information about this afternoon. From what we know, at recess classmates saw [redacted] underwear. He reported to Ms. Truscello that his pants were falling and he was attempting to pull them up.

Please note that if you wish to dismiss [redacted] early on any day, our protocol is for parents to provide a note or an email to the office so that we are aware of the early dismissal. Parents need to park the car and come to the greeter station to sign their child out for early dismissal. We appreciate you adhering to our district protocol.

Have a great weekend!

Amy

On Fri, May 31, 2024 at 9:03 AM Karen [redacted] <[redacted]yahoo.com> wrote:

> Ms Rizzo and team,
>
> [redacted] has been at JFK since first grade with an IEP and services in place. Why at the end of this school year an alternate placement is being considered? And what type of alternate placement are you considering for [redacted] I prefer this being answered in writing before the meeting at the end of the day. Thank you.
>
> Karen
>
> Yahoo Mail: Search, Organize, Conquer
>
> On Fri, May 31, 2024 at 8:28 AM, Amy Rizzo <arizzo@milforded.org> wrote:
>
> > Good morning, Ms. [redacted] and Mr. [redacted]
> >
> > The team realizes that this was indeed short notice, however with the end of the school year rapidly approaching we felt it was urgent that we meet as soon as possible. Anytime there are adjustments to programming, services, or goals, we are required by law to hold a PPT. At this time, we do not

plan to adjust the goals for [redacted] but we would like to discuss the possibility of an alternate placement for [redacted] for next school year in order to best meet his needs.

We will send you both a Meet Link for 10am on Tuesday.

Thank you! The team looks forward to meeting with you.

Kindly,
Amy

On Thu, May 30, 2024 at 10:20 PM Karen [redacted] <[redacted]yahoo.com> wrote:

> Team,
>
> I understand you would like a PPT meeting this coming Monday June 3rd at 8:30 am. I have a few questions to address: Why another PPT meeting when [redacted] goals and objectives are outlined from February 2024 through February 2025? Why are we given such short notice?
>
> I can meet you via Google meet next Tuesday June 4th around 10am. Please let me know if that time works and please get back with answers to both of my questions.
>
> Thanks,
>
> Karen
>
> Yahoo Mail: Search, Organize, Conquer
>
> On Thu, May 30, 2024 at 7:07 PM, Robert <[redacted]verizon.net> wrote:
>
> > Ms. Rizzo
> >
> > This meeting was on extremely short notification.The close of business day today.
> >
> > As previously mentioned, I am not available at all during school hours and I would request that the team record the meeting and send me a copy along with any written materials.
> >
> > In partnership.
> >
> > Robert.
> >
> > On Thu, May 30, 2024 at 3:54 PM, Amy Rizzo <arizzo@milforded.org> wrote:
> >
> > > Hello, Mr. [redacted] and Ms. [redacted]
> > >
> > > The JFK team would like to hold a PPT on Monday, June 3rd at 8:30am to discuss programming and placement for [redacted] for next school year.
> > >
> > > Please let us know if you are available for this

meeting at this time. We are happy to have you join by Google Meet or by phone if you are not able to attend in person.

Thank you for your partnership in working together to provide the best programming to meet [redacted] needs for next school year.

Thank you,

Amy Rizzo

--
Amy E. Rizzo
Principal and Lead Learner
John F. Kennedy Elementary School
Milford, CT 06460
@JFKPrincipalRiz

Do the best you can until you know better. Then when you know better, do better.

- Maya Angelou

--
Amy E. Rizzo
Principal and Lead Learner
John F. Kennedy Elementary School
Milford, CT 06460
@JFKPrincipalRiz

Do the best you can until you know better. Then when you know better, do better.

- Maya Angelou

Re: Planning for the 24-25 school year

From: Robert ([redacted]verizon.net)

To: [redacted]yahoo.com; ldougherty@milforded.org; ttruscello@milforded.org; kkristan@milforded.org; jdavis@milforded.org; nmacklin@milforded.org; jstewart@milforded.org; ccarrano@milforded.org; dkoosa@milforded.org; arizzo@milforded.org; acutaia@milforded.org; acurria@milforded.org

Date: Friday, August 9, 2024 at 10:19 PM EDT

Ms. Rizzo,

You state;

“We understand that there has been miscommunication and misunderstanding of our attempts to hold a PPT to discuss [redacted] programming for the 24-25 school year.”

No, there has not been any miscommunication or misunderstanding. We are very confused as to how you could even insist there was a miscommunication and misunderstanding when in fact you informed us of the following;

1. On Fri, May 31, 2024 at 8:28 AM you wrote;

“we would like to discuss the possibility of an alternate placement for [redacted] for next school”

Now you state “Please note, that the school-based team does not intend to discuss a change in placement at this time”

2. Then on Friday, May 31, 2024 at 05:19:56 PM you wrote;

“The programming that we would like to suggest would be at an alternate location at another elementary school within the Milford Public Schools.”

Now you state “Please note, that the school-based team does not intend to discuss a change in placement at this time”

3. Then on Sat, Jun 1, 2024 at 7:20 AM you wrote;

“We would like to discuss the program at Mathewson.”

Now you state “Please note, that the school-based team does not intend to discuss a change in placement at this time”

**Please explain to us in detail exactly your claims of the “miscommunication and misunderstanding” Are we missing something? Because we do not see it. Please enlighten us.**

This was clearly not a “miscommunication and misunderstanding. Rather, it was clearly a contradiction to cover your tracks. We all know that

You wrote” I defer to my previous responses to the items you highlighted in your most recent email communication with the team.”

This is simply a statement to avoid answering our questions and concerns. We had follow up questions

and concerns that you failed to get back to us with even though we requested you to do so. We would kindly appreciate you not dodging and deflecting our questions and concerns.

*You stated;*

*(1). "We have been sharing the increase in behaviors we have seen with [redacted] through the emails since the parent-teacher conferences in March. We have repeatedly asked for meetings with you to discuss these behaviors. You have repeatedly declined meeting with us."*

*And in the same email you stated;*

*"This year was a fairly new team working with [redacted] and as previously stated, our communication about an increase in behaviors since the February PPT due to work becoming increasingly difficult resulted in the team considering options to better support [redacted]*

*No, this year was not a fairly new team. The same team has been working with [redacted] since he started JFK in 2017 with the exception of Ms. Truscello, who has been working with [redacted] this entire year.*

*No, your previous communication was NOT about an increase in behaviors since the February PPT due to work becoming increasingly difficult.*

******PLEASE PROVIDE US WITH THESE COMMUNICATIONS REGARDING THE INCREASE IN BEHAVIOURS YOU CLAIMED YOU SHARED WITH US AND THE PREVIOUS COMMUNICATION REGARDING HIS WORK BECOMING INCREASINGLY DIFFICULT TO BACK UP YOUR FALSE CLAIMS IN THE ABOVE. *******

*(2.) You previously stated "we have been sharing the increase in behaviors we have seen with [redacted] through the emails since the parent-teacher conferences in March.' But now it's since the PPT in February? You can't even get your story straight nor correct.*

*And:*

*You have NOT shared an increase in behaviors through emails*

*And*

*There was absolutely nothing previously shared regarding an increase in behaviors due to work becoming increasingly difficult.*

*******PLEASE PROVIDE US WITH THE SPECIFIC EMAILS YOU CLAIM YOU SHARED WITH US REGARDING AN INCREASE IN BEHAVIOURS DUE TO HIS WORK BECOMING INCREASINGLY DIFFICULT?*******

***[redacted] HAS HIS IEP IN PLACE AND HAS HIS OWN WORK. SO THE WORK ISN'T BECOMING INCREASINGLY DIFFICULT. WHERE IS IT BECOMING INCREASINGLY DIFFICULT??? ***PLEASE ANSWER THIS QUESTION VIA EMAIL. ********

*(3.)* ***And no, you have not repeatedly asked for meetings to discuss these behaviors you claim and no we have not repeatedly declined meeting the team regarding these behaviors.***

*******PLEASE PROVIDE THESE EMAIL COMMUNICATIONS CLAIMING YOU REPEATEDLY ASKED FOR MEETINGS TO DISCUSS THESE BEHAVIOURS AND THE COMMUNICATIONS***

***YOU CLAIM SHOWING WE REPEATEDLY DECLINED THESE MEETINGS. *****

*(4.)* ***In addition, [redacted] informed us he had not been in the resource room since about the middle of May. Why not? Also, he informed us there was a new Para assigned to him and not Ms. Quinn. This was never communicated to us. Why not?***

*****PLEASE ANSWER THIS QUESTION*****

On June 5th you wrote us: "we will hold this meeting in the fall"

On June 10th you wrote us: "*Our staff will not be available to meet this summer for a PPT.*" and "we will be reconvening a PPT in the fall."

Then on July 10th you wrote us: "We hope to schedule a PPT in September"

Then on August 2nd out of the clear blue sky you're now insisting on holding this PPT meeting in August during our summer vacation with [redacted] when you previously informed us the team was not available during the summer for the PPT and clearly stated you would hold this meeting in September. We are **NOT** available **anytime** in August. And please don't pressure us like you previously did and please be respectful of our vacation time with our son. This is just another perfect example of your inconsistencies and dishonesty.

You claim partnership but yet, you have failed to provide us with transparency in answering our questions and providing us with ALL those communications we requested. We are extremely disappointed.

Where is your accountability and honesty? We see none. We only see you continually dismiss, deflect, ignore, fabricate, spin things to ignore our questions and concerns. You also talk out of both sides of your mouth regarding the things you told us. Then you back pedal to try and cover your tracks and gaslight us. What makes you entitled to act in this manner? With all of this outright continued past and present dishonesty coming from the team, we find it extremely difficult to trust what we're being told. If you were in our position, we are positive you would feel the same. We weren't born yesterday. Don't take us for a fool.

Please get back to us in email with answers to ALL our questions above and please provide us with ALL the email communications as specifically requested above in the *(1), (2), (3) and (4) and in Red.*

ONLY after you get back to us with all the info we requested, we will then discuss a PPT meeting.

Robert and Karen.

On Friday, August 2, 2024 at 02:30:49 PM EDT, Amy Rizzo <arizzo@milforded.org> wrote:

Good afternoon, Mr.[redacted] & Ms. [redacted]

We understand that there has been miscommunication and misunderstanding of our attempts to hold a PPT to discuss [redacted] programming for the 24-25 school year. We wish to bring the team together in August to discuss his programming at JFK prior to the start of the school year. Please note, that the school-based team does not intend to discuss a change in placement at this time, but we would like to discuss his program at JFK to ensure that we are best meeting his academic, social, emotional and behavioral needs.

At PPT we are happy to address any of your questions or concerns as we work together to plan forward to best meet [redacted] needs for a successful 5th grade school year. I defer to my previous responses to the items you highlighted in your most recent email communication with the team.

Would you be available for a PPT on Wednesday, August 21st at 1pm? In the event that this day/time does not work for your schedule we kindly request that you provide us with a few dates and times in August that will work with your schedule so that we can bring the team together for a PPT.

Thank you for your partnership.

Kindly,

Amy

--
Amy E. Rizzo
Principal and Lead Learner
John F. Kennedy Elementary School
Milford, CT 06460
@JFKPrincipalRiz

Do the best you can until you know better. Then when you know better, do better.

- Maya Angelou

# Re: [EXT MAIL] Re: Planning for the 24/25 School Year

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org

Cc: [redacted]yahoo.com; arizzo@milforded.org; nmacklin@milforded.org; ldougherty@milforded.org; ttruscello@milforded.org; jdavis@milforded.org; ccarrano@milforded.org; dkoosa@milforded.org; acutaia@milforded.org; acurria@milforded.org; kkristan@milforded.org

Date: Wednesday, September 18, 2024 at 10:06 PM EDT

Ms. Stewart,

On May 22nd 2024, we sent an email regarding Ms. Trucello's actions and behaviors towards our son and stated they were very harmful, hurtful and damaging to [redacted] which affects his self-esteem and isolates him leading to disruptions in behavior.

Just last week, on September 12th, [redacted] came home very upset stating that Ms. Trucello made him cry in class and yelled at him. We also kindly requested for Ms. Trucello not to raise her voice to [redacted] be kind and treat him with respect, and here she is, continuing with the same bad behaviors towards our son as he came home today crying a lot. He says he does not like Ms.T (Trucello) and says she is "mean" and a "witch"

He has reported to us all of the incidents going on recently. We are very hurt by what he shared with us. He told us he is being blamed for things he didn't do. [redacted] also told us that Ms. Trucello said to him "If you behave like this one more time you're going to Mathewson permanently!" She has absolutely no business talking to our son like that which is psychologically affecting him. This statement terrified him.

These threatening statements made by Ms. Trucello are emotionally damaging to him. They are taking a huge toll on his mental health and well-being and triggering his behaviors in school and outside of school.

[redacted] told us that he really likes his classroom teacher Ms. Stuart and says she is very nice. He also told us he likes working with Ms. Quinn. Last year there was another Para named Mr. Storrs who he liked too who is no longer there.

We take this very seriously and are requesting that effective immediately Ms.Trucello cease and desist from making any more comments to [redacted] We prefer that Ms. Quinn work with [redacted] in the classroom and resource room.

We are certainly not off to a very good start this school year. By Ms. Trucello threatening and terrifying our special needs child will certainly not provide him with a successful 5th grade year.

Robert and Karen.

> On Mon, Sep 16, 2024 at 9:52 PM, Robert <[redacted]verizon.net> wrote:
>
> > Ms. Stewart,
> >
> > If there's something you need to say to us you can say it in an email. Then we will get back to you accordingly.
> >
> > I believe we have made our position very clear. Our questions and

concerns MUST be addressed via email prior to the PPT meeting. Please refer back to all the countless emails we have sent you and Ms. Rizzo regarding our requests especially the one we sent you August 9th and the ones in this email chain.

Quite frankly, you have consumed enough of our personal time. This back and forth is way beyond circular already and is certainly not in our son's best interest. As a matter of fact it is completely detrimental to him. We're finding ourselves spending significant time and energy repeatedly answering to you when we could be helping [redacted] with his studies and homework. We have made our position very clear over and over and it does not change. And you are certainly not respecting our position. At this point, we will not be going back and forth with you any further. Again, we have made our position very clear and you are well aware of it. Once ALL of our questions and concerns are answered via email including the emails we requested Ms. Rizzo send to us, we will then provide dates we are available for the PPT meeting.

There is something else we would like to bring to your attention. When I picked [redacted] up on Thursday September 12th he was very upset and stated Ms. Trucello yelled at him which made him cry in class. He was in the resource room and he got distracted because he heard Miss Adinolfi talking to Ms. Quinn. Miss Trucello yelled at [redacted] and insisted he not look at them. [redacted] then informed Ms.Trucello that they were getting him distracted. She then told him not to to look at them and get distracted. And when he cried she told him not to cry like that ever again.

We are kindly asking for Ms.Truscello not to raise her voice to [redacted] be kind and treat him with respect.

Robert and Karen.

On Thursday, September 12, 2024 at 03:13:13 PM EDT, Jennifer Stewart <jstewart@milforded.org> wrote:

Hello Mr. [redacted]

I hope your day is going well.

I would like you, Ms. [redacted] and myself to find a time to speak over the phone either this week or next week. Please let me know your availability.

As I have stated in my previous emails, the team will answer your questions and address your concerns during a PPT meeting. The PPT meeting is an opportunity to review your son's current performance and discuss next steps. As always your son's success in school is our priority. The team would like to hold a PPT when you and Ms. [redacted] are available this month or next month.

I will let you know when the records are ready for pickup at JFK.

Jen

On Wed, Sep 11, 2024, 9:35 PM Robert <[redacted]verizon.net> wrote:

> Ms. Stewart,
>
> What I really prefer is for you to get back to us with answers to our questions and concerns we've been kindly requesting for the last several months.
>
> Since I pick [redacted] up at the after school program at the Y, you can send all the files there to the library at JFK on one of my days, either Tuesday or Thursday that I pick him up.
>
> Or another option, instead of Nurse Jacqueline delivering the files to the Milford Department of Health, maybe she can just drop them all off at my place?
>
> Robert.
>
> On Wed, Sep 11, 2024 at 6:54 PM, Jennifer Stewart <jstewart@milforded.org> wrote:
>
> > Hi Mr. [redacted]
> >
> > You and Ms. [redacted] have the option of picking up the records at the PPS office or at JFK. Which do you prefer?
> >
> > Jen
> >
> > On Wed, Sep 11, 2024 at 6:48 PM Robert <[redacted]verizon.net> wrote:
> >
> > > Ms. Stewart,
> > >
> > > What I find very interesting is that the school nurse never reached out to [redacted] mom Informing her that she was making a special trip to hand deliver her FERPA request files to the department of health.
> > >
> > > Possibly the nurse was doing what she was instructed to do? Just with my files, but not with mom's.

I did specifically ask why would she do that and send them there? But as usual, all questions go completely unanswered.

How are you delivering [redacted] moms school records to her?

Robert.

On Wed, Sep 11, 2024 at 8:52 AM, Jennifer Stewart <jstewart@milforded.org> wrote:

Good Morning,

Thank you for bringing your concern to my attention. I will have the medical records sent to the PPS office. Do you prefer to pick up the records at the PPS office or JFK?

Jen

On Tue, Sep 10, 2024, 10:08 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

I received a VM from the school nurse Jacqueline this morning that she dropped my Son's records off at the Milford Department of Health.Then I received a call from the Milford Department of Health, that the records are there for pick up. Why would she do that and send them there? Makes absolutely no sense.

I made a FERPA request in the past. The school nurse never dropped off my sons records at the department of health. Please have the school nurse pick up my son's file from the Department of Health and bring them back so they could be with with all the other documents when you have them ready.

Robert.

On Tue, Sep 10, 2024 at 9:37 AM, Jennifer Stewart <jstewart@milforded.org> wrote:

Good Morning, Mr. [redacted]

I hope your day is going well.
The district received your FERPA and FOIA requests.
Once the documents are ready for you and Ms. [redacted] I will reach out.

Jen

On Thu, Sep 5, 2024 at 10:23 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

Yes you did imply we were not cooperating please re-read your email.

According to your previous email, you made it clear that you are refusing to cooperate and acknowledge our questions and concerns via email. You choose to continue to dismiss and deflect our requests. You obviously do not value us as parents.

As a reminder, the PPT meeting is all about [redacted] Keep in mind, in order to have a productive and efficient meeting, the best way for the team to support [redacted] and to ensure he has a successful 5th grade year, is to answer all our questions and concerns via email and also provide us with the data you informed us you have which you are withholding from us. By you continually refusing to provide us with all we are requesting via email is certainly not acting in his best interests.

You state: "the school team also has an obligation to schedule and hold PPT meetings as needed to discuss your child's current levels of performance and how to best support your child."

Re-read every email Ms. Rizzo sent us. Nowhere did she indicate any of what you're now telling us. As a reminder, on July 12th, we received the following email from Ms. Rizzo and instead of answering our questions and concerns she responded with the following:

“We wish to work together to create an appropriate plan to support [redacted] I think we can agree that we all want him to have a successful 5th grade year."

Then on July 12th, we responded kindly requesting for her to please provide us with answers to ALL our questions and concerns in which she again ignored and refused to answer. Then on July 13th, we also responded:

"What makes you think throwing [redacted] out of JFK and tossing him into the [redacted] Program at Mathewson in a self-contained classroom (That is what this PPT meeting is about, isn't it?) where you're going to have a lot more behaviors, a lot more nonverbal students and a lot more students who are much more below his level than he is, is going to be appropriate for him and provide him with a successful 5th grade year? What gives you that idea? Please address these questions via email."

Then 3 weeks later, we received the following response from her:

“We understand that there has been miscommunication and misunderstanding of our attempts to hold a PPT to discuss [redacted] programming for the 24-25 school year.”

As a reminder, Ms. Rizzo's original attempts at holding a PPT meeting was to ONLY kick [redacted] out of JFK and throw him into the [redacted] program at Mathewson and take him out of the LRE and into a TRE. When we questioned it, instead of providing us with answers to our questions

via email as we requested, and to get around all of her flip flopping and back peddling and to cover her tracks, she chose to deliberately break the email chain and respond as a totally separate email which was done by design as to not have it included as part of the same email chain. Then she purposely gas lighted us and labeled her original attempts as the reason for holding the PPT meeting in the first place, as a miscommunication and misunderstanding. Then she changed up her narrative and came up with a new reason for her attempts to now hold a PPT meeting. There is no disputing those facts. This is inexcusable behavior.

Ms. Rizzo previously stated the team does not plan to adjust goals for [redacted] and now Ms. Stewart, you insist on revising his IEP and changing his goals? Please explain.

September 17th will not work for us. As we repeatedly informed you, once our questions and concerns are answered via email and the data that the team has that they're refusing to provide to us is shared with us, we will then be in touch with you with a date and time that works within our schedules. This is non-negotiable. If you want to best support [redacted] you will provide us with all that we are requesting via email. Again, This will ensure we will have all the information before the meeting and be well prepared and the only way we can have a productive and efficient PPT meeting.

You go from one extreme to the next which is certainly not acting in [redacted] best

interests and you're just toying with his education. With all that has transpired, we have a growing concern about the team's intentions and stability. As parents, how are we supposed to trust that the team is making decisions in [redacted] best interests and to ensure that he will be provided with a successful 5th grade year with all of the instability, flip-flopping, back peddling and total dishonesty going on, on your end?

Simply put, the trust is completely gone. If you were in our position, we are positive you would feel the same.

Since you are now outright refusing to provide us with the data that you told us you're in possession of, we will be sending a separate FERPA request.

Robert and Karen.

On Tue, Aug 27, 2024 at 10:27 AM, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted] and Ms. [redacted]

At this point, in order to respond accurately and effectively to your questions and concerns, we need to have a PPT meeting and make sure both you and the school team have an opportunity to discuss how to best support [redacted] this year. Please note that I never implied that you were not cooperative with the school team regarding [redacted] education, and we value your participation.

Although an PPT is required to meet for

each annual review, the school team also has an obligation to schedule and hold PPT meetings as needed to discuss your child's current levels of performance and how to best support your child.

A meeting will be held on September 17th at 2:15. This meeting can be recorded at your request. It can also take place virtually at your request, if that is more convenient to enable your participation. If you are not able to attend this date and time, please share a date and time that works for the two of you during the month of September.

Thank you.

On Sun, Aug 25, 2024 at 9:19 PM Robert <[redacted]verizon.net> wrote:

> Ms. Stewart
>
> Also in response to your below emails, we would like to point out and address the following:
>
> You state: "I understand your frustration and respectfully ask for your cooperation and collaboration to ensure that [redacted] has a successful 5th grade year."
>
> As a reminder, we attended two PPT meetings last year, one in November and one in February in which we cooperated and collaborated with the entire team. So please do not continue to insinuate and make it sound and appear we are not collaborating and cooperating when we always have been.

You state: "At the PPT meeting, the school team will review your son's current levels of performance in all areas and discuss planning for the 24/25 school year."

[redacted] level of performance and planning for the 24/25 school year was already discussed and planned during the February PPT meeting.

You state: "I will ask the school team to discuss if any evaluations should be conducted to better understand [redacted] strengths and areas for growth"

The team did not find a need and failed to discuss these evaluations back in February why?

You state: "The team will provide you with data and anecdotal observations on [redacted] performance from the end of last year and through to the beginning of this school year."

1. You mean to tell us that the team has data they willfully withheld from us and previously failed to share with us? You need to provide and share that data with us at once before any PPT meeting is scheduled so we have time to review it before the meeting.

2. Anecdotal observations? Anecdotal means unreliable and its solely based on hearsay.

3. In the middle of May, as per our request, we received an update about [redacted] academics, performance and behaviors in which we received a very favorable update across the board.

Ms. Stewart, please respond back with answers to all our questions and concerns, as well as providing us with all the data that he team has.

Robert and Karen

On Fri, Aug 23, 2024 at 7:46 PM, Robert
<[redacted]verizon.net> wrote:

Ms. Stewart,

Per our last several emails, we requested that our questions get answered via email and then we can have an in person PPT meeting. A September 5th meeting is not feasible with our work schedules.

We have been exchanging emails since May 30th. Our questions still have not been answered. We shouldn't have to go back and forth with requests to have questions answered. We honestly feel as parents that our time is not valid and respected by you. These questions we want answered via email have to do with [redacted] education. Now if you take his education serious as we do you will answer our questions as
requested. Therefore, we are asking for your full cooperation in providing us with what we are requesting.

You state "Your questions and concerns will be addressed" then, It's very simple, please address them via email as we have kindly requested and have Ms. Rizzo address everything as outlined below via email and once she does get back to us and addresses everything we previously requested and outlined (1-4) including providing us with all those email communications she previously claimed that she sent us, we will be happy to set up a PPT meeting that fits within our schedules.

Those specific emails we are requesting are the ones she claims she sent us about an increase in behaviors due to his work becoming increasingly difficult and the other emails she claims she sent us repeatedly asking us for meetings regarding his behaviors and us repeatedly declining those meetings. Were are they? Please provide them to us.

Again, Ms. Rizzo made statements, claims

and accusations against us via email, therefore, she is certainly capable of and responsible for backing them up via email.

We are once again asking for your full cooperation and collaboration in having our questions and concerns answered via email. Transparency, accountability and respect are paramount.

Robert and Karen

On Monday, August 19, 2024 at 04:56:25 PM EDT, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted] and Ms. [redacted]

I understand your continued frustration. Your questions and concerns will be addressed, and I ask for your cooperation and collaboration to attend a PPT to review programming for [redacted] at JFK for his 5th grade year. During the PPT, with my participation, you can ask the team your questions, which will be answered. The meeting can be recorded if you choose.

The school team will review [redacted] current levels of performance and, as a collaborative team, review and revise his IEP as needed for this 5th grade year.

The team is available for a PPT meeting on September 5th at 9:00 a.m. . If that date and time do not work, please provide three dates and timeframes that

work for the two of you in September. The team is happy to accommodate your schedule.

Best,

Jen

On Sun, Aug 18, 2024 at 6:51 AM Robert <[redacted]verizon.net> wrote:

Team,

With all that has transpired we are extreme hurt because [redacted] is such a good boy. He is smart and talented. He is insightful and aware of many things. Ok he has a disability- [redacted] He views the world differently and processes things differently. But who cares. He can learn and is capable of doing things. And what an incredible memory!! And he is loving, nurturing, caring, sweet and very kind. And we feel the team doesn't get it at all and doesn't see all these positive attributes [redacted] has. And as [redacted] parents we are deeply hurt.

Again, Ms. Rizzo made statements, claims and accusations against us via email, therefore, she is certainly capable of and needs to back them up via email. We are simply requesting and expecting accountability and transparency on her part and for her to back up those claims, statements and accusations she made and not avoid them. And she is certainly capable of answering simple questions which she is also avoiding and refusing to answer. It's all very simple and should not be this difficult.

Robert and Karen

On Fri, Aug 16, 2024 at 11:10 PM, Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We have been respectfully asking for cooperation for months. As you are very well aware, Ms. Rizzo has refused to cooperate with us. We have repeatedly asked for our questions and concerns to be answered as well as for her to send us the emails we requested to back up her claims. She has repeatedly deflected and dismissed our requests, and again, our requests are still being dismissed and deflected.

And to get around all of this, she gets Ms. Macklin and now yourself involved just to avoid

our requests.

While we appreciate your continued efforts to find clever ways of avoiding our requests, we are kindly asking you to please have Ms. Rizzo, get back to us in an email with ALL our requests as specifically outlined in the last email sent
(1-4), Including everything highlighted in red. Once she does, we will gladly set up a PPT meeting. And please no more dodging and respect our requests as we are kindly asking for accountability and transparency.

We thank you in advance for your full cooperation

Robert and Karen

On Friday, August 16, 2024 at 05:31:58 PM EDT, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted] and Ms. [redacted]

I've spoken to Principal Rizzo and have reviewed your correspondence. I understand your frustration
and respectfully ask for your cooperation and collaboration to
ensure that [redacted] has a successful 5th grade year.

I ask that you attend a PPT meeting so that the school team can answer all of your questions. The meeting can be recorded if you choose. I will plan to attend as well. At the

PPT meeting, the school team will review your son's current levels of performance in all areas and discuss planning for the 24/25 school year. I will ask the school team to discuss if any evaluations should be conducted to better understand [redacted] strengths and areas for growth, and I would invite you to share your concerns. The team will provide you with data and anecdotal observations on [redacted] performance from the end of last year and through to the beginning of this school year. After reviewing the data as a team, which includes the two of you, we are looking forward to a substantive and transparent discussion that I hope will address all of your concerns.

The team is available for a PPT meeting on September 5th at 9:00 am. If that date and time does not work, please provide three dates and timeframes that work for the two of you in September. The team is happy to

accommodate your schedule. We will plan to move forward with a PPT meeting.

Best,

Jen

--
Jen Stewart
Director of Pupil Personnel Services
Milford Public Schools

--
Jen Stewart
Director of Pupil Personnel Services
Milford Public Schools

--
Jen Stewart
Director of Pupil Personnel Services
Milford Public Schools

--
JEN STEWART
Director of Pupil Personnel
Milford Public Schools
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

Ferpa Request.

From: Robert [redacted]verizon.net)
To: arizzo@milforded.org
Cc: jstewart@milforded.org; [redacted]yahoo.com
Date: Thursday, September 5, 2024 at 10:47 PM EDT

Date: 9/5/24

Re: FERPA Request for all of my childs educational records

Dear Ms. Rizzo,

In preparation for my child's upcoming IEP/PPT meeting, I am submitting a Family Education Rights and Privacy Act (FERPA) requesting a copy of all of my child's records from August of 2022 through the present date.

Please include all of his records, *which include, but are not limited to*: cumulative file, confidential file and compliance file. Please include all reports written as a result of school observations and evaluations; reports of independent evaluations; medical records; nurse's records; summary reports of evaluation team and eligibility committee meetings; IEPs; school team committee meeting notes; any correspondence written between school personnel regarding our child where he is mentioned by name, initials or by code, including any emails; any correspondence written between parents and school personnel, including any email; any and all records maintained by teachers and any member of the IEP team; all data, including all recent data) or letters written in connection with any planning or discussions, or any other matters in connection with my child. Please include any and all personally identifiable information, print, email, video or audio recording that exists.

Thank you for your cooperation.

Robert [redacted]

[redacted]

Re: 9/25/24 Incidents

From: Robert ([redacted]verizon.net)
To: dkoosa@milforded.org; [redacted]yahoo.com
Cc: ttruscello@milforded.org; arizzo@milforded.org; jdavis@milforded.org; jstewart@milforded.org; acutaia@milforded.org; ccarrano@milforded.org; nmacklin@milforded.org; ldougherty@milforded.org
Date: Tuesday, October 1, 2024 at 08:13 AM EDT

Ms. Koosa,

Below you will find our inline responses in red.

You seem to be purposely distorting the facts and painting our son in a very negative light on a continual basis Non-Stop. And we know exactly why.

During PE he pushed a classmate in the back with the scooter. He received redirection from staff. He continued to bump into other classmates. After additional redirection, he ran away from the staff member and was making noise. He and I talked about being safe in PE and following directions from adults.

[redacted] advised us that he accidentally bumped into a classmate twice with a scooter. Other students also bumped into each other. It happens. Kids are kids having fun. He reported to us that other children were also making noise in the gym but only [redacted] was told to be quite not the other children. He got upset and ran away from the staff member as a result of this. Children making noise in a gym while playing is normal. Please stop making mountains out of moles.

During a small group in resource, he chose not to complete his work. He made faces at and mimicked staff who were redirecting him back to task even after several reminders. He continued to avoid the assignment. He came to my office to complete his math assignment and then returned to the group.

[redacted] did not choose to not complete his work. [redacted] told us he was feeling overwhelmed at that moment and asked Ms. Trucello for a break. Ms. Trucello repeatedly denied him and kept repeating over and over to [redacted] that he cannot have a break and refused our autistic son a break. This is absolutely inexcusable behavior coming from a special education teacher. She should be very well aware that autistic children need breaks time to time from stressful demands throughout the day. And breaks can help them self-regulate and deal with challenging emotions, behavior, or sensory discomfort. Of which he was feeling at that moment hence the reason why he asked for a break. Due to Ms. Trucello repeatedly refusing him a break when he needed one so naturally he got upset and made a face. She triggered this behavior. Inexcusable. There is a history to Ms. Trucello's actions and behaviors towards our son [redacted] in which we have thoroughly and previously documented to the team.

> This afternoon in the resource room, [redacted] was given the direction to clean up because it was time to return to the classroom for recess. [redacted] walked out of the resource room and

> instead of waiting for the group to walk back to class together, he left the room and exited the building. Upon realizing his class was not outside, he went back to the door and fortunately, another teacher was able to let him in. This is a safety concern. The daily routine is to wait for the other student and the paraprofessional to go back to the classroom as a group. This was reviewed with him.

[redacted] said he left the class because he saw other kids outside playing and thought it was his class. That is why he went outside. As you've stated "Upon realizing his class was not outside, he went back to the door" And that is what he did. We agree, this is a safety concern as the staff should have stopped him from exiting the building and failed to do so as they are fully responsible for all children. We have huge concerns as the staff failed to notice or stop our son from walking out of the resource room and exiting the building as [redacted] could have been hurt, killed or even kidnapped and this will also be reported to the appropriate agencies. As a reminder, safety of all students is supposed to be paramount. Rather, you seem to be putting all your time, energy and resources into finding fault with [redacted] grasping at any straw you can rather than supporting him and focusing on his own safety.

Robert and Karen.

# 9/25/24 Incidents

From: Darlene Koosa (dkoosa@milforded.org)
To: [redacted]yahoo.com; [redacted]verizon.net
Cc: ttruscello@milforded.org; dstuart@milforded.org; arizzo@milforded.org
Date: Wednesday, September 25, 2024 at 05:17 PM EDT

Dear Mr. [redacted] and Ms. [redacted]

[redacted] had some difficult moments today that we wanted to make you aware of.

During PE he pushed a classmate in the back with the scooter. He received redirection from staff. He continued to bump into other classmates. After additional redirection, he ran away from the staff member and was making noise. He and I talked about being safe in PE and following directions from adults.

During a small group in resource, he chose not to complete his work. He made faces at and mimicked staff who were redirecting him back to task even after several reminders. He continued to avoid the assignment. He came to my office to complete his math assignment and then returned to the group.

This afternoon in the resource room, [redacted] was given the direction to clean up because it was time to return to the classroom for recess. [redacted] walked out of the resource room and instead of waiting for the group to walk back to class together, he left the room and exited the building. Upon realizing his class was not outside, he went back to the door and fortunately, another teacher was able to let him in. This is a safety concern. The daily routine is to wait for the other student and the paraprofessional to go back to the classroom as a group. This was reviewed with him.

Thank you,
Darlene
--
Darlene Koosa
Teacher Leader
John F. Kennedy Elementary School
404 West Ave., Milford, CT
203-301-5659

# Re: [EXT MAIL] Re: Planning for the 24/25 School Year

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org

Cc: [redacted]yahoo.com; arizzo@milforded.org; nmacklin@milforded.org; ldougherty@milforded.org; ttruscello@milforded.org; jdavis@milforded.org; ccarrano@milforded.org; dkoosa@milforded.org; acutaia@milforded.org; acurria@milforded.org; kkristan@milforded.org

Date: Monday, September 30, 2024 at 10:36 PM EDT

Ms. Stewart,

It is essential for the staff mentioned below to immediately cease and desist from what we strongly believe to be continued and repeated emotional abuse toward our son [redacted]

As you know, the week of September 16th, [redacted] mom and I received numerous calls and voice mails throughout the day practically every day from [redacted] This continued as we received these calls into the following week of September 23rd. Ms. Koosa and Ms. Dougherty brought [redacted] to the office against his will and forced him into making these calls to us even though [redacted] felt very uncomfortable in doing so and did not want to make them which left him shaken and scared. These calls and voice mails consisted of very minor issues that do not rise to the level of insisting a young child leave messages for their parents. Playing with a plastic pumpkin, accidently bumping into a girl while playing at recess etc. We have never received calls from [redacted] in the past that was forced on to him by staff members. If anything, [redacted] was crying out for help. He informed us repeatedly on a daily basis last week while crying hysterically that he couldn't take this anymore and that he has had enough.

On Tuesday, September 17th, when [redacted] left messages for us, he stated something that happened the previous day on Monday and was never included in the voice message. He stated he accidently bumped into a girl at recess while playing. Then on Thursday, September 19th, Ms. Koosa forced [redacted] to leave us a message regarding a student he was playing with at recess. Interestingly enough, the team failed to send us emails regarding these incidents on Monday and Tuesday. And only received one email from Ms. Koosa on Thursday regarding the incident that day. The previous week, [redacted] reported to us that Ms. Trucello yelled at him in class and made him cry and also threatened to send him to Mathewson Elementary School permanently. As previously shared, [redacted] also referred to Ms. Trucello as a "witch" and as "mean." We also mentioned that he informed us that he is being blamed for things he did not do.

On Thursday September 19th, Ms. Koosa continued with her campaign of what we believe to be emotional and psychological abuse against our son [redacted] and forced him into yet another admission. She stated "This afternoon at recess [redacted] was playing tag with another student. The other student did not want to play anymore and ran away. [redacted] ran after the other student. He grabbed the student by their hands with both of his hands and then pushed the other student to the ground." Her story simply does not add up. We spoke to [redacted] What Ms. Koosa purposely left out was the fact that this child named Max came up to our son [redacted] and punched him hard in the chest and ran away. [redacted] reacted and ran after him. Ms. Koosa then asked that we follow up with [redacted] at home. We did. As a matter of fact, we heard her in the background and it sounded like she was coaxing [redacted] what to say. He told us that Ms. Koosa told him to tell both of his parents that he purposely did it. [redacted] does not purposely do anything. They were on a war path and continued this campaign and on Thursday, September 26th, they yet again dragged our son to the office and forced him into making yet again, another call to us that he splashed a little water on a student in the bathroom which by the way, the student was bothering [redacted]

This is absolutely disgraceful that education professionals prey on the vulnerability of a child with special needs. This left [redacted] so shaken and scared that he came home every night that week crying hysterically as he kept repeating he's had enough and can't take this anymore.

As the team is well aware, the week of September 16th was [redacted] birthday week. And to put him through a psychological nightmare is disgraceful. [redacted] came home every night crying hysterically to us and kept repeating that he can't take any more of this and he's had enough. When I picked [redacted] up from the Y at JFK that Thursday, [redacted] again was crying hysterically while repeating over and over that he can't take any more of this and he's had enough. There was even a witness that saw him and heard him. It is not like [redacted] nor is it normal to pick up your

child and have him come home crying hysterically due to the actions and behaviors of school staff. [redacted] has never said these statements to us in the past. This is absolutely despicable and disgraceful that education professionals would resort to tactics so low.

We see exactly what is going on and what the true intentions of the team are. The team was insistent on switching his programing and tossing him out of JFK from the LRE and throwing him into Mathewson in to the TRE. When we questioned it, the team switched up their narrative and back peddled labeling it a misunderstanding and a miscommunication just to cover their tracks. Now fast forwarding into the new school year, Ms. Trucello yelling at [redacted] along with her recent comments to [redacted] threatening to move him to Mathewson coupled with Ms. Dougherty and Ms. Koosa forcing him to call us repeatedly almost on a daily basis and coaxing him into telling us that he did things purposely when he didn't just to trigger his behaviors to try and build a case against him. We have the voice-mails and when listening to them you can hear Ms. Dougherty in the background telling [redacted] what to say. These recordings now become part of our legal evidence.

We previously requested that all our questions and concerns must be addressed via email before any meeting is held and here you continue to be defiant and dismiss our requests. We are not available on October 10th for a PPT meeting.

It is very interesting that just a day after we sent an email to the team that we are in the process of writing up our response which will include a response to Ms. Koosa's email sent on Thursday the 19th and the treatment of our son at school all last week we then receive yet another email from Ms. Koosa complaining about [redacted] yet again. Coincidence or perhaps retaliation?

Ms. Rizzo previously stated "We wish to work together to create an appropriate plan to support [redacted] I think we can agree that we all want him to have a successful 5th grade year."

In an email on August 27th Ms. Stewart, you repeatedly mentioned some words about best supporting [redacted] Your idea of the team best supporting [redacted] and Ms. Rizzo's idea of creating an appropriate plan to support [redacted] to ensure he has a successful 5th grade year is having your staff use psychological tactics by incessantly forcing him into an office and insisting he make calls to his parents about very minor issues in which he is being told to tell his parents he did them purposely which left him shaken, scared and crying hysterically every night he came home repeating that he's had enough and can't take this anymore? This is your idea of best supporting [redacted] to ensure he has a successful 5th grade year?

[redacted] continually tells both of us every morning he wakes up and every night and on weekends with us (either with [redacted] mom or I) that he does not want to go to school and dreads going and does not want to see Ms. Trucello. We try to take his mind off of things but still even at the fun events we take him to, he consistently brings up that he does not want to go to school Monday and see Ms. Trucello and he does not like her and she is mean. He keeps repeating this over and over and gets very upset! Even at breakfast he says he is scared when Ms. Trucello walks into the classroom. He fears going to school. And should not. What is being done to him by the staff is scarring him emotionally.This is inexcusable and completely unacceptable.

Due to the very serious nature of these events which we take very seriously and especially given the fact that this is having a very huge psychological and emotional impact on our son [redacted] to the likes of which we have never seen in the past, it is essential that a full outside investigation into these matters be conducted. A PPT would be pointless as the actions and behaviors of the staff members toward our son rises to a whole new level and now becomes a very big legal matter and we will now take appropriate and full legal action to protect our son. For his emotional and psychological well-being, this simply cannot continue and we will not let it continue.

We spoke with [redacted] psychologist on Friday September 27th and he agreed that children are off limits and also said it's very unusual to get a child on the phone to leave phone messages and said a child should not be put in the middle. And that's exactly what the team is doing, putting our son in the middle of their battle against us! You have crossed the line completely.

Once again, we are requesting that these actions and behaviors against our son end immediately.

Robert & Karen

Re: Information regarding recent events

From: Robert [redacted]verizon.net)

To: arizzo@milforded.org

Cc: ttruscello@milforded.org; dkoosa@milforded.org; jstewart@milforded.org; nmacklin@milforded.org; [redacted]yahoo.com; acutaia@milforded.org; jdavis@milforded.org; ldougherty@milforded.org; kkristan@milforded.org

Date: Wednesday, October 30, 2024 at 02:20 PM EDT

Ms. Rizzo,

Please find my responses in line and in RED.

We have reviewed your most recent emails regarding the school staff's handling of several situations that involved your son, and we have investigated your concerns. I wanted to provide you with an update about our understanding of what occurred.

I would call it "the school staff's mishandling of several situations involving my son [redacted]

I am very sorry and extremely disappointed to hear you and the team do not want to deal with my child that has [redacted] and special needs. Otherwise, the team would not have insisted on holding a last minute PPT meeting labeling it as "urgent" just to pressure us into this meeting so the team can wash their hands clean as they insisted on throwing [redacted] out of the LRE at JFK and into to the TRE at Mathewson.

You reference an October 1st incident with a classmate at recess. I spoke with the school staff who were present during recess. School staff at recess that day confirmed that the two students were not playing together at recess, which made the interaction at the end of the recess block surprising. You noted in your email that the other student "ran in front of [redacted] and "hit" [redacted] I wanted to clarify for you what happened. When it was time to line up the other student ran past [redacted] to get to his assigned line spot. There was no contact by the other student.

This is not true. The student put his hands on [redacted] first as I previously informed you, in which [redacted] reported this to me. I am glad you admit the other student ran past [redacted] to cut in front of him. I spoke with [redacted] and there is no assigned spot for anyone when they line up after recess.

[redacted] put his arm out as the student ran by. [redacted] grabbed his shirt and twisted his hand. Staff were directly behind the students as they were moving to line up and saw the interaction. When Mrs. Koosa spoke with [redacted] she was trying to understand what happened and why. She asked [redacted] "Why did you put your arm out like that?" [redacted] was not able to explain why. She asked him if he was trying to get to line first and he said yes.

[redacted] put his arms out because he told me that Max hit him and said to him "TAG"

I spoke to [redacted] and he told me he NEVER twisted any student's hand. I believe him. That is very out of character for him. It is so interesting that this was never previously reported to me. That is because it never happened.

You state "She asked him if he was trying to get to line first and he said yes."

"Thank you for admitting and letting me know that Ms. Koosa asked [redacted] a leading question.

A question that prompts and encourages the desired answer.

Mrs. Koosa did not say "Don't make any excuses" to [redacted] during this conversation. She reminded him that since everyone has a line spot there is no need for anyone to run or try to get there first. Please understand that Mrs. Koosa is trying to support [redacted] in identifying unsafe behaviors so that he can work to improve them. She was trying to get him to identify his actions and to take responsibility for his actions. Student safety is always at the forefront of our work and we want to eliminate any hands-on behaviors from all students.

No, I do not understand and don't believe you understand what you are saying either.

It is very interesting that one paragraph you state "I wanted to clarify for you what happened. When it was time to line up the other student ran past [redacted] to get to his assigned line spot." So you just admitted in your own words that the other student ran in front of [redacted] to get there first. Then state: "She reminded him ([redacted] that since everyone has a line spot there is no need for anyone to run or try to get there first. Also, in your own words, you stated "the student RAN BY". Why would Ms. Koosa even need to remind [redacted] that there is no need for anyone to run or try to get there first when it was in fact the other student running to cut in front of [redacted] to get in line first? Meanwhile, [redacted] was not the one running past the other student and you admitted in your own words that it was in fact the other student running past [redacted] to get there first.

Then you have the audacity to falsely accuse my son of twisting the other students hand when in fact he never did. Then Ms. Koosa asked [redacted] a leading question ""She asked him if he was trying to get to line first and he said yes." Just to get him to say what she wanted to hear when he was never the one running to get in line in the first place, as it was in fact the other student.

You state: "She was trying to get him to identify his actions and to take responsibility for his actions. How is this even possible when she just asked [redacted] a leading question? "She asked him if he was trying to get to line first and he said yes." Notice how she "asked him" this leading question to get the desired answer she was looking for just to pin the blame on [redacted] when he was not even the one running in the first place. I previously reported to the team via email that [redacted] told me that he is getting blamed for things he did not do. I can see that!

Yes, Ms. Koosa did in fact did say to [redacted] "Don't make any excuses"

It is very interesting that you claim Ms. Koosa's is trying to support [redacted] The way she speaks to him, the say she asks leading questions, and the way she blames him for things he did not do is certainly not by any means supporting him.

It is also very interesting that you profess taking responsibility for ones actions when you clearly do not practice what you preach and never take any responsibility for yours, as there is simply no accountability coming from you or the team. Always dishonesty, denials, deflections and excuses.

You state "Student safety is always at the forefront of our work and I want to eliminate any hands-on behaviors from all students." And it is the team's job to enforce student safety so please have [redacted] refrain from putting his hands on [redacted] has been at the forefront and center of all of these issues with [redacted] Why hasn't the team taken corrective measures to separate them? It is like you promote this behavior from the other student just to try and trigger [redacted] so you can blame him.

I defer to our previous communications regarding these incidents. They do not change.

You also mentioned in your email that [redacted] has been sent to the principal frequently lately. I want to clarify for you that [redacted] has not been sent to my office at all this school year. You reference multiple times in one week, where he was repeatedly asked "to be silent." This never happened. I did not meet with [redacted] and he was not asked "to be silent over and over."

Yes, I spoke with [redacted] and he said he was sent to the principal's office in September. I never referenced multiple times in one week. Please provide me where I did. Yes, [redacted] told me she said this and I believe him.

I never said that [redacted] told me that he met with you. He was sent there by Ms. Truscello. Please re-read the email I sent. You seem to distort and twist the facts.

Mrs. Truscello did have to support [redacted] in regulating his behavior on October 2. [redacted] ran into the building and was not in control of his body. Mrs. Truscello reminded him to have a "calm body when entering the building" [redacted] yelled at her and stomped his feet.

It is very interesting that this was never previously reported to me. You clearly distorted the facts. [redacted] did not yell nor did he stomp his feet. It is also interesting that after I reported that MS. Truscello yells at [redacted] you are now claiming that he yelled at her.

Mrs. Truscello brought him into a nearby room in order to help him to calm down since he was visibly frustrated. Mrs. Truscello gave him some time to cool down and reminded him that once he had a calm body and quiet voice he could start his day in the classroom. Instead, he ran out of the room, so Mrs. Truscello asked him to return to the room to try again to establish a calm body and a calm voice before entering the classroom environment. Mrs. Truscello did not say "Don't you dare talk back to me" nor did she continue to set a five minute timer over and over. She was helping [redacted] with self-regulation skills and defining expectations for him for a safe body and calm voice. Her role as his special education teacher is to work with him on appropriate behaviors at school. Additionally, I would like to clarify that this interaction did not take place in the principal's office as you stated.

Ms. Rizzo. Not only is your story extremely distorted, but I find it quite offense that you cherry pick symptoms of his disability just to use against him and to your advantage to paint him in the worst light possible. This is no different than telling someone with Parkinson's that they do not have a calm body! He never yelled nor stomped his feet as you claim.

Please understand that when upset, children with [redacted] often exhibit physical signs of distress that indicate a lack of a calm body , including increased movement like pacing, hand flapping, rocking, tense body posture, changes in vocal tone, and sometimes even self-stimulatory behaviors, which can be seen as a way to try and self-regulate in overwhelming situations. So, it wasn't that he was not in control of his body as you label him and made him out to be. I am sorry you have such a hard time accepting his disability.

He reported to Ms. Truscello that he did not want to be late for class and was trying to get to class on time and then she responded that he must walk "very slowly" which he interprets in his mind that he was going to be late for class, as he views the world differently than others do as a result of his of his disability and condition.
If Ms. Truscello truly helped supported [redacted] she would have walked him to class after he reported to her that he did not want to be late for class. Rather, she purposely provoked [redacted]

and created a situation out of nothing just to purposely upset him as this situation could have easily been prevented by just walking him to class. Rather, she brought him to a room knowing he feels scared of her and very uncomfortable with her. As I previously alerted you and the team that he told me that she is mean to him and she makes him feel scared and very uncomfortable. At that point, he was worried she was going to make him late for class. He was visually stressed with anxiety not "visually frustrated" as you make him out to be.

He told me that he left the room because she was making him feel very uncomfortable and wanted to get away from her. The teacher than made the situation worse by forcing him back to the room where he was not comfortable being with her. Please understand that my son [redacted] consistently walks around with a target on his back with absolutely no outlet nor support from your staff and was trying to get away from an extremely uncomfortable situation. The teacher did in fact tell him "don't you dare talk back to me" but this was not said during this encounter nor was her setting a 5 min timer during this encounter. Again, if the teacher was truly helping and supporting him, she would have walked him to class after he reported to her that he did not want to be late for class.

When I drive [redacted] to school, he sometimes worry's he is going to be late and he doesn't want to be late. This is all part of his condition. Please understand that autistic children can worry and experience anxiety. I understand you do not have the patience nor experience working with a special needs child like my son [redacted] hence the reason you wanted to throw him out of JFK as you reached out on May 30th and insisted on setting up a PPT meeting to do so.

Please see attached email I sent to Mrs. Aspinwall in 2022 in which I informed her "Also, [redacted] woke up with a slight cough this morning with a little barking sound. I spoke to his pediatrician and said it was fine for him to go to school. He has no fever. He seems to be better now but I just want you to be aware. [redacted] was so cute he said he didn't want to go to the doctor and said he wanted to go to school and learn"

Please understand, he is not like the general ED children and I am sorry you are having a hard time accepting and do not want to accept his disability as you wouldn't want to have him removed from JFK. I am an extremely involved father and love him very much for who he is disability or not.

I hope these clarifications help you to better understand how we are working to support [redacted] in regulating his behavior at school in an appropriate manner. We want school to be a positive environment for him and for it to be safe for him and his peers. The staff is dedicated to supporting him and does not wish to make [redacted] "uncomfortable" or to "significantly disrupt his learning" We are looking forward to our upcoming PPT meeting in order to discuss as a team how we can work together to best support [redacted]

Unfortunately, your distorted, fabricated and inaccurate clarifications do not help at all in any way, shape or form. I believe my son and I believe what he tells me. As previously shared, [redacted] came home crying hysterically and kept repeating that he did not want to go to school, and told me that MS. Truscello is a witch and is mean and said she yells at him and said he is scared of her. He has repeated over and over that he has "had enough" and "can't take this anymore" I understand your job is to protect your staff at all costs even if it means covering up and distorting facts, being dishonest and fabricating. There is obviously never any accountability coming from you or the team. This is extremely disappointing as there is no partnership.

Robert.

On Thursday, October 24, 2024 at 11:38:15 PM EDT, Robert <[redacted]verizon.net> wrote:

Ms. Rizzo,

Let this email serve as notice that we will be responding accordingly to your below email once [redacted] mom and I have had a chance to write up our responses. You've attempted to paint our son in a very negative light and we vehemently disagree with your characterizations. They are distorted and certainly not accurate.

Given the serious nature of your below accusations, and how our son has been mistreated by the staff in which he was made to cry, and being the tensions remain extremely high, we feel the best course of action in order to have a productive and civil PPT meeting would be through mediation only.

It's very interesting that you make statements and claims about best supporting our son [redacted] For instance, in a previous voice message that our son left us during school hours in which you had one of your staff members pull him out of his class, which significantly disrupts his learning and bring him to the office forcing him to call us against his will in which you can hear the staff member in the background prompting him what to say, is absolutely shocking to say the least. Is this what you meant by how the staff is dedicated to supporting him, not wishing to make him feel uncomfortable and providing him with a positive School environment?

As we stated last night in a separate email, we are not available on November 6th.

Please keep in mind that If a PPT meeting is held without us present, we will immediately file for due process as this violates our right to participate in our child's special education planning under the law.

Please let us know if you're in agreement and we will file a request for mediation with the state.

We are very concerned on how your staff have been treating our son [redacted] and we looking for what's in his best interests.

Robert and Karen,

On Thu, Oct 24, 2024 at 4:41 PM, Amy Rizzo
<arizzo@milforded.org> wrote:

> Dear Mr. [redacted]
>
> We have reviewed your most recent emails regarding the school staff's handling of several situations that involved your son, and we have investigated your concerns.  I wanted to provide you with an update about our understanding of what occurred.
>
> You reference an October 1st incident with a classmate at recess. I spoke with the school staff who were present during recess.  School staff at recess that day confirmed that the two students were not playing together at recess, which made the interaction at the end of the recess block surprising. You noted in your email that the other student "ran in front of [redacted] and "hit" [redacted] I wanted to clarify for you what happened. When it was time to line up the other student ran past [redacted] to get to his assigned line spot. There was no contact by the other student. [redacted] put his arm out as the student ran by. [redacted] grabbed his shirt and twisted his hand. Staff were directly behind the students as they were moving to line up and saw the interaction. When Mrs. Koosa spoke with [redacted] she was trying to understand what happened and why.  She asked [redacted] "Why did you put your arm out like that?" [redacted] was not able to explain why. She asked him if he was trying to get to line first and he said yes. Mrs. Koosa did not say "Don't make any excuses" to [redacted] during this conversation.  She reminded him that since everyone has a line spot there is no need for anyone to run or try to get there first.  Please understand that Mrs. Koosa is trying to support

[redacted] in identifying unsafe behaviors so that he can work to improve them. She was trying to get him to identify his actions and to take responsibility for his actions. Student safety is always at the forefront of our work and we want to eliminate any hands-on behaviors from all students.

You also mentioned in your email that [redacted] has been sent to the principal frequently lately. I want to clarify for you that [redacted] has not been sent to my office at all this school year. You reference multiple times in one week, where he was repeatedly asked "to be silent." This never happened. I did not meet with [redacted] and he was not asked "to be silent over and over."

Mrs. Trucello did have to support [redacted] in regulating his behavior on October 2. [redacted] ran into the building and was not in control of his body. Mrs. Truscello reminded him to have a "calm body when entering the building" [redacted] yelled at her and stomped his feet. Mrs. Truscello brought him into a nearby room in order to help him to calm down since he was visibly frustrated. Mrs. Trucello gave him some time to cool down and reminded him that once he had a calm body and quiet voice he could start his day in the classroom. Instead, he ran out of the room, so Mrs. Trucello asked him to return to the room to try again to establish a calm body and a calm voice before entering the classroom environment. Mrs. Truscello did not say "Don't you dare talk back to me" nor did she continue to set a five minute timer over and over. She was helping [redacted] with self-regulation skills and defining expectations for him for a safe body and calm voice. Her role as his special education teacher is to work with him on appropriate behaviors at school. Additionally, I would like to clarify that this interaction did not take place in the principal's office as you stated.

I hope these clarifications help you to better understand how we are working to support [redacted] in regulating his behavior at school in an appropriate manner. We want school to be a positive environment for him and for it to be safe for him and his peers. The staff is dedicated to supporting him and does not wish to make [redacted] "uncomfortable" or to "significantly disrupt his learning" We are looking forward to our upcoming PPT meeting in order to discuss as a team how we can work together to best support [redacted]

In partnership,

Amy

--
Amy E. Rizzo
Principal and Lead Learner
John F. Kennedy Elementary School
Milford, CT 06460
@JFKPrincipalRiz

Do the best you can until you know better. Then when you know better, do better.

- Maya Angelou

Yahoo Mail - Photo.pdf
40.2kB

Re: [EXT MAIL] Re: Records

From: Robert ([redacted]verizon.net)
To: jstewart@milforded.org
Cc: acutaia@milforded.org; [redacted]yahoo.com
Date: Saturday, September 28, 2024 at 10:02 AM EDT

Ms. Stewart,

You have failed to answer any of my questions below. It is clear that you keep finding clever ways to dodge, dismiss and deflect everything. And no, you are not being honest with me. There is simply no accountability and transparency on your part. Wait, let me guess, this is all just another "misunderstanding and miscommunication" Right?

In your own words. You just admitted (below) that you shared information that you have knowledge of. But yet, On September 10th, you shared that information and knowledge acknowledging you have received the FERPA and FOIA requests from both [redacted] mom and I, which were IDENTICAL in nature and included the SAME EXACT requests for medical records. So how can you sit there and claim that [redacted] mom has not made a request for medical records at this time when you previously acknowledged on September 10th, that you did receive both of our FERPA and FOIA requests which included the same exact medical records request?

On Monday September 23rd at 10:27am, you wrote specifically stating that at this time she ([redacted] mom) has not made a request for medical records. But yet you wrote back to [redacted] mom that same day on September 23rd at 12:34 pm specifically informing her ([redacted] mom) that "the educational records were mailed to her home and wanted to know how she would like to proceed with picking up the medical records. If [redacted] mom has not yet made a request for medical records, how is it even possible that she could even proceed with picking them up? You also informed me on September 23rd that you spoke to Joan Campbell and let her know that [redacted] mom wanted a copy too. If [redacted] mom has not yet made a request for medical records, how can you even yet request these records? According to your

Communications, you had no knowledge that [redacted] mom even made a request for medical records at that time. That is not even possible, even though that is the story you gave me to cover Your Tracks.

The request for medical records is made through the school district and is in fact part of the FERPA request and requires absolutely no release to be signed. What exactly gave you that idea that it does now, even when it never has in the past. Is that a new law that you created yourself?

NONE of what you're saying makes any sense. Your communications seem be word salads and are riddled with total inconsistencies and as I previously shared, you can't even get your stories straight.

You already previously confirmed both FOIA requests on September 10th but yet on September 20th, you claim that I would still have to make an FOIA request for the emails even though I previously made it and you were aware and acknowledged that it was made. Where is the logic in that?

You also claimed that the health office sent me a form to sign to release my son's medical records. How exactly do you know this? Please provide me the specific name of the person that even informed you that they sent me a form to sign. And how exactly did they send me this form to sign?? Was it by US mail? FedEx? UPS? Email? Horse and buggy? Because I haven't received any form and you know this.

You stated you had contact (not I) with the health office. So please provide me with all the specific details I am requesting. And why hasn't [redacted] mom received a call from Nurse Jacqueline that she would be delivering [redacted] health records to the Milford. Dept. of Health? And why haven't you previously informed [redacted] mom that she needs to sign a release for these records? Why only me? We both made 2 FERPA requests in the past. Why hasn't the school nurse previously dropped off our son's health records to the Dept. of Health?

Please provide me specifically where the law states that a parent must sign a release to have access to their minor child's health records obtained by a public school district. Is this a new law Ms. Stewart? Or did you just make this up?

Please answer ALL questions including the ones I previously requested you to answer in which you are outright refusing to answer and just choose to continue dodge, dismiss and deflect. You claim you are not being dishonest with me. If that is the case, you should have no problem answering ALL questions. Why are you refusing to answer them? Why are you dodging, dismissing, deflecting and not being honest and then denying it? I provided you with facts. I pointed to all of what you told me in your emails and yet, here you are, still in denial.

Just by you telling me you are not being dishonest with me is being dishonest with me.

I am also requesting ALL emails from you and the entire JFK staff to and from each other and from your office including yours to and from each other. (Entire JFK staff including Anna Cutaia and Christopher Brown, your predecessor) I am requesting ALL emails from August of 2022 through the present date)

There is ZERO need for me to contact the Milford Dept. of Health. You also claim "The District's nursing department is overseen by the city, and it has its own procedures for releasing medical records for students." So you're going to sit there and tell me and expect me to believe that their procedure is for nurse Jacqueline to personally take the entire health file which included all his medical records and deliver them herself to the Milford Department of Health? Why hasn't this procedure been put in place for the past 2 FERPA requests that both [redacted] mom and I made? We both previously received [redacted] health records without the need for signing any forms and without the nurse delivering those health files to the Department of Health and yet, only my request was delivered to the Dept. Of Health but not [redacted] mom. This all seems like an episode out of The Twilight Zone.

ON September 11th you wrote that you will have the medical records sent to the PPS office. But you seem to have been doing a lot of back peddling and flip flopping ever since. You even asked if I prefer to pick up the medical records at the PPS office or JFK and then you offered to mail them. Please mail my son's health records to me ASAP.

Both [redacted] mom and I have ALWAYS been transparent and forthright but you have not. By you being dishonest and continuing to be dishonest just puts

our son [redacted] in the middle. It is abundantly clear you will never come clean even when 100% of the facts are presented to you.

I am kindly requesting for you to please get back to me with honest answers to ALL of my questions as stated in last email (below) and this email and address everything that I brought to your attention. And it is essential that you do and to be honest with me. It is the expectation and your duty as the Director of Special Education and Pupil Personnel Services to be 100% open, honest and transparent with parents.

Robert.

On Friday, September 27, 2024 at 06:11:19 PM EDT, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted]

I am and have shared information with you that I have knowledge of. I am not being dishonest in my responses to you.

I am confirming that your requests for both FERPA and FOIA records were received. I am also confirming that educational records have been shared with you and Ms. [redacted] The emails you requested, per your FOIA request should be available to you by Friday October 4th.

The District's nursing department is overseen by the city, and it has its own procedures for releasing medical records for students. If you have questions regarding their procedures, please contact the Director of Nursing, Joan Campbell.

Have a good weekend.

On Tue, Sep 24, 2024 at 9:04 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

My responses to yours are in red

Nothing adds up. You can't even get your stories straight. And your responses are riddled with total inconsistencies, flip-flopping, backpedaling, gas lighting and dishonesty. You incessantly dismiss and deflect and try to cover your tracks. **Not sure how you can even claim that at this time [redacted] mom has not made a request for medical records when you know she has made the same exact request as I have. This is an outright fabrication on your part.** This is not what I come to expect from the Director of Special Education & Pupil Personnel Services.

I reached out to the nursing department this morning. Joan Campbell, Director of Nursing, shared that her office has been trying to connect with you. She stated that you can sign the medical release form when you come to pick up the records at the health department. I also let her know that Ms. [redacted] would like a copy of the medical records. The process will be the same for her.

On September 10th, you specifically confirmed that you were in receipt of my FERPA and FOIA requests. You also confirmed the same with [redacted] mom. Then on September 20th you wrote: If you would like to review emails, please provide written notice for a FOIA request.

It has been made, you confirmed and now you're insisting it be made again? Makes no sense.

On September 10th I wrote you "Please have the school nurse pick up my son's file from the Department of Health and bring them back so they could be with all the other documents when you have them ready."

On September 11th, you responded back "I will have the medical records sent to the PPS office.

Then on September 15th you wrote: At this time the PPS office doesn't have the medical records"

I find that very hard to believe.

I previously requested for you to please have the records picked up from the Milford Dept. of Health, you confirmed you would have them sent to the PPS office, then you flipped flopped and back peddled and stated that you don't have the records. Who exactly told you that I would now be picking them up and what exactly makes you think I will now be picking them up from the Milford Dept. of Health when you already previously confirmed you would have the medical records sent to the PPS office? Only to receive an email from you 5 days later that the PPS Office doesn't have them. Interestingly enough, you then wrote in your cover letter you sent with the FERPA records you mailed that "Health records will be sent under separate cover when we receive them."

My responses are in purple to your question.

On September 10th, I specifically asked you why Nurse Jacqueline dropped off my son's records to the Dept. of Health. On September 11th, you responded back and chose to dismiss and ignore my question and failed to provide me with an answer and only stated you would then have the medical records sent to the PPS office. Then on September 15th you stated the PPS office does not have the medical records. The flip flopping continues. Why? The nursing department for the city handles all requests for medical records. A staff member from the PPS department reaches out to the health office, letting them know a request for medical records was made.

Your story does not add up. Again, I received a VM from the school nurse Jacqueline on Sept 10th that she dropped my Son's records off at the Milford Department of Health. Then I received a call from the Milford Department of Health a short while later that the records are there for pick up. There is obviously no transparency on your part. Why? Why did

Nurse Jacqueline drop off my son's health records at the Milford Dept. of Health? That has Never been the case in the past.

You state: "The health office sent you a form to sign to release your son's records."

1. Exactly what health office are you referring to? The nursing department for the city would contact you.

That was after Nurse Jacqueline dropped off my son's health records to them. Why did she?

2. No, the health office did not send me any form to sign and you know that. I do not know when the nursing department contacted you by phone. Again, the PPT department does not handle the medical records.

I specifically informed you on September 10th that they contacted me by phone that day. So yes you knew. Please Re-read the email.

3. You state: Once that paper is signed the records will be shared with you." As I previously informed you, I have made at least 2 FERPA requests in the past and never had to sign any form to have my son's health records released and shared with me. You made no mention of signing a form as we had many conversation going back and forth regarding the request including the medical records and ONLY mentioned it on September 15th. Why? Since I have been the director in Milford,the request for medical records is processed through the nursing department.

Did you put that law into place? As I previously informed you, I made 2 FERPA requests in the past and this was never the case. [redacted] mom did not have to sign for anything either. The health records required no form to sign to release them and it was NEVER processed through the Milford Dept. of Health.

Why are you now insisting I must sign this form and not [redacted] mom? If Ms. Nicholson is requesting medical records, then she will need to sign the release form as well as you.

You knew she already requested them as you previously admitted you received our FERPA and FOIA requests. Which were identical.

4. [redacted] mom never received any call from the school nurse that she would be delivering her health records to the Dept. of Health as per her FERPA request. Why? Only me. Why? The school nurse contacted you since you signed the FERPA request. She'll also have to sign the release form to receive medical records.

You are dodging my question and spinning it. [redacted] mom also signed for the SAME EXACT FERPA request as I did. Why didn't the school nurse contact [redacted] mom since she signed the FERPA request? Why didn't the school nurse contact [redacted] mom informing her the same thing that she would be delivering her health records to the Milford Dept. of Health as per her FERPA request?

5. You never informed [redacted] mom that she must sign a release for the health records. Why? Only me. Why? At this time she has not made a request for medical records. If she would like the medical records, she will need to sign the release.

That is not true. That's very interesting you state "At this time she has not made a request for medical records" when you very well know she made the same exact request as I did. You are not being honest with me.

Which specifically included the following:

"Please include all of his records, *which include, but are not limited to*: cumulative file, confidential file and compliance file. Please include all reports written as a result of school observations and evaluations; reports of independent evaluations; medical records; nurse's records;"

Why are you not being honest in your replies?

Please advise on everything.

Robert.

On Monday, September 23, 2024 at 10:27:46 AM EDT, Jennifer Stewart <jstewart@milforded.org> wrote:

Good Morning,

I hope you enjoyed the weekend.

I reached out to the nursing department this morning. Joan Campbell, Director of Nursing, shared that her office has been trying to connect with you. She stated that you can sign the medical release form when you come to pick up the records at the health department. I also let her know that Ms. [redacted] would like a copy of the medical records. The process will be the same for her.

My responses are in purple to your question.

On September 10th, I specifically asked you why Nurse Jacqueline dropped off my son's records to the Dept. of Health. On September 11th, you responded back and chose to dismiss and ignore my question and failed to provide me with an answer and only stated you would then have the medical records sent to the PPS office. Then on September 15th you stated the PPS office does not have the medical records. The flip flopping continues. Why? The nursing department for the city handles all requests for medical records. A staff member from the PPS department reaches out to the health office, letting them know a request for medical records was made.

You state: "The health office sent you a form to sign to release your son's records."

1. Exactly what health office are you referring to? The nursing department for the city would contact you.

2. No, the health office did not send me any form to sign and you know that. I do not know when the nursing department contacted you by phone. Again, the PPT department does not handle the medical records.

3. You state: Once that paper is signed the records will be shared with you." As I previously informed you, I have made at least 2 FERPA requests in the past and never had to sign any form to have my son's health records released and shared with me. You made no mention of signing a form as we had many conversation going back and forth regarding the request including the medical records and

ONLY mentioned it on September 15th. Why? Since I have been the director in Milford,the request for medical records is processed through the nursing department.

Why are you now insisting I must sign this form and not [redacted] mom? If Ms. Nicholson is requesting medical records, then she will need to sign the release form as well as you.

4. [redacted] mom never received any call from the school nurse that she be delivering her health records to the Dept. of Health as per her FERPA request. Why? Only me. Why? The school nurse contacted you since you signed the FERPA request. She'll also have to sign the release form to receive medical records.

5. You never informed [redacted] mom that she must sign a release for the health records.Why? only me. Why? At this time she has not made a request for medical records. If she would like the medical records, she will need to sign the release.

Jen

On Sat, Sep 21, 2024 at 1:06 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

On September 10th, I specifically asked you why Nurse Jacqueline dropped off my son's records to the Dept. of Health. On September 11th, you responded back and chose to dismiss and ignore my question and failed to provide me with an answer and only stated you would then have the medical records sent to the PPS office. Then on September 15th you stated the PPS office does not have the medical records. The flip flopping continues. Why?

You state: "The health office sent you a form to sign to release your son's records."

1. Exactly what health office are you referring to?

2. No, the health office did not send me any form to sign and you know that.

3. You state: Once that paper is signed the records will be shared with you." As I previously informed you, I have made at least 2 FERPA requests in the past and never had to sign any form to have my son's health records released and shared with me. You made no mention of signing a form as we had many conversation going back and forth regarding the request including the medical records and ONLY mentioned it on September 15th. Why?

Why are you now insisting I must sign this form and not [redacted] mom?

4. [redacted] mom never received any call from the school nurse that she would be

delivering her health records to the Dept. of Health as per her FERPA request. Why? Only me. Why?

5. You never informed [redacted] mom that she must sign a release for the health records.Why? only me. Why?

Please answer ALL questions above and it is essential that you do.

Robert.

On Sunday, September 15, 2024 at 11:52:04 AM EDT, Jennifer Stewart <jstewart@milforded.org> wrote:

Good Morning,

I can send the educational records by mail tomorrow.

At this time the PPS office doesn't have the medical records. The health office sent you a form to sign to release your son's records. Once that paper is signed the records will be shared with you. Did you get a chance to sign that document?

I will wait to hear back from you.

Jen

On Sun, Sep 15, 2024, 7:39 AM Robert <[redacted]verizon.net> wrote:

> Ms. Stewart,
>
> Please mail ALL records to me including my son's health records that you sent over to the Department of Health.
>
> Robert.
>
> On Fri, Sep 13, 2024 at 4:09 PM, Jennifer Stewart <jstewart@milforded.org> wrote:
>
> > Good Afternoon,
> >
> > Your son's education records are ready for pickup. You can either pick up the records at JFK or Parson's PPS Department between the hours of 8:00 and 4:00. If the first option does not work for you, I can have the records mailed to you.
> >
> > Please let me know how you will be picking up the requested records.
> >
> > Thank you.
> >
> > Jen
> > --

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

# Re: PPT Request and FOIA

From: Robert ([redacted]verizon.net)

To: [redacted]yahoo.com; jstewart@milforded.org

Cc: arizzo@milforded.org; acutaia@milforded.org

Date: Wednesday, October 23, 2024 at 07:14 PM EDT

Ms. Stewart,

I will include our last communication we sent below since you left it out. We have not refused anything. This is the second time you accused us. We do not appreciate the accusations. If anyone refused, it was you who refused to be transparent and honest with us. We have been kindly requesting for months for you to please answer all our questions and concerns via email and you refused and failed to, and still continue to.

Attached, you will find a copy of an email we sent to Ms. Rizzo and team requesting them to provide us answers to ALL of our questions and concerns in which they refused to provide. Mind you, we have been making this request since August 9th.You must provide us with answers all of our questions and concerns prior to this PPT meeting. Please review it and get back to us with ALL our questions and concerns answered. In our son's best interests, this is the only way to ensure we have a productive meeting and any follow up questions we have will be asked at the meeting.

Based on your communications, we don't believe even for a second that the team's attempts of holding a PPT meeting are genuine, nor geared towards our son's best interests or benefit in any way, shape, or form. We were advised of this PPT meeting back in May in which Ms. Rizzo specifically informed us that she insisted on a change in his placement to Mathewson in the [redacted] program and also stated "we do not plan to adjust the goals for [redacted] If the team felt this meeting was so necessary as you state, it would have been held already and NOT 6 months later. We are not available on November 6th.

Given the serious nature of the actions and behaviors of your staff towards our son [redacted] in which we thoroughly outlined in our past communications which caused him severe emotional trauma coupled with all the dishonesty and gas lighting coming from you, we have decided we will not attend a PPT meeting alone especially with tensions being this high. And to prevent arguing and raising voices, we have decided will be searching for an advocate to assist us and help us navigate the meeting. We have a right to have one present.

Besides, given the fact you have not been at all cooperative with us up to this point, and are still being defiant and refusing to answer all of our questions and concerns via email, how can we be 100% sure you will be cooperative with us at the meeting? We can't.

We do not feel at all feel comfortable with you and the team being in one corner and us in another. And the ONLY way we will attend is with assistance. This is none negotiable. We will keep you posted.

Regarding my son's medical records, I believe I have made my position very clear. I will not be picking up any medical records from the Department of Health and I am not required to do so. You had no right to have them sent there in the first place and feel you are only doing it to give me an extremely unreasonably difficult time. You've already advised me that you would be mailing them to me under separate cover, in addition, you also previously advised me that you would be having them sent to the PPS office and did offer to mail my sons records. You offered to mail [redacted] mom's medical records to her without signing any release. Please mail me my son's medical records ASAP. We've had endless and exhausting emails regarding this subject so this is non-negotiable and not up for further discussion.

Robert.

## Ms. Stewart,

You're insisting on a meeting based upon the nature of my emails. You are very well aware that the tensions are extremely high and absolutely nothing productive would come from it as it will just end up in a total "dismiss and deflect" meeting by the team as there is never any accountability coming from you or them.And it certainly would not be in [redacted] best interests to meet with a team that has been dishonest with us as we question the teams motives especially after the gaslighting about a misunderstanding and miscommunication etc.. we firmly believe that the best course of action would be for us to file our complaints, which we will be doing, especially given the fact that you notified us that the team is concerned about [redacted] So are we! Additionally, the team is one corner and we are in another. Mind you, the nature of the emails are more serious than you know. You have failed to provide answers to all our questions and concerns via email even though we've have requested you do so for the last 3 months. We are not available at all on October 23 or October 29th.

You falsely accuse us of refusing to attend which is simply not true.

If anyone refused it was you.

1. You refused to provide us answers to all our questions and address our concerns via email as we requested for over 3 months now.

2. You refused to provide us with transparency and complete honesty and have been gas lighting us.

3. You refused to provide me with my son’s medical records as per my FERPA request and were completely dishonest in regards to the health records

4. You refused and failed to provide answers to my questions regarding the medical records and chose to put me on ignore.

You state: “At this point, we have made previous attempts to convene a PPT to respond to your concerns” As a reminder, we requested for you to provide us answers to all of our questions and concerns via email not via PPT. Therefore, a PPT meeting is not even required. Please stop twisting and distorting the facts. It is not helpful.

We believe we have made our position very clear over the last 3 months that there will be no PPT meeting unless you provide us with answers to all our questions and concerns via email first. But you chose to continually be defiant rather than providing us what we requested.

As to your comment about the nature of our recent emails, you need not worry. Rest assured, once we file our complaints and report all of the despicable and inappropriate actions and behaviors of your staff members towards our son [redacted] which we have thoroughly outlined in all of the previous communications we sent, as we firmly believe that based on all that our son reported to us is a clear and unequivocal violation of his rights across the board in regards to his FAPE, IEP, ADA and civil rights. Once we file, you will then have a full opportunity to respond. I think we can all agree that by us filing these complaints, will be much more productive than any PPT meeting as there will be a full investigation into this matter.

Additionally, you now claim below I have received all applicable records in response to my FERPA request. No I have not. You have failed to send me my son's health records via mail even though I have written correspondance from you specifically stating you would be sending my sons health records under separate cover and you've also indicated you would have my son's health records sent back to your office and offered to mail them to me which you have failed to do and then falsely claim you have sent it to me and you have not, as I have not received them.

If you choose to continue to be defiant and refuse to send me my son's health records to me ASAP, I will be left with no choice but to file a separate complaint about your failure to provide the entire FERPA request. The choice is yours.

On September 30th, our son was desperately crying out for help as a result all the emotional abuse he reported to us that he has endured by your staff members. He's a very vulnerable and autistic child and needed guidance and lots of positive praise. Rather, the following days on October 1st and 2nd, the same school team that claims they're

concerned about [redacted] continued to kick him when he was down instead of providing empathy and the support that he so desperately needed.

Let that sink in.

Robert and Karen

On Wednesday, October 16, 2024 at 03:49:03 PM EDT, Jennifer Stewart <jstewart@milforded.org> wrote:

Dear Mr. [redacted] and Ms. [redacted]

The school team has an obligation to request and schedule PPT meetings when it is necessary to review and revise an IEP in order to best support a student's needs. We have now offered you several dates for possible PPT meetings for which you have either refused or indicated that you were unavailable without suggesting alternative dates. At this time, we feel that we cannot further delay a PPT meeting for [redacted]

Attached, please find a Notice for a PPT Meeting to be held on November 6th at 8:45. This meeting will be held virtually. Once again, if you would like to suggest alternative dates and times during school days/hours before November 6th please let us know and we will attempt to make our team available. We are expecting that you will attend this PPT meeting or provide alternative dates, and we hope to work together for [redacted] benefit.

As for your concerns regarding records requests, the medical records are in the office of the Health Department ready to be picked up. Any records in response to your most recent FOIA request will be provided by Friday October 18, 2024.

Sincerely,

Jen

Re_ Planning for the 24-25 school year.pdf
173.8kB

# Forcing [redacted] to call home.

From: Robert ([redacted]verizon.net)

To: arizzo@milforded.org; jstewart@milforded.org; acutaia@milforded.org

Cc: [redacted]yahoo.com; ttruscello@milforded.org; kkristan@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ldougherty@milforded.org; ccarrano@milforded.org; nmacklin@milforded.org

Date: Saturday, October 26, 2024 at 08:44 PM EDT

Ms. Rizzo,

On many days back in September, you instructed a staff member to take [redacted] out of his class and bring him into the office and forced him to call both of us against his will and leave us voice messages independently. On one of these days, specifically September 26th, you can hear the staff member interrupting [redacted] as he was speaking and then you can clearly hear that staff member in the background INSTRUCTING [redacted] what to say as he was speaking **“No, that you put your hands on another student!”** in which [redacted] stopped what he was saying and said “oh, never mind about that" referring to what he was just speaking about then he repeated what the staff member just told him to say and he said “I put my hands on another student. He came home and informed us that he was told to call both of us to say to say he did things purposely.

Please let us know specifically which staff member forced [redacted] into leaving us this voice message against his will on September 26th INSTRUCTING him to say **“No, that you put your hands on another student!"** which resulted in [redacted] coming home extremely upset and crying which emotionally damaged him leaving him scars which had a huge impact on both his mental health and psychological well-being. And please let us know what specific staff member(s) pulled [redacted] out of class and brought him to the office on September 16th, September 17th and September 19th and again, forced him to leave voice messages for both of us against his will.

Is forcing a student to call home against their will standard protocol for all students or was our special needs son just singled out and targeted? Additionally, it does not state anywhere in [redacted] BIP that forcing him to call home and leave messages for both parents is a behavioral strategy.

This is a clear and unequivocal violation of his IEP and is in no way, shape or form providing our son the support he needs to have a successful 5th grade year. Nor does it show us how you and the team are working to support [redacted] in regulating his behavior at school in an appropriate manner. It is actually quite the opposite and extremely inappropriate.

We take this very seriously. Please let us know ASAP which specific staff member(s) is responsible, as forcing our son to call home repeatedly and prompting him what to say is completely unacceptable and disgraceful. It is our right to know.

Robert and Karen

# Re: [EXT MAIL] Your email August 16th 2024 regarding data on [redacted]

From: Jennifer Stewart (jstewart@milforded.org)

To: [redacted]verizon.net

Cc: [redacted]yahoo.com; arizzo@milforded.org; acutaia@milforded.org; ttruscello@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Wednesday, November 6, 2024 at 08:07 PM EST

Hi Mr. [redacted]

I hope your week is going well.

The team will send you data five days prior to the PPT meeting scheduled on November 20th. You will receive the data on November 13th.

Jen

> On Wed, Nov 6, 2024, 7:59 PM Robert <[redacted]verizon.net> wrote:
>
> Ms. Stewart,
>
> On August 16th you wrote and informed us that the team will provide us with data on [redacted] performance from the end of last year and through to the beginning of this school year.
>
> You have failed to provide us with this data even though we have repeatedly requested that you provide it to us. Please provide this data to us ASAP as we need to view it before the PPT meeting.
>
> Robert.

# Re: [EXT MAIL] Your email August 16th 2024 regarding data on [redacted]

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org

Cc: [redacted]yahoo.com; arizzo@milforded.org; acutaia@milforded.org; ttruscello@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Wednesday, November 6, 2024 at 08:16 PM EST

---

Ms. Stewart,

This data the team has on our son [redacted] should have never been hidden from us in the first place and it should have already been shared with us.

Robert.

> On Wed, Nov 6, 2024 at 8:09 PM, Robert <[redacted]verizon.net> wrote:
>
> > Ms. Stewart,
> >
> > Please send us that data at once.We have been requesting it since August 16th.
> >
> > Robert.

Re: Your email August 16th 2024 regarding data on [redacted]

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org

Cc: [redacted]yahoo.com; arizzo@milforded.org; acutaia@milforded.org; ttruscello@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Wednesday, November 6, 2024 at 08:42 PM EST

Ms. Stewart,

As you are very well aware, on September 5th, I made a FERPA request specifically requesting "IEP team; all data, including all recent data)"

Please note that failing to provide ALL requested information in a Family Educational Rights and Privacy Act (FERPA) request is a violation.

Is there a reason why you previously failed to provide this data to me even though it was part of my FERPA request? It should have previously been provided to me.

Please respond back and answer the question.

Robert.

> On Wednesday, November 6, 2024 at 07:59:10 PM EST, Robert <[redacted]verizon.net> wrote:
>
> Ms. Stewart,
>
> On August 16th you wrote and informed us that the team will provide us with data on [redacted] performance from the end of last year and through to the beginning of this school year.
>
> You have failed to provide us with this data even though we have repeatedly requested that you provide it to us. Please provide this data to us ASAP as we need to view it before the PPT meeting.
>
> Robert.

Re: JFK- Response to your questions

From: Robert ([redacted]verizon.net)

To: [redacted]yahoo.com; jstewart@milforded.org; arizzo@milforded.org; acutaia@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ttruscello@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Wednesday, November 20, 2024 at 07:42 AM EST

Ms. Rizzo,

We are writing to formally respond to your email and document our serious concerns regarding the treatment of our son, [redacted] by the staff at JFK. Despite our numerous previous attempts to address these issues since May, we feel compelled to reiterate our concerns which we feel have been dismissed, mischaracterized, or inadequately addressed.

Specific Incidents of Concern

**1. Misrepresentation of Behavior**

On September 17, it was reported that [redacted] "hit two classmates." [redacted] explained to us that he accidentally bumped into two girls during recess. This discrepancy is concerning, particularly since [redacted] has previously told us he is being blamed for actions he did not commit. He was also taken out of class and forced against his will to make this call and left a VM in which he reports he accidentally bumped into the students at recess.

**2. Emotional Maltreatment**

[redacted] has repeatedly shared his fear of Ms. Truscello, describing her as "mean" and a “witch” stating that she yells at him and makes him cry, causing him significant distress. These reports are deeply troubling, and we have documented multiple instances of his distress, including incidents where staff behavior has left him feeling unsupported and singled out. Despite our reports, we believe these concerns have not been taken seriously.

**3. September 19 Incident**

Regarding the incident involving a child named [redacted], [redacted] informed us that [redacted] punched him hard in the chest, prompting [redacted] to react. However, Ms. Koosa’s report failed to mention this context, and [redacted] felt coerced into misrepresenting his actions when recounting the event to us and suggests that Ms. Koosa has influenced his statements to us, which raises serious concerns about the integrity of the incident reporting.

**4. September 26 Incident**

According to [redacted] Ms. Dougherty instructed him on what to say, which we believe is another instance of emotional maltreatment rather than appropriate redirection. [redacted] was removed from class and forced to make phone calls home against his will, disrupting his learning and leaving him emotionally distraught. [redacted] was not merely worried about being in trouble; he was terrified of the ongoing treatment by the staff. This action is a direct violation of his BIP. [redacted] came home in tears, stating he could no longer endure the treatment he is receiving at school. He has also told us that Ms. Dougherty

instructed him on what to say during this incident, further undermining his ability to express himself honestly.

**Broader Concerns**

No, we do not understand. The staff did not make phone calls home. The staff, in fact, forced [redacted] to make these calls against his will, which is a violation of his behavioral intervention plan.

Additionally, the team at JFK and the Milford School District are not meeting [redacted] needs academically, socially, or emotionally. Instead of supporting him as outlined in his IEP, the actions of the staff have caused him to feel unsafe and unsupported.

We have also previously reported issues with [redacted] former special education teacher, Ms. Adinolfi, and requested a change. However, the replacement teacher, Ms. Truscello, has proven to be just as ineffective, if not worse. This failure to provide competent special education support is deeply troubling and further demonstrates the district's inability to meet [redacted] needs.

To address these serious concerns and to stop these harmful actions, we were compelled to send a letter demanding that your staff immediately cease and desist from what we strongly believe to be continued and repeated emotional abuse towards our son, [redacted]

You continue to paint [redacted] in a negative light, claiming he displays unsafe behaviors toward other students. When, in fact, it is the other students who exhibit unsafe behaviors toward him. This misrepresentation exacerbates his challenges and leaves him feeling misunderstood and unsupported. You mentioned "elopement" This is Not in his BIP. [redacted] has never tried to run away at school or home.

The team at JFK and the Milford School District are not meeting [redacted] academic, social, or emotional needs. Instead, the mistreatment by staff and failure to provide necessary accommodations are actively hindering his progress and well-being.

We have documented all communications regarding these matters and are prepared to pursue legal avenues as these actions and behaviors by the aforementioned staff members are clearly a violation of our son's FAPE.

We are not available 10am on December 11th.

Robert and Karen.

> On Tuesday, November 19, 2024 at 04:51:53 PM EST, Amy Rizzo <arizzo@milforded.org> wrote:
>
> Good afternoon Mr. [redacted] and Ms. [redacted]
>
> In recent emails you inquired about phone calls placed home earlier this school year. I have spoken to our school team about your concerns and reviewed what occurred with the school team. According to our records, [redacted] had engaged in a series of behaviors that were addressed by JFK staff in mid-September. [redacted] called home with our school Social Worker, Mrs. Dougherty on 9/16. Mrs. Dougherty reported that messages were left for both of you. Ms. [redacted] returned the call to the school and did speak to [redacted] directly that day with Mrs. Dougherty present. At that time [redacted] was able to share with mom unsafe behaviors at morning drop off.

The following day, 9/17 [redacted] again called both of you with Mrs. Dougherty regarding a recess incident in which [redacted] hit two classmates on the playground. Messages were left for both of you.

On 9/19 Mrs. Koosa called home with [redacted] regarding hands-on behavior on the playground. She indicated during that call that she would be following up with an email, which she then sent to both of you regarding the playground incident..

On 9/26, Mrs. Dougherty again called home with [redacted] and had him leave messages for both of you. Mrs. Dougherty reported that [redacted] was worried about being "in trouble" for his behavior and asked her to "please don't tell my parents." She had [redacted] call both of you with her present so that he could report what happened and that it would be in his own words. Before the call, [redacted] was able to talk to her about what had happened in his own words and he said that he had put hands on another student. Mrs. Dougherty reported that during the call, [redacted] started to discuss something other than the incident where he put hands on another student, which was when she prompted him with the statement you quoted in your recent email, "No, that you put your hands on another student." She was redirecting [redacted] to focus back on the topic. She was not forcing words upon him. As you know, Mrs. Dougherty works with [redacted] on social skills and that sometimes includes cuing expected behavior or practicing conversation skills.

I also want to be clear that there was never a directive from my office for these calls to be placed as you suggest, nor was [redacted] forced to be removed from class to make these calls. These calls were placed by staff to help [redacted] be able to name his behavior and take responsibility for it. Naming behaviors and naming emotions is part of restorative practices and developing self-regulation skills. At JFK, students are often asked to identify the behavior, identify what they were feeling when the behavior took place and how that behavior impacted others. Our staff then works with students on acceptable replacement behaviors. These are all areas that [redacted] needs support in.

Additionally, I ask you to understand that when staff makes phone calls home for any student it is an effort for the school and families to be on the same page in understanding the incident and to work together to support the student in a collaborative manner. This is difficult to accomplish when it is not a conversation, but instead a message.

**Since you have indicated that [redacted] is upset about calling home the staff at JFK has not had him make any calls or self-report. The JFK Team will not have [redacted] make calls home like these again.** The team working with [redacted] is not in violation of his IEP as you suggest and is continually working to support your son academically, socially, and emotionally. Please note that the target areas on his current BIP include: elopement, work refusal, misuse of materials, verbal outbursts and noises. You will notice that the aforementioned phone calls home were not about behavior related to [redacted] BIP, but rather more urgent unsafe or hands on behavior in school or toward other students. Safety will always be at the forefront of our work at JFK and we ask parents to partner with us in the expectation that hands-on or unsafe behavior is not permitted.

It is my sincere hope that we can come together as a team at the PPT on Wednesday, December 11th at 10am to better support [redacted] needs. And of course, we understand that you will plan to share your concerns as well.

Regards,

Amy Rizzo

--
Amy E. Rizzo
Principal and Lead Learner
John F. Kennedy Elementary School
Milford, CT 06460
@JFKPrincipalRiz

Do the best you can until you know better. Then when you know better, do better.

- Maya Angelou

# Outplacement for our son [redacted]

From: Robert [redacted]verizon.net)

To: jstewart@milforded.org; arizzo@milforded.org; acutaia@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ttruscello@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org; [redacted]yahoo.com

Date: Tuesday, December 10, 2024 at 08:18 PM EST

---

Ms. Stewart and team,

Previously, you had asked us to provide you with a date and time for a a PPT meeting, and when we did, you turned us down and failed to agree to the date and time. On November 13th, we provided you with a date and time that we, as well as our representative, were available for a PPT meeting. We agreed via email to schedule the PPT meeting for December 11, 2024, at 12:30 PM. However, despite this agreement, the school team has failed to honor the scheduled meeting time.

After careful and thorough consideration, it has become unequivocally clear that the Milford School District has failed to meet our son [redacted] critical needs, significantly hindering his development and well-being. Therefore, an outplacement is not merely recommended but essential. We are writing to formally request that starting in sixth grade, our son [redacted] be placed in a private school, with transportation provided and funded by the Milford Public School District.

[redacted] requires a program that prioritizes:

- **Executive Functioning Skills**: [redacted] needs structured support to enhance his ability to plan, focus attention, remember instructions, and juggle multiple tasks.
- **Academic Competence**: It is imperative that [redacted] is in an environment that understands his unique learning needs and can provide the necessary academic support.
- **Social Communication and Skills**: [redacted] needs a setting where social interactions are coached and guided, helping him to build essential social skills.
- **Problem-Solving Skills**: A program that teaches and reinforces practical problem-solving strategies is vital for [redacted] growth.
- **Emotional Growth**: [redacted] needs an environment that fosters emotional regulation and growth, helping him to manage his emotions effectively.

Additionally, based on our communications and the responses and treatment [redacted] has received from the current staff, we believe his FAPE (Free Appropriate Public Education) rights are being violated. [redacted] has faced emotional mistreatment from the staff, which has deeply affected his well-being. He has come home on several occasions extremely upset and distressed, describing the environment as intolerable and even referring to a teacher as "mean" and a "witch." In several incidents, he was removed from class, disrupting his learning, and taken to a separate room, where he was forced to make phone calls to us under duress. Not only were these calls made against his will, but he was also instructed on what to say.

In addition, on September 30th, we received an extremely troubling call from the school social worker, Ms. Dougherty. She informed us that [redacted] had made a self-harm comment, saying he wanted to kill himself. This was extremely distressing for us to hear and revealed the severe impact the school environment is having on him. Our son [redacted] is “walking around with a target on his back,” without any outlet or support from his teachers and has also reported to us while very upset and crying that he is being blamed for things he did not do.

Beyond the emotional mistreatment [redacted] has faced, we are increasingly concerned about the lack of transparency and consistency in communication from the school team regarding his academic placement. We have experienced a pattern of conflicting information that has only added to our distress and diminished our trust in the school's intentions. For instance, we received an email from Ms. Rizzo about a week before last school semester ended, in

which she insisted on changing [redacted] placement to the [redacted] program—a program the school team previously deemed neither suitable nor recommended for him. When we inquired further, this was dismissed as a "misunderstanding" and a "miscommunication." This inconsistency has been a recurring issue, and we feel the school team has not been forthcoming or honest with us, at times even implying accusations that were entirely untrue.

Given these repeated incidents, it is evident that the current environment is not conducive to [redacted] success. The district's failure to address these critical areas has proven extremely detrimental to our son. [redacted] well-being and future success depend on a transition to an appropriate setting.

Starting in 6th grade, we are requesting outplacement for [redacted] so that he receives the necessary support and environment he urgently requires and so desperately needs. We also request to set up a PPT (Planning and Placement Team) meeting as soon as possible to discuss this matter in detail. We will also reach out to our representation to ensure their availability. We request that the Milford Public School District cover the costs associated with enrolling [redacted] in a private school, including transportation, starting in sixth grade.

Thank you for your attention and swift response.

Robert and Karen

Re: [EXT MAIL] Re: PPT

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org; [redacted]yahoo.com; arizzo@milforded.org; acutaia@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ldougherty@milforded.org; ttruscello@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Tuesday, December 10, 2024 at 10:43 PM EST

**Ms. Stewart,**

We must address the gross inaccuracies in your claim of repeatedly offering various PPT dates since September 5th.

Ms. Rizzo and team repeatedly demanded a meeting in an overnight decision to hold this meeting a week before school ended to throw our son out of the least restrictive environment and place him into a totally restrictive environment at Mathewson School. This was despite the fact that we were previously informed by the team that this placement was neither recommended nor appropriate for him. In addition, when we questioned her intentions, she gas lighted us by claiming it was all a misunderstanding and miscommunication, which it clearly was not.

We've been consistently pressured by Ms. Rizzo and team for a PPT meeting regarding our son, [redacted] beginning on May 30th. These demands were relentless on June 3rd, June 4th, and June 5th. Additionally, Ms. Rizzo and team insisted and demanded we give up our 5-day notice for them to hold this PPT meeting.

In August, Ms. Rizzo suddenly expected us to cut our summer short and demanded a PPT meeting on Wednesday, August 21st at 1 pm, despite previously stating the team would not be available during the summer.

Your accusation that we declined all of these meetings on September 5, September 17, October 10, October 16, October 23, October 29, November 6 fails to acknowledge our repeated requests for answers to all of our questions and concerns prior to the meeting. And to this day, you have still continually failed to provide us with our requests.

Ms. Rizzo falsely claimed that the team has been sharing the increase in behaviors they have seen with [redacted] through emails since the parent-teacher conferences in March.

1. Ms. Rizzo falsely claims she has repeatedly asked for meetings with us to discuss [redacted] behaviors and falsely states we have repeatedly declined these requests.
2. We repeatedly asked Ms. Rizzo to provide these communications, yet she has ignored our requests and failed to provide them.
3. Ms. Rizzo falsely states that the increase in [redacted] behaviors since the February PPT is due to work becoming increasingly difficult for him. We asked for these communications, but she ignored us and failed to send them.

Ms. Rizzo's and the teams intention behind these PPT meetings was to unjustly remove our son from the least restrictive environment and place him in a highly restrictive environment in the [redacted] program at Mathewson School. This decision was pushed despite the team's prior statement that this placement is neither recommended nor appropriate.

- **May 30th**: Initial request for a PPT meeting insisting and demanding we give up our 5-day notice for them to hold this PPT meeting.
- **June 3rd, 4th, and 5th**: Continued pressure from Ms. Rizzo and team.
- **August 21st**: Demanded PPT meeting at 1 pm, despite summer unavailability.
- **November 20th**: I informed you I had a doctor's appointment as I urgently needed to attend and prioritized my health.
- **December 11th**: We agreed to this date and a time at 12:30pm, but you declined it.

Ms. Stewart, your lack of accuracy, transparency, and honesty has been completely unacceptable.

Robert and Karen.

On Tuesday, December 10, 2024 at 08:57:31 PM EST, Karen [redacted] <[redacted]yahoo.com> wrote:

It's happened more than once. It's insulting especially since we've been communicating back and forth via email since the summer time. I'm hurt. Please don't let it happen again! Thank you.

Yahoo Mail: Search, Organize, Conquer

On Tue, Dec 10, 2024 at 8:46 PM, Jennifer Stewart <jstewart@milforded.org> wrote:

I do apologize for the error. It will not happen again.

On Tue, Dec 10, 2024, 8:46 PM Karen [redacted] <[redacted]yahoo.com> wrote:

It's [redacted] NOT Nicholson.

Yahoo Mail: Search, Organize, Conquer

On Tue, Dec 10, 2024 at 6:55 PM, Jennifer Stewart <jstewart@milforded.org> wrote:

Dear Mr. [redacted] and Ms. Nicholson,

The school team is prepared to meet for [redacted] annual review PPT meeting on January 15, 2025 at 12:30 p.m. We will plan for this meeting to take place at JFK, but we can make accommodations so that you may participate virtually or by phone if you wish.

You are being provided with a more than reasonable advanced notice for the PPT meeting, and we expect that you will be attending in order to participate in [redacted] annual review. As you know, we have previously attempted to schedule several PPT meetings during this school year, which

you declined, including suggested PPT meetings on September 5, September 17, October 10, October 16, October 23, October 29, November 6, November 20, and most recently, December 11.

We recognize that parents are mandatory members of the PPT [34 C.F.R. 300.321(a)(1)], and we have made several attempts to schedule a PPT meeting so that both of you may attend. At this point, we do not believe we can wait any longer to meet for this PPT meeting, and we are obligated to move forward with a PPT meeting [34 C.F.R. 300.322(d)]. We will plan to hold the PPT meeting on January 15, 2025 and we hope you will join us to discuss your son's performance.

Jen

--

JEN STEWART
Director of Pupil Personnel
Milford Public Schools
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

# Re: PPT

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org; [redacted]yahoo.com

Cc: arizzo@milforded.org; acutaia@milforded.org; ttruscello@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Wednesday, December 11, 2024 at 11:42 AM EST

Ms. Stewart,

You took it upon yourself to schedule our son's annual PPT meeting for January 15th without our input. This unilateral scheduling is unacceptable. As key members of the PPT team, we expect to be consulted on determining a mutually agreeable date.

We request that the meeting be rescheduled to February. We must agree on a mutually agreed upon date and time.

Robert and Karen

On Tue, Dec 10, 2024 at 6:55 PM, Jennifer Stewart <jstewart@milforded.org> wrote:

> Dear Mr. [redacted] and Ms. Nicholson,
>
> The school team is prepared to meet for [redacted] annual review PPT meeting on January 15, 2025 at 12:30 p.m. We will plan for this meeting to take place at JFK, but we can make accommodations so that you may participate virtually or by phone if you wish.
>
> You are being provided with a more than reasonable advanced notice for the PPT meeting, and we expect that you will be attending in order to participate in [redacted] annual review. As you know, we have previously attempted to schedule several PPT meetings during this school year, which you declined, including suggested PPT meetings on September 5, September 17, October 10, October 16, October 23, October 29, November 6, November 20, and most recently, December 11.

We recognize that parents are mandatory members of the PPT [34 C.F.R. 300.321(a)(1)], and we have made several attempts to schedule a PPT meeting so that both of you may attend. At this point, we do not believe we can wait any longer to meet for this PPT meeting, and we are obligated to move forward with a PPT meeting [34 C.F.R. 300.322(d)]. We will plan to hold the PPT meeting on January 15, 2025 and we hope you will join us to discuss your son's performance.

Jen

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

Re: 2nd Request for documentation

From: Robert ([redacted]verizon.net)

To: arizzo@milforded.org

Cc: jstewart@milforded.org; acutaia@milforded.org; [redacted]yahoo.com

Date: Friday, January 3, 2025 at 11:15 AM EST

Dear Ms. Rizzo,

I am writing to formally request access to all records and documentation related to my son, [redacted] under the Family Educational Rights and Privacy Act (FERPA). This letter follows my previous communication sent (below) on December 12th, 2024, which has been completely disregarded.

As you are aware, Ms. Dougherty, the school Social Worker, administered a Columbia-Suicide Severity Rating Scale (C-SSRS) assessment related to the incident where my son [redacted] expressed a desire to end his life. Additionally, Ms. Dougherty has previously failed to provide us with any copies of these documents. Specifically, I request immediate copies of all documentation, including but not limited to incident reports, C-SSRS assessments, communications, and any actions taken by the school.

This is the second request, and the continued delay in providing this information is a flagrant violation of my rights under FERPA. As a parent, it is imperative that I have timely access to all relevant documentation involving my son. I expect an immediate response outlining a clear timeline for when the requested documentation will be provided.

Thank you for your prompt cooperation.

Robert [redacted]

[redacted]

> On Thursday, December 12, 2024 at 09:32:44 AM EST, Robert <[redacted]verizon.net> wrote:
>
> Ms. Stewart,
>
> As you are well aware, on September 30th, 2024, we received an extremely disturbing and very upsetting voicemail from Ms. Dougherty, informing us that our son, [redacted] had expressed thoughts of self-harm and a desire to end his life. Despite our formal FERPA request, we have not received any written documentation regarding this serious matter as the district has failed to provide it to us.
>
> As required by law, the school must maintain and provide accurate records of such incidents. We are formally demanding immediate access to all documentation related to this incident, including but not limited to incident reports, assessments, communications, and any actions taken by the school.
>
> This issue is time-sensitive. Failure to provide the requested information promptly will result in further action. Please confirm receipt of this request and provide a clear timeline for when we will receive the documentation.
>
> As previously reported to you on October 11th, [redacted] has reported enduring emotional abuse by your staff members. As a vulnerable and autistic child, he requires guidance and positive reinforcement. Instead, on October 1st and 2nd, the same team that claimed to care for him exacerbated his distress rather than offering the empathy and support he so desperately needed.
>
> We expect an immediate response
>
> Robert and Karen

Re: [EXT MAIL] Re: School Meetings/second request regarding annual PPT

From: Jennifer Stewart (jstewart@milforded.org)

To: [redacted]verizon.net

Cc: [redacted]yahoo.com; acutaia@milforded.org; arizzo@milforded.org; ttruscello@milforded.org; jdavis@milforded.org; dkoosa@milforded.org; ldougherty@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Monday, January 6, 2025 at 06:04 PM EST

Good Evening,

The District does not feel is it necessary to hold two PPT meetings to conduct your son's annual review and discuss your request for an out of district placement. Both items can be addressed during one PPT meeting. We will plan to move forward with the PPT meeting on January 16th at 2:00pm. If we run out of time, we can schedule a subsequent meeting. Please inform me if your counsel is attending the PPT meeting.

Regards,

Jen

> On Sun, Jan 5, 2025 at 8:22 AM Robert <[redacted]verizon.net> wrote:
>
> Ms. Stewart,
>
> On December 12th, 2024, I informed you via email that the January meeting will be solely for the outplacement discussion and that we prefer two separate meetings.
>
> On December 13th, 2024, [redacted] mom reached out to you with the below email outlining her availability.
>
> As of today, we have not received a response from you regarding these proposed dates and times.
>
> Furthermore, we specifically advised that we wanted two separate PPT meetings. Despite this, you scheduled the outplacement meeting for January 16th, 2025, as per our request but sent us a PPT invite specifically stating it was to conduct the annual review as well. By combining these meetings, you disregarded our request for separate meetings and the proposed dates and times for the annual PPT meeting in February, including February 11th, 2025, or February 13th, 2025, at 2:00 PM.
>
> **We want to stress that we will not be combining these meetings**. We request that you get back to us with our proposed dates and times for February to conduct the annual PPT.
>
> Robert and Karen

On Fri, Dec 13, 2024 at 9:50 PM, Karen [redacted]
<[redacted]yahoo.com> wrote:

> Ms. Stewart,
>
> Due to my busy work schedule, a later time would work best. Does Tuesday, January 14, 2025, or January 16, 2025, at 2:00 PM work to discuss out placement? Since February 4, 2025, does not work for you to hold the annual PPT meeting, does February 11, 2025, or February 13, 2025, at 2:00 PM work? Please let me know which dates and times work for your schedule.
>
> Thank you,
>
> Karen
>
> Yahoo Mail: Search, Organize, Conquer

--

JEN STEWART
Director of Pupil Personnel
Milford Public Schools
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

# Re: [EXT MAIL] Request for Distinct PPT Meetings as Per IDEA Requirements

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org

Cc: [redacted]yahoo.com; acutaia@milforded.org; arizzo@milforded.org; jdavis@milforded.org; ldougherty@milforded.org; ttruscello@milforded.org; dkoosa@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Tuesday, January 14, 2025 at 11:42 AM EST

Ms. Stewart,

We are **firmly rejecting** your decision to combine the outplacement discussion and the annual PPT meeting. As stated clearly in our previous communications, we **explicitly requested** that these meetings be held **separately**. This decision to combine the meetings is purely for **administrative convenience**, and there is **no legal requirement** to do so. Your continued insistence on combining the meetings is a clear **disregard for our legal rights under IDEA**.

While [redacted] performance may be relevant to the outplacement discussion, it does **not** require the comprehensive review of his IEP, progress, and goals, which is the purpose of the annual review. These are separate, distinct issues that must be addressed independently.

To be absolutely clear:

- **The January 16 meeting** will be focused **exclusively on the outplacement**. We will **not entertain** any discussion of the annual review, or any other issues, during this meeting.
- A **separate meeting** for the **annual PPT review** will be scheduled in **February 2025**, as previously outlined. We have already provided specific dates and expect to receive a **separate invitation** for this meeting.

Your decision to combine these meetings **pushes** us to disregard our legal right under IDEA to request separate discussions for distinct matters. We expect **immediate compliance** with our right to have the meetings scheduled separately. Any further attempts to combine the meetings will be **seen** as a **violation of our rights** under IDEA.

We expect confirmation of the separate meeting schedules as outlined above.

Robert and Karen

> On Tuesday, January 14, 2025 at 09:57:53 AM EST, Jennifer Stewart <jstewart@milforded.org> wrote:
>
> Good Morning,
>
> I understand your perspective to solely want to discuss outplacement. As I mentioned before, to discuss outplacement, a conversation is necessary to know how [redacted] is performing.
>
> We will discuss your outplacement request, and the team will discuss any information necessary to respond to your request.
>
> Jen

On Mon, Jan 13, 2025 at 7:29 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We are writing to formally reiterate our **firm position** regarding the scheduling of our son's PPT meetings. Despite our previous communications and clear requests, you continue to **ignore and dismiss** our **preferences and rights** under the Individuals with Disabilities Education Act (IDEA).

We were provided the Planning and Placement Team (PPT) meeting notice on December 17, 2024, **only after** we had **explicitly requested two separate meetings** on **December 12 and 13, 2024**. Despite these clear and unambiguous requests, you chose to combine the outplacement discussion and the annual PPT meeting in your notice behind our backs, **blatantly ignoring and dismissing** our instructions. This sneaky decision was made **unilaterally,** without any **further discussion** with us, **undermining** our emails and our explicit directives, which deflects our concerns.

As stated in our email dated January 9, 2025, we will not agree to combine the outplacement discussion and the annual review into a single meeting.

**Our final stance is as follows:**

**January 16 Meeting**: This meeting must focus solely on the outplacement discussion. We will not engage in any discussion related to the annual review during this meeting.

**February Meeting**: A separate PPT meeting to conduct the annual review must be scheduled for February 2025. We have provided specific availability: February 11, 2025, or February 13, 2025, at 2:00 PM. This meeting will address the annual review and related discussions. We expect to receive a separate PPT invite for the February meeting before the January 16 meeting.

We expect your **immediate compliance** with our request to maintain separate meetings. We stand **firm** on our previous communications regarding these meetings.

The outplacement meeting will be recorded, alongside the annual PPT meeting in February.

We request that you **confirm receipt** of this email and **acknowledge the scheduling of separate meetings** as outlined above.

Robert and Karen

On Mon, Jan 13, 2025 at 7:13 PM, Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We are writing to formally reiterate our **firm position** regarding the scheduling of our son's PPT meetings. Despite our previous communications and clear requests, you continue to **ignore and dismiss** our **preferences and rights** under the Individuals with Disabilities Education Act (IDEA).

We were provided the Planning and Placement Team (PPT) meeting notice on December 17, 2024, **only after** we had **explicitly requested two separate meetings** on **December 12 and 13, 2024**. Despite these clear and unambiguous requests, you chose to combine the outplacement discussion and the annual PPT meeting in your notice behind our backs, **blatantly ignoring and dismissing** our instructions. This sneaky decision was made **unilaterally,** without any **further discussion** with us, **undermining** our emails and our explicit directives, which deflects our concerns.

As stated in our email dated January 9, 2025, we will not agree to combine the outplacement discussion and the annual review into a single meeting.

**Our final stance is as follows:**

**January 16 Meeting**: This meeting must focus solely on the outplacement discussion. We will not engage in any discussion related to the annual review during this meeting.

**February Meeting**: A separate PPT meeting to conduct the annual review must be scheduled for February 2025. We have provided specific availability: February 11, 2025, or February 13, 2025, at 2:00 PM. This meeting will address the annual review and related discussions. We expect to receive a separate PPT invite for the February meeting before the January 16 meeting.

We expect your **immediate compliance** with our request to maintain separate meetings. We stand **firm** on our previous communications regarding these meetings.

We request that you **confirm receipt** of this email and **acknowledge the scheduling of separate meetings** as outlined above.

Robert and Karen

On Monday, January 13, 2025 at 12:50:50 PM EST, Jennifer Stewart <jstewart@milforded.org> wrote:

Good Afternoon Mr. [redacted]

You were provided the Planning and Placement Team Meeting notice on December 17, 2024. The team and I look forward to a productive conversation on Thursday, January 16th, at 2:00 pm.

Jen

On Thu, Jan 9, 2025 at 7:01 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

I believe [redacted] mom and I previously made our position crystal clear. **Under no circumstances** will we agree to combine the outplacement discussion and the annual review into a single meeting. **This is not open for further discussion.** The meeting on January 16, 2025, will and must focus solely on the outplacement discussion. **We will not, under any circumstances,** agree to discuss or engage in any discussion related to the annual review at this meeting**.** This will be addressed in a separate meeting in February 2025, as previously requested, with availability on February 11, 2025, or February 13, 2025, at 2:00 PM.

Based on all the evidence we have gathered, we strongly believe that an out-of-district placement is the most appropriate option for [redacted] **Holding separate meetings for distinct issues like outplacement is both necessary and crucial.** During the annual review in February, the team will have their opportunity to discuss if they feel an out-of-district placement is appropriate. **The significance of the outplacement discussion cannot be undermined by combining it with the annual review.**

**Let this email serve as notice:** We will not engage in any discussion related to the annual review during the January 16 meeting. We respectfully request that the team refrains from bringing up the annual review during this meeting. **We expect to receive a separate PPT invite for the February meeting before the January 16 meeting.**

It is essential that these issues be addressed separately, and we require you to comply with this request. You have emphasized the importance of partnership, so we insist that you honor that commitment by working with us to schedule separate meetings as requested.

We expect your immediate compliance with our request to maintain separate meetings. **We stand firm.**

Robert and Karen

On Thu, Jan 9, 2025 at 2:59 PM, Jennifer Stewart <jstewart@milforded.org> wrote:

> Mr. [redacted]
>
> The PPT on January 16 will plan on a substantial discussion with respect to your request for an outplacement. As part of this conversation, the PPT will be required to report on your son's present levels of performance, progress on goals and objectives, and whether members of the PPT have any suggested revisions to this IEP. Essentially, an annual review is required in order to best understand [redacted] progress and whether an out-of-district placement is appropriate.
>
> We will plan to proceed with the PPT meeting on January 16, with the understanding that your primary concern is the outplacement request. The team looks forward to seeing you on January 16th at 2:00 pm.
>
> Regards,
>
> Jen

On Wed, Jan 8, 2025, 8:14 AM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We are writing in response to your recent communication regarding the scheduling of our son's PPT meetings.

Under the Individuals with Disabilities Education Act (IDEA), parents have the right to meaningful participation in the planning and decision-making process for their child's education. This includes the right to request separate meetings for different topics to ensure the outplacement discussion receives the attention it deserves.

We find your decision to combine the annual review and the outplacement discussion into a single meeting to be **entirely unacceptable** and in direct opposition to our clearly stated preferences. Our request for separate meetings was made to ensure that the outplacement discussion receives the thorough attention it requires, which cannot be achieved by combining it with the annual review.

Your response indicates a disregard for our explicit wishes and the importance of this distinct process. By merging these meetings, you compromise the effectiveness and focus necessary for the outplacement discussion. This approach does not align with the requirements of 20 U.S.C. § 1414(d) of the Individuals with Disabilities Education Act (IDEA), which guarantees meaningful parent participation. **This process is about our son's outplacement, not the district's preferences.**

We reiterate our position and expect immediate confirmation of the following:

1. The PPT meeting scheduled for January 16, 2025, must focus solely on the outplacement discussion.

2. A separate PPT meeting to conduct the annual review must be scheduled for February 2025. We have already provided specific availability: February 11, 2025, or February 13, 2025, at 2:00 PM.

To reiterate, **we will not be discussing the annual review at the January 16th meeting.** It will be exclusively dedicated to the outplacement discussion.

We insist that the January 16th meeting be exclusively dedicated to the outplacement discussion. **This matter is not open for further discussion.**

We remind you that this continued defiance and failure to address our request undermines trust in the district's willingness to collaborate in good faith and risks violating [redacted] right to meaningful parent participation under the IDEA.

We expect your prompt compliance with our request to maintain separate meetings.

Robert and Karen

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

Re: [EXT MAIL] Re: 5th Request for documentation

From: Robert ([redacted]verizon.net)

To: jstewart@milforded.org

Cc: arizzo@milforded.org; acutaia@milforded.org; [redacted]yahoo.com; ttruscello@milforded.org; jdavis@milforded.org; ldougherty@milforded.org; dkoosa@milforded.org; kkristan@milforded.org; nmacklin@milforded.org; ccarrano@milforded.org

Date: Tuesday, January 14, 2025 at 10:37 AM EST

Ms. Stewart,

You have repeatedly acknowledged that the team has data regarding [redacted] performance and promised to send it, dating back to August. Given your latest response, I must ask: where is the data you assured me would be provided? The continued failure to fulfill your commitments is unacceptable.

Why do you continue to deny the existence of this data? I expect the requested records to be sent immediately, in full compliance with FERPA.

Please acknowledge receipt of this email and provide a response, including the promised data, without further delay.

Robert.

On Tuesday, January 14, 2025 at 10:06:32 AM EST, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted]

I received your email. Again confirming there are no further records that are responsive to your request.

Jen

Jen

On Mon, Jan 13, 2025 at 4:54 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

You've repeatedly told me that "The District has produced all responsive records with respect to your FERPA requests. There are no further responsive records and there are no outstanding FERPA requests." However, this claim is not only untrue but also deceptive.

Despite your claims:

- On **August 16th, 2024**, you explicitly stated, "The team will provide you with data on [redacted] performance from the end of last year and through to the beginning of this school year." I followed up numerous times since August 16th requesting this crucial data regarding

my son [redacted] and you ignored my request each and every time.

- Not hearing back, I reached out to you on **November 6th, 2024**, yet again requesting this important data that you willfully withheld from me and continue to do so. Despite my repeated requests, acknowledging that you will send it, you do not. I repeatedly follow up, and you ignore my requests and tell me ALL records have been provided when they haven't.

- On **December 12th, 2024**, I sent you an email requesting the September 30th Columbia assessment, which you outright ignored. I had to send a follow-up on **January 3rd, 2025**.

- On **November 6th, 2024**, you **promised** that the data would be sent by **November 13th, 2024**, which should have already been included as part of my FERPA request. This data has **not been received**, despite numerous follow-up requests.

- On **January 6th, 2025**, you provided the C-SSRS from **September 30th, 2024**, but **failed to provide the Columbia Risk Assessment from May 17th, 2024**, until much later, despite my previous FERPA request which should have already included this document.

- On **January 6th, 2025**, you stated, "We conducted a comprehensive search for FERPA records. I have attached the checklist that was completed on September 30, 2024, per your request. At this time, the District has provided you with all records per your FERPA request. There are no outstanding FERPA requests at this time." This statement was blatantly false, as evidenced by your continued withholding of the May 17th C-SSRS.

- On **January 8th, 2025**, I requested the May 17th C-SSRS. This crucial document should have been proactively shared with us, but it wasn't, and your response was, "All records in our possession have been sent to you." This was not just false and misleading; it was a deliberate act of withholding vital information.

You ignored my email from **January 8th, 2025**, which forced me to follow up on **January 10th, 2025**. Only then did you finally provide the Columbia Risk Assessment from May 17th, 2024. If all records had truly been sent, how did you produce this document only after my persistent follow-ups? And why did you repeatedly tell me that everything had been sent when it clearly wasn't?

This is crucial data regarding our son [redacted] and we have a right to it. What are you hiding? Why do you continue to ignore these requests? You promised data—so where is it? Repeating the same phrase that "all records in our possession have been sent" is not only unacceptable and misleading but also a clear attempt to obstruct the provision of essential information. We need the promised data immediately. Your current actions are not in compliance with FERPA, and this situation must be rectified promptly to meet all FERPA requirements.

Furthermore, the ongoing struggle to obtain crucial information raises serious concerns about how our son, [redacted] is being treated. It reflects a severe lack of care and diligence in addressing his needs and ensuring his well-being. The continuous evasion and misinformation are not only unprofessional but also deeply troubling, as they impede our ability to make informed decisions about his education and safety.

**I request that you confirm receipt of this email and provide the requested data on [redacted] performance from the end of last year and through to the beginning of this school year, as**

**you promised since August 16th, 2024, repeatedly failed to provide, and that we have been repeatedly requesting, without further delay.**

Robert

On Monday, January 13, 2025 at 11:42:38 AM EST, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted]

Attached, please find the Columbia Risk Assessment, dated May 17, 2024. The District has produced all responsive records with respect to your FERPA requests. There are no further responsive records and there are no outstanding FERPA requests.

Respectfully,

Jen

On Fri, Jan 10, 2025 at 11:42 AM Robert <[redacted]verizon.net> wrote:

> Ms. Stewart,
>
> This is a follow-up to my previous emails regarding the missing records and data. Despite your claim that "all records in our possession have been sent to you," this is not the case.
>
> The Columbia Risk Assessment from May 17th, 2024, and the data promised on November 13th, 2024, remain outstanding. These documents are critical and need to be provided without further delay.
>
> You have failed to respond to my previous email sent on January 8th, 2025. Please confirm receipt of this email and send the requested documents immediately.
>
> Robert
>
> On Wednesday, January 8, 2025 at 07:18:15 PM EST, Robert <[redacted]verizon.net> wrote:
>
> Ms. Stewart,
>
> **How can you claim that "all records in our possession have been sent to you" when this is clearly not the case?**
>
> On November 6th, 2024, you informed me via email that "the team will send you data five days prior to the PPT meeting scheduled on November 20th. You will receive the data on November 13th." As of now, **where exactly is this data**? I have not received the promised data despite my previous FERPA requests.
>
> The C-SSRS you sent to us on January 6th, 2025, clearly notes under the Log Entries that on May 17th, 2024, Ms. Dougherty documented that [redacted] made a suicidal comment and that a Columbia Risk Assessment was completed. **Where exactly is this document from May 17th?** I have not received it.

I will be attaching the C-SSRS from January 6th, 2025, which clearly states this in the log entries, along with your email from November 6th, 2024, which confirms that I was to receive the data.

I expect the missing Columbia Risk Assessment from May 17th, 2024, and the data promised on November 13th, 2024, to be provided without further delay.

**This delay is unacceptable and must be rectified immediately.**

Robert

On Wednesday, January 8, 2025 at 06:03:14 PM EST, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted]

All records in our possession have been sent to you.

Regards,
Jen

On Wed, Jan 8, 2025 at 10:50 AM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

This is to address the email below in which you stated, "We conducted a comprehensive search for FERPA records. At this time, the District has provided you with all records per your FERPA request. There are no outstanding FERPA requests at this time." This statement is unequivocally incorrect.

On May 17th, 2024, Ms. Dougherty, the school social worker, completed a Columbia-Suicide Severity Rating Scale (C-SSRS) assessment after [redacted] expressed suicidal thoughts. This assessment is a critical part of [redacted] educational records, as it directly relates to his mental health and safety. This crucial document should have been proactively shared with us, as it directly impacts our ability to make informed decisions about [redacted] well-being. Despite our formal FERPA request on September 5th, 2024, specifically including all data, this assessment was not provided as required by law. Ms. Dougherty failed to provide us with this document. If there are no outstanding FERPA requests, as you claim, why was this important document excluded and not provided to us?

Additionally, on August 16th, 2024, you informed us that the team had data on [redacted] performance. On August 25th, 2024, we requested the data. Despite our persistent follow-ups, this performance data remains undisclosed. On September 5th, 2024, we reiterated our request and made a formal FERPA request specifically including all data for the “IEP team; all data, including all recent data.” On November 6th, 2024, you acknowledged the existence of this data and assured us it would be shared, stating that the team will provide us with data and anecdotal observations on [redacted] performance from the end of last year through to the beginning of this school year. On this same date, I specifically asked, "Is there a reason why you previously failed to provide this data to me even though it was part of my FERPA request?" You failed to respond to this question. This data should have been included in the original FERPA request but was deliberately withheld.

This blatant disregard for legal obligations and parental rights is unacceptable. Despite my repeated follow-ups, including on November 6th, you have continuously ignored my requests for this data, which remains undisclosed to date. This constitutes a clear violation of the Family Educational Rights and Privacy Act (FERPA).

The deliberate withholding of this information is not only a violation of FERPA but also displays a complete lack of transparency and accountability. Your actions hinder our ability to make informed decisions regarding [redacted] educational needs.

Your failure to comply with FERPA requirements is deeply concerning. I insist that you provide the requested data, including the Columbia-Suicide Severity Rating Scale (C-SSRS) assessment from May 17th, 2024, and all performance data on [redacted] without further delay.

I expect prompt and full compliance with this request.

Robert.

On Monday, January 6, 2025 at 05:58:36 PM EST, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted]

We conducted a comprehensive search for FERPA records. I have attached the checklist that was completed on September 30, 2024, per your request. At this time, the District has provided you with all records per your FERPA request. There are no outstanding FERPA requests at this time.

Regards,

Jen

On Fri, Jan 3, 2025 at 11:16 AM Robert <[redacted]verizon.net> wrote:

> Dear Ms. Rizzo,
>
> I am writing to formally request access to all records and documentation related to my son, [redacted] under the Family Educational Rights and Privacy Act (FERPA). This letter follows my previous communication sent (below) on December 12th, 2024, which has been completely disregarded.
>
> As you are aware, Ms. Dougherty, the school Social Worker, administered a Columbia-Suicide Severity Rating Scale (C-SSRS) assessment related to the incident where my son [redacted] expressed a desire to end his life. Additionally, Ms. Dougherty has previously failed to provide us with any copies of these documents. Specifically, I request immediate copies of all documentation, including but not limited to incident reports, C-SSRS assessments, communications, and any

actions taken by the school.

This is the second request, and the continued delay in providing this information is a flagrant violation of my rights under FERPA. As a parent, it is imperative that I have timely access to all relevant documentation involving my son. I expect an immediate response outlining a clear timeline for when the requested documentation will be provided.

Thank you for your prompt cooperation.

Robert [redacted]

[redacted]

On Thursday, December 12, 2024 at 09:32:44 AM EST, Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

As you are well aware, on September 30th, 2024, we received an extremely disturbing and very upsetting voicemail from Ms. Dougherty, informing us that our son, [redacted] had expressed thoughts of self-harm and a desire to end his life. Despite our formal FERPA request, we have not received any written documentation regarding this serious matter as the district has failed to provide it to us.

As required by law, the school must maintain and provide accurate records of such incidents. We are formally demanding immediate access to all documentation related to this incident, including but not limited to incident reports, assessments, communications, and any actions taken by the school.

This issue is time-sensitive. Failure to provide the requested information promptly will result in further action. Please confirm receipt of this request and provide a clear timeline for when we will receive the documentation.

As previously reported to you on October 11th, [redacted] has reported enduring emotional abuse by your staff members. As a vulnerable and autistic child, he requires guidance and positive reinforcement. Instead, on October 1st and 2nd, the same team that claimed to care for him exacerbated his distress rather than offering the empathy and support he so desperately needed.

We expect an immediate response

Robert and Karen

--

JEN STEWART
Director of Pupil Personnel
Milford Public Schools
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

# Re: [EXT MAIL] [redacted] Out-of-District Placement

From: Robert [redacted]verizon.net)

To: jstewart@milforded.org

Cc: acutaia@milforded.org; arizzo@milforded.org; [redacted]yahoo.com

Date: Tuesday, January 28, 2025 at 09:45 PM EST

Ms. Stewart,

We must firmly reiterate our disagreement with your assertions. The evidence we have provided, including detailed documentation, demonstrates a consistent pattern of unmet needs and inadequate support for [redacted] leading to significant harm to his well-being. The facts speak for themselves.

Additionally, we want to address the presence of the district's attorney at the January 16, 2025, meeting. Despite stating that he would not be saying much, he certainly had a lot to say, which further contributed to the intimidation and disadvantage we felt as we did not have legal representation. Such an environment is not conducive to a fair and open discussion about [redacted] needs and future.

As a reminder, we previously had to send a letter requesting that staff cease and desist from the emotional abuse [redacted] experienced, which had a severe impact on his emotional well-being. Notably, [redacted] made two comments about self-harm, one in May 2024 and another in September 2024, underscoring the severe emotional toll caused by the district's inadequate support. It is deeply troubling that we had to take such measures to ensure [redacted] safety. This is not how a school district should act towards any child, especially one with special needs. [redacted] has been deprived of opportunities for years due to the district's continued failure to meet his needs.

The district has consistently taken a reactive approach instead of a proactive one, further exacerbating [redacted] challenges. The decision to immediately deny outplacement seemed predetermined, and it felt as though our concerns and statements fell on deaf ears. It is clear that staying in the Milford school district is not in [redacted] best interests.

Your letter fails to adequately address our core concerns or the systemic issues we have repeatedly highlighted. The decision-making process regarding [redacted] outplacement request lacked thorough evaluation and meaningful engagement with our concerns.

We request that this correspondence be attached to [redacted] file to ensure a comprehensive record of our discussions.

Robert and Karen

> On Mon, Jan 27, 2025 at 3:41 PM, Jennifer Stewart <jstewart@milforded.org> wrote:
>
> > Dear Mr. [redacted] and Ms. [redacted]
> >
> > Thank you for your email – it will be added to [redacted] file. A prior written notice was already sent to you memorializing the District team's denial of your request for an outplacement.

We respectfully disagree with your representation about the District's ability to provide the necessary support. As you heard at the PPT meeting on January 16, 2025, the school-based team is providing an appropriate and well-designed program to meet [redacted] needs. As the school-based members of the PPT stated at the meeting – an outplacement is not appropriate for [redacted] at this time, nor did the team think they could realistically entertain a placement of [redacted] at a program for the next six years.

We also disagree with your representation about the conversation at the PPT meeting. The team thoroughly, meaningfully, and clearly explained [redacted] progress, and their proposed goals, objectives, services, and accommodations to meet [redacted] needs. Both of you and your advocate were afforded plenty of opportunities to ask questions and make statements throughout the meeting, which you both did. Further, the school-based team clearly explained the rationale behind denying your outplacement request since [redacted] is being provided an appropriate program here in District.

We also disagree with your representation of a systemic failure to address [redacted] needs. The school team has always worked to meet [redacted] needs and respond to your concerns, including your questions and inquiries about his behaviors and reports. We disagree with your assertion that [redacted] has been mistreated or received inadequate support, and I note that the school team has always tried to respond to your concerns with detail, although you may disagree with their perspective and/or answers.

We understand you disagree with the District team's recommendations at the January 16, 2025, and I am sure you are aware of your rights and remedies available through your procedural safeguards.

Another meeting in the Spring will be held to discuss [redacted]'s performance and transition to sixth grade.

Regards,

Jen

On Mon, Jan 20, 2025 at 10:58 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We are writing to formally address the changes to [redacted] Individualized Education Program (IEP) discussed during the Planning and Placement Team (PPT) meeting on January 16, 2025. After thoroughly reviewing the meeting's proceedings and considering the district's ongoing failure to meet [redacted] educational and emotional needs, we must reiterate that his needs cannot be met within the current in-district environment.

As [redacted] parents, our primary concern is ensuring his best interests are met academically, emotionally, and socially. Unfortunately, the relationship between our family and the district has deteriorated due to its failure to address [redacted] needs and prioritize his well-being.

Communication has been irreparably damaged, and the district has repeatedly demonstrated its inability to provide the necessary support. These ongoing issues, compounded by the emotional harm [redacted] has suffered, have led us to lose confidence in the district's ability to provide him with a Free Appropriate Public Education (FAPE)."

Despite our repeated requests to hold separate meetings for the outplacement discussion and the annual review, the district combined these discussions against our explicit wishes. This decision prevented a meaningful, focused conversation about [redacted] outplacement, which remains our primary concern. The meeting concluded with a swift decision to keep [redacted] in-district, without a comprehensive evaluation of his needs or the district's ongoing failures to provide sufficient support.

Prior to the January 16 meeting, the district communicated that a "substantial discussion" regarding our request for outplacement would be part of the conversation. The district assured us this would include an evaluation of [redacted] progress, goals, and objectives, and whether an out-of-district placement was appropriate. However, this promise was not fulfilled. The meeting did not provide the thorough, meaningful conversation we were promised, and the decision to keep [redacted] in-district was made without addressing the critical question of why outplacement was not appropriate.

We remind the district that we formally requested outplacement in November 2024 and expected a thorough evaluation of our concerns during this meeting. Instead, the district failed to address why outplacement would not be appropriate. The decision to reject outplacement appeared predetermined and was made without meaningful discussion of [redacted] longstanding unmet needs. The district's failure to engage with our request, combined with the rushed nature of the decision, demonstrates a continued neglect of [redacted] needs."

We are requesting outplacement to begin in September 2025. While we understand the team's position that [redacted] needs could change, his struggles have been

consistent and well-documented over several years. It is critical that decisions about his placement for next year are made with enough time to plan for a successful transition to a specialized program. Waiting until May or later to finalize this decision is unrealistic and jeopardizes his progress and well-being.

The district has had ample opportunities to provide the appropriate supports for [redacted] but its systemic failure to address his needs over time has caused significant and lasting harm. This includes the removal of effective interventions and the failure to implement necessary supports, which are critical to [redacted] academic and emotional progress. The district's consistent pattern of reactive rather than proactive intervention has further exacerbated [redacted] challenges and emotional distress. [redacted] has experienced emotional maltreatment, including incidents that have had a direct impact on his mental health.

For example, he has made repeated comments about self-harm, reflecting the severe emotional toll caused by the inadequate support and negative treatment he has received from the district, including teachers and staff. These ongoing failures underscore the urgent need for a specialized placement where [redacted] needs can be met in a supportive environment, where interventions are proactive rather than reactive. The suggestion to delay discussions until May does not address the harm [redacted] has already endured or the district's systemic failure to meet his needs. [redacted] requires a specialized program where his needs can be anticipated and addressed proactively, starting in September 2025."

While we acknowledge that [redacted] must remain in his current placement until an outplacement option is secured, we must emphasize that this arrangement is unsustainable and not in [redacted] best interests. We have documentation of the district's failure to provide FAPE, including evidence of emotional maltreatment and inadequate support, which we are prepared to present as necessary to ensure [redacted] receives the appropriate services

Although we are open to changes that may genuinely benefit [redacted] the district's recent actions appear to be a reactive attempt to justify rejecting our outplacement request. These changes, made only after our formal request, cannot undo the significant harm caused by years of unmet needs. Adding services to [redacted] IEP does not address the deep-rooted issues that have severely impacted his education and emotional well-being. Had the district prioritized [redacted] needs from the beginning, these failures would not have occurred.

[redacted] best interests remain our top priority. The district's repeated inability to effectively address [redacted] educational and emotional needs has made it clear that the district cannot provide him with the appropriate support moving forward.

We do not agree with the district's decision to keep our son, [redacted] in an in-district placement starting in September 2025. We firmly believe that an in-district placement will not meet [redacted] needs for the 2025-2026 school year and beyond. To ensure [redacted] transition into a supportive and specialized environment that can adequately address his academic, emotional, and social needs, we maintain that an out-of-district placement is necessary.

Given [redacted] ongoing challenges and the critical need for a consistent, specialized learning environment, we request that the district arrange for an appropriate out-of-district placement from 6th through 12th grade, with transportation provided. This long-term approach will provide the stability and support that [redacted] requires to make meaningful academic and emotional progress. As discussed, we are currently considering Woodhouse Academy and Hope Academy, both of which are specifically designed to meet the needs of students like [redacted]

While we hope to resolve this matter cooperatively, we are prepared to explore all necessary options, including seeking legal remedies, to ensure [redacted] receives the appropriate support he requires."

Additionally, we request that this letter, along with our formal outplacement request and the district's response, be incorporated into the Prior Written Notice (PWN) for a complete and accurate record of these discussions.

Robert and Karen

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

# Re: [EXT MAIL] Request for Explanation on Delay in [redacted] Paraeducator Support

From: Robert ([redacted]verizon.net)
To: jstewart@milforded.org
Cc: acutaia@milforded.org; arizzo@milforded.org; [redacted]yahoo.com
Date: Thursday, March 6, 2025 at 08:54 AM EST

Ms. Stewart,

We've repeatedly requested full transparency and direct answers to our questions before the meeting, yet you continue to deflect and dismiss them. Is there a reason for this lack of cooperation?

You mentioned making a mistake, but as seen in the attached PPT invite dated June 6th, the team had indeed invited us to [redacted]'s meeting. Her mother is [redacted]. Given this, how many other mistakes has the district made regarding our son [redacted]

We expect transparency and answers to all of our questions before the meeting as requested.

Robert

> On Thursday, March 6, 2025 at 08:31:51 AM EST, Jennifer Stewart <jstewart@milforded.org> wrote:
>
> Hello Mr. [redacted] I made a mistake when typing the email that the invite said June 6th. It was June 4th. The team will answer your questions at the PPT. See you later today. Jen
>
> On Thu, Mar 6, 2025 at 8:22 AM Robert <[redacted]verizon.net> wrote:
>
> > Ms. Stewart,
> >
> > The invite you provided is dated June 4th, not June 6th as specifically requested and referenced by you. I request that the correct June 6th invite to be sent as this is the one you confirmed.
> >
> > Additionally, I'm still waiting for responses to the questions I raised in my previous emails below. It is imperative that we have these answers before today's meeting. I expect these to be addressed without further delay.
> >
> > It is concerning that my questions continue to be deflected and dismissed. This lack of transparency and cooperation is unacceptable.
> >
> > Robert.
> >
> > On Thursday, March 6, 2025 at 08:09:51 AM EST, Jennifer Stewart <jstewart@milforded.org> wrote:
> >
> > Good Morning,
> > Attached is the PPT invite for June 4, 2024.
> > Jen

On Wed, Mar 5, 2025 at 7:58 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

You state:
"Per the records in CT SEDS, a PPT was scheduled for June 6, 2024, to review and/or revise the IEP."

This is not true. Upon checking the CT SEDS website, there was absolutely no PPT scheduled for June 6th 2024. Please send me a copy of this PPT notice dated for June 6th 2024 ASAP

Robert.

On Wed, Mar 5, 2025 at 4:12 PM, Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

Your response does not address the urgent and specific issues raised in our previous emails. Simply stating that the team will answer our questions during tomorrow's meeting is insufficient and dismissive, leaving us without the critical information needed to effectively prepare and advocate for [redacted] needs.

As a reminder, the June 6, 2024 meeting was solely intended to discuss [redacted] placement at Mathewson, which was previously deemed inappropriate. However, the team insisted on holding a last-minute PPT last spring, as they could no longer meet his needs and wanted to change his placement for 5th grade. When we questioned this, the team labeled it as a misunderstanding and miscommunication, which it clearly was not.

The lack of transparency regarding these issues has only added to our concerns, and it is unacceptable that we are still left without the necessary information to advocate effectively for [redacted]

We need immediate clarification on the following:

1. **Paraeducator Support:** You mentioned the team reached out last spring to discuss [redacted] paraeducator support, but we have no record of this communication. Please provide the details of this outreach, including when it occurred and how it was communicated.

2. **Increase in Paraeducator Support:** You stated there was an increase in [redacted] paraeducator support. We were not informed of this change prior to the January 16 PPT meeting. Please clarify when and how this adjustment was made, along with supporting documentation.

We respectfully request a prompt response to these issues, including the requested clarification and documentation, **by the end of the day**. Your timely response is crucial to ensuring that [redacted] rights are upheld.

Robert and Karen

On Wednesday, March 5, 2025 at 03:17:45 PM EST, Jennifer Stewart <jstewart@milforded.org> wrote:

Hi Mr. [redacted]
Per the records in CT SEDS, a PPT was scheduled for June 6, 2024, to review and/or revise the IEP. The team is happy to answer any other questions tomorrow at the PPT.
Jen

On Wed, Mar 5, 2025 at 1:38 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We are writing to follow up on the below email communication sent on February 5th, which remains unanswered despite our prior request for a response. This matter is regarding our son, [redacted] and it is crucial that we receive all of the information outlined in our below email before the PPT meeting scheduled for tomorrow.

We trust that you understand the critical importance of addressing this request without delay, as it directly affects our ability to advocate for [redacted] and secure the support he urgently needs to succeed.

We kindly urge you to provide the requested information without delay.

Robert and Karen

On Wed, Feb 5, 2025 at 4:30 PM, Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We are following up on our previous email (below) from February 3, 2025, regarding critical questions and documentation that remain unaddressed. In your response sent on February 5th, you responded to our original January 29th email, rather than directly addressing the specific issues raised in our February 3, 2025 message. This shift in communication disrupts the continuity of our discussion and makes it more difficult to resolve the outstanding issues. We request that all future responses be made directly within the current email chain to maintain clarity and avoid further confusion. This continued failure to respond directly to our inquiries is concerning and must be rectified immediately.

Regarding your communication, you mentioned that the school team reached out to us last spring to schedule a PPT meeting to discuss [redacted] needs and IEP services, including paraeducator support. However, we have no record of receiving any such outreach.

To reiterate, we are requesting the following, which remain of urgent importance and must be answered without further delay:

- Documentation confirming the district's outreach efforts regarding a PPT meeting last spring, including exact dates, times, and any written records or communications that confirm this outreach including paraeducator support. We have no record of receiving any such outreach, and it is critical for us to verify when and how this occurred.
- Confirmation and documentation of the exact date and details regarding the increase in [redacted] paraeducator support prior to the January 16 PPT meeting. We were not informed of this adjustment before the meeting and require immediate clarification on when and how this change was communicated to us, including specific dates and times.

We expect a prompt, comprehensive, and detailed response to these issues. Please ensure that your reply is sent directly in this email chain for continuity.

We look forward to your immediate and complete response.

Robert & Karen

On Monday, February 3, 2025 at 01:45:30 PM EST, Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

Regarding your communication below, you mentioned that the school team reached out to us last spring to schedule a PPT meeting to discuss [redacted] needs and IEP services, including paraeducator support for [redacted] However, we have no record of receiving any such outreach.

Could you please provide the exact date and time of the outreach, along with any related emails or documentation confirming this contact? It's important for us to verify when this outreach took place, as we do not have any records indicating this occurred.

Additionally, you stated that the school team increased [redacted] paraeducator support prior to the January 16, 2025 PPT meeting. However, we have not been previously advised, prior to the January 16th meeting, of any such increase in support. Could you please provide the communication that confirms the school team made this adjustment prior to the meeting?

We look forward to your prompt response and appreciate your attention to this matter.

Robert and Karen

On Monday, February 3, 2025 at 11:58:18 AM EST, Jennifer Stewart <jstewart@milforded.org> wrote:

Mr. [redacted]

The school team reached out to you last spring to hold a PPT meeting to discuss [redacted] needs and IEP services, including paraeducator support for [redacted] Prior to our January 16, 2025 PPT meeting, the school team did increase [redacted] paraeducator support during this school year, as was discussed at the January 16, 2025 meeting and formalized as part of the IEP at the meeting. We look forward to further discussing the reasoning behind [redacted] IEP supports and to address any further questions you have about IEP at our PPT meeting on February 13th.

Regards,

Jen

On Wed, Jan 29, 2025 at 11:26 AM Robert <[redacted]verizon.net> wrote:

> Ms. Stewart,
>
> On September 18th, 2024, we sent you an email detailing the harmful actions and behaviors exhibited by Ms. Trucello towards [redacted] which were detrimental to his self-esteem and emotional well-being. As you are well aware, we explicitly requested that [redacted] work with Ms. Quinn instead of Ms. Trucello due to these concerns. (attached is the email for your reference)
>
> It is now four months later, and the district has only recently decided to increase

[redacted] time with his paraeducator, Ms. Quinn. This delayed response is troubling and highlights a reactive rather than proactive approach to addressing our concerns. The delay has had a significant impact on [redacted] educational experience and emotional health.

At no point during this four-month period did the district communicate an intention to increase [redacted] paraeducator time as a way to support him. Given the urgency and severity of our concerns, the district should have acted promptly rather than waiting for the annual IEP meeting. Prolonging this decision was not in [redacted] best interest. We seek an explanation for the delay in addressing our concerns and implementing the specific support we requested. Specifically, we require answers to the following questions:

1. Please explain the reasons for the district's four-month delay in taking action on our concerns and requests made on September 18th, 2024.

2. Why did the district decide to substantially increase [redacted] time with his paraeducator, Ms. Quinn, only four months after our explicit request for this support? Explain the reasoning behind this decision and why it was delayed despite clear urgency.

3. What factors were considered in the decision-making process that led to the eventual increase in [redacted] paraeducator time, and why was this not done sooner given the critical nature of our concerns?

4. Given the urgency of [redacted] emotional well-being, why was the decision to increase his time with his paraeducator not implemented immediately after our request in September 2024, rather than waiting until the annual IEP meeting? If the district now believes this increase is essential, why wasn't it prioritized sooner, especially when we explicitly raised these concerns

5. Who was responsible for managing and addressing our concerns during this period, and what measures will be taken to hold them accountable for the delay?

We expect a prompt and comprehensive response to these questions. The district's failure to act promptly and effectively has caused unnecessary delays and disruptions to [redacted] education and well-being.

Robert and Karen

--

JEN STEWART
Director of Pupil Personnel
Milford Public Schools
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460

Invitation_ PPT 2 Review Evaluations Talia. L_Curria @ Thu Jun 6, 2024 8_45am - 9_45am (EDT) ([redacted]@verizon.net).pdf
58.7kB

# FERPA Request

From: Karen [redacted] ([redacted]yahoo.com)

To: jstewart@milforded.org; arizzo@milforded.org; acutaia@milforded.org

Cc: [redacted]verizon.net

Date: Monday, October 21, 2024 at 04:04 PM EDT

Ms. Stewart,

On September 6th, I sent my FERPA request which was identical to [redacted] father's in which we both requested a copy of [redacted] medical Records. On September 23rd, I received an email from you in which I was cc'd on where you made a claim specifically stating that at this time, I have not made a request for medical records. I am not sure if I understand but this is not true. To this day, I have not received them. I would appreciate if you could please mail them to me ASAP.

Thank you

Karen.

Yahoo Mail: Search, Organize, Conquer

Re: [EXT MAIL] Request for Independent Educational Evaluation (IEE) at Public Expense

From: Jennifer Stewart (jstewart@milforded.org)
To: [redacted]verizon.net; [redacted]yahoo.com
Cc: acutaia@milforded.org; arizzo@milforded.org
Date: Friday, February 7, 2025 at 05:29 PM EST

Good Evening, Ms. [redacted]

I wanted to follow up regarding the request for an Independent Educational Evaluation (IEE). According to our records, you have the authority to make sole educational decisions. Could you please confirm if you're requesting this evaluation?

Once I hear from you, I'll provide a list of potential evaluators to move forward.

Thank you, and I look forward to your response.

Best regards,
Jen

> On Tue, Jan 28, 2025 at 11:35 PM Robert <[redacted]verizon.net> wrote:

Ms. Stewart,

We are writing to formally request an Independent Educational Evaluation (IEE) at public expense for our son, [redacted] This request is based on significant concerns regarding the adequacy of past evaluations and their ongoing impact on [redacted] educational progress. We believe that the initial and past evaluations have not fully addressed [redacted] needs, which have contributed to persistent issues, including inadequate support and emotional well-being concerns.

Specifically, we believe that the district's evaluation did not fully and accurately assess [redacted] needs, leading to the decision to deny our request for outplacement. [redacted] has experienced significant emotional and educational challenges, and we feel that an independent evaluation by an unbiased, qualified professional is necessary to provide an accurate assessment of his needs and the appropriate educational placement.

We would recommend a **psychoeducational evaluation** to provide a comprehensive assessment of [redacted] cognitive, academic, emotional, and behavioral needs. This will help ensure that the district fully understands [redacted] unique challenges and can make an informed decision about the support and services he requires.

As per the Individuals with Disabilities Education Act (IDEA), we are entitled to request an IEE at public expense. We will select a qualified evaluator and provide the district with the details once we have made our choice. We request that the district covers the full cost of this independent evaluation.

Please respond to this request within a reasonable time frame, as specified by IDEA regulations. We kindly request confirmation of receipt of this request and the necessary steps to proceed.

Thank you for your attention to this matter.

Robert and Karen

--

JEN STEWART
*Director of Pupil Personnel*
*Milford Public Schools*
203-783-3410
jstewart@milforded.org
70 West River Street, Milford, CT 06460